UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA

v.

CHRISTOPHER PAUL GEORGE, et al.

    Defendants.
_____/

## MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States of America respectfully submits this motion to unseal the Superseding Indictment in this case. The Superseding Indictment originally was sealed pending the arrest of the first defendant. The first defendant has been arrested. Accordingly, the United States respectfully requests that the Superseding Indictment be unsealed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
Paul F. Schwartz
Assistant United States Attorney
500 E. Broward Blvd.
Ft. Lauderdale, FL  33394
Tel: (954) 356-7255
Fax: (954) 356-7336
Email: Paul.Schwartz@usdoj.gov