UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 10-80149-CR-MARRA/HOPKINS(s)

UNITED STATES OF AMERICA

v.

CHRISTOPHER PAUL GEORGE, et al.

    Defendants.
_____/

### ORDER GRANTING MOTION TO UNSEAL SUPERSEDING INDICTMENT

THIS CAUSE is before the Court on the Government's Motion to Unseal Superseding Indictment. The Court has reviewed the Motion to Unseal and the pertinent portions of the record. Being duly advised in the premises, it is

ORDERED AND ADJUDGED that the Motion to Unseal is GRANTED. The Clerk of Court shall unseal the Superseding Indictment and place it in the public portion of the court file.

DONE AND ORDERED in West Palm Beach, Florida, this 23 day of August, 2011.

LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE