UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149cr MARRA/HOPKINS

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

Cynthia Cadet

COMES NOW **Richard A. Merlino** and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature: [signature] 097640

Date: 8/23/11

Counsel's Name (Printed) Richard A. Merlino

Florida Bar Number (Required) 097640

Address 101 NE 3RD AVE., #1430
Ft. Laud, FL 33301    Zip Code: 33301

Telephone (954) 467-8989