# CRIMINAL COURT MINUTES

**U.S. MAGISTRATE JUDGE** LINNEA R. JOHNSON   **DATE:** 08/23/2011   **TIME:** 10:00 AM

**DEFT:** CYNTHIA CADET, M.D.   (J) ✓   **CASE NO:** 10-80149-Cr-Marra/Hopkins (s)
**AUSA:** PAUL SCHWARTZ ✓   **ATTY:** Richard Merlino - Temp ✓
**AGENT:** FBI/DEA   **VIOL:** 18:1962(d)
**PROCEEDING:** INITIAL HEARING   **RECOMMENDED BOND:** PTD (REQUESTED BY GOVT)

**BOND/PTD HEARING HELD** - yes / no   **LANGUAGE:** ENGLISH ✓
**BOND SET @:**   **PRISONER#**

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ____
- ☐ Home Confinement/Electronic Monitoring/Curfew ____ paid by ____
- ☐ Other ____

**Disposition:** Initial held
Deft. present with counsel - advised of rights
Notice of temp. app. filed

Speedy Trial tolled

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 8-26-11 | 10AM | Johnson | WPB |
| PTD/BOND HEARING: | 8-26-11 | " | " | " |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-26-11 | " | " | " |
| STATUS CONFERENCE | | | | |

TAPE No. LRJ 11- 39   Begin: 3478   TIME IN COURT: 3 mins

D.A.R. 11:11:48