UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO.:   09:10-CR-80149-KAM-20

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CYNTHIA CADET, M.D.,

      Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR CONTINUANCE OF DETENTION HEARING

**THIS MATTER** is before the Court, upon the Defendant's Unopposed Motion for Continuance of Detention Hearing. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's Unopposed Motion for Continuance of Detention be and the same is hereby **GRANTED.**

*Report re Counsel, Arraignment & Detention is reset to 8-31-11 at 10:00 AM before the Duty Magistrate Judge. Speedy Trial tolled.*

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, 25 day of August, 2011.

                                          *Linnea R. Johnson*
                              HONORABLE ~~KENNETH A. MARRA~~ Linnea R. Johnson
                              UNITED STATES ~~DISTRICT~~ JUDGE
                                            MAGISTRATE

Copies furnished:

Richard A. Merlino, Esquire
Paul Schwartz, Assistant United States Attorney