# Exhibit

# M

# PAIN CLINIC

# 954-530-6363   Dr. Jacob Dreszer, MD

# 2 ½ MILES WEST OF I-95 – EXIT 33



**Please contact your CBS Outdoor Account Executive with any REVISIONS or QUESTIONS regarding this proof.**
**Only APPROVALS may be faxed to (954) 972-2913.**

Advertiser: Pain Clinic
Date: 1/30/09
Revision:

Board Size: 10'x36'
Board #:
Bleed Size:
Work Order#:

Extensions: Snipe 2'x8'=16 Sq. Ft.
Artist: Rene

Apron: Yes ☐ No ☒
Material: BBV

AE: Daniel Barcia
Ship To: Pompano

Client Approval:                    Date:

Account Rep:                        Date:

© 2007 CBS Outdoor Inc. All rights reserved. This artwork was created by and remains the property of CBS Outdoor Inc. Permission is granted for the use of this artwork only by the original recipient and only on the medium and for the purpose for which it was provided and may not be used for any other purpose or transferred to any third party. Any and all sale, rental, transfer, duplication, transmission, posting on any website or otherwise on the internet or other media of the material contained herein or other use is a violation of federal law.

Revision Notes:

# Exhibit

# N

If an out of state pharmacy calls to verify a script use your judgment on the tone of the pharmacist weather or not to verify it or not.  If your not sure put them on hold and get Derik, Chris G., Ethan, Teik, Sam, or Abbas. Verify if it doesn't seem like its going to be a problem.  Then put a note in the patients chart reminding them not to do it again or they will be discharged and the script will be destroyed.  Make sure the note is not in the chart when it goes to the Dr. on their next visit. And gets put back in after the patient is seen.  If they do it again do not verify it. On the third time tell the pharmacy to destroy the script.  But use your judgement if the patient has been filling there for a year let it go.  If you don't want to make the call  ask Derik.

Shred this after reading and understanding not for doctors eyes. In fact give back to me

FBI MM-ERT (KJP)

DN

# Exhibit

# O

GEORGIA GOV



Contact Us | Site Map

# ATTORNEY GENERAL
## OF GEORGIA
# SAM OLENS

Search within this site

| About the Office | Press Room | Opinions | Key Issues | Careers | Links |

## Key Issues

**Prescription Drugs**

Water Rights

Health Care

Human Trafficking

Open Government

▶ Consumer Information

Crime & Crime Victims

Immigration Reports

Outside Counsel Fee Information

Mortgage and Foreclosure Information

Home » Key Issues » Prescription Drugs » 2. What is Driving the Growth?

# 2. What is Driving the Growth?

According to the Office of National Drug Control Policy, individuals illegally obtain Rx drugs through a variety of means, such as:

- Doctor shopping or other prescription fraud
- Illegal online pharmacies
- Theft and burglary (from residences, pharmacies, etc.)
- Receiving/purchasing from friends or family
- Overprescribing (negligent or occasionally even intentional overprescribing by physicians or other prescribers)

Additionally, a major factor in the increase of Rx drug abuse is the alarming rise of "pill mills," which often operate under the title "pain clinic." There are many outstanding legitimate pain management providers and clinics that do incredible work with patients who have legitimate pain. Pills mills, however, are illegitimate sources for Rx medication, which illegally offer drugs to patients with little or no examination. Common signs of a pill mill are:

- The physician has minimal to no training in pain management
- Cursory or no patient exam given
- Large volume of patients seen daily (100 +)
- Patients drive long distances, often from other states
- In many cases patients carpool
- Clinic owners are not health care providers and have no medical training-they are typically from out of state (some clinic owners are unscrupulous and have shady backgrounds)
- Clinic is run on a cash only basis
- Same prescription "cocktail" for each patient
- Drugs are dispensed onsite (patient pays for office visit then pays for the drugs)
- Security guards are employed by the clinic
- Clinics advertise in small papers and Craigslist
- All patient MRI's come from the same imaging facility
- The clinics are set up to make large sums of money
- Unscrupulous clinic owners convince the physician that the clinic is operating legally

### Stay Connected

  
 

Georgia
An official website of the State of Georgia

**ELECTED OFFICIALS**
Governor
Lieutenant Governor
Attorney General
More Officials >>

**AT YOUR SERVICE**
GeorgiaGov
Agencies
Cities & Counties
Popular Topics

**ABOUT**
Privacy/Security
Accessibility

**NEED HELP?**
1-800-georgia
connect.georgia.gov



# GEORGIA COMPOSITE MEDICAL BOARD
## *NEWSLETTER*

**JANUARY 2011**

ALEXANDER GROSS, MD, CHAIRPERSON                LASHARN HUGHES, MBA, EXECUTIVE DIRECTOR

## THE BOARD WELCOMES NEW BOARD MEMBER

On May 12, 2010, Governor Perdue appointed Rhonda Kunes to the Medical Board to fill the new consumer position created by the Georgia Assembly in the 2009 Legislative Session.  Governor Perdue recently appointed  William S. Sightler, D.O., to serve on the Board. The Board thanks Dr. M. Vinayak Kamath and Dr. William A. Woolery for their faithful service to the Board.

## BOARD INCREASES FEES

The Georgia Composite Medical Board announced an increase to the fees charged for  license applications and other administrative services on July 1, 2010. The fee increases came amidst the budget shortfalls that have plagued the State of Georgia since 2008. The Board took this step reluctantly after making budget cuts through employee furloughs, staff attrition and other daily operating expenses, but was still being asked for additional funds by the General Assembly. The fees charged for the licensing of our applicants go directly into the State's general fund and are not part of the Board's day-to-day operating budget. The Board found itself in the position of either cutting services to the citizens of Georgia or increasing fees to supplement the amount of budget dollars required to be contributed to the State's general fund. The Board had not raised fees since becoming an independent agency in 1999, and its fees remain among the lowest in the United States. A list of our fees can be viewed at the Board's website at  www.medicalboard.georgia.gov.   All licensing fees are passed directly to the State Treasury.

## GEORGIA COMPOSITE MEDICAL BOARD
## OFFERS WALL CERTIFICATES
## TO LICENSE HOLDERS

If you were recently licensed and have not yet ordered your decorative wall certificate, take a moment now to do it. To order your wall certificate or certificates, please submit the appropriate order form, which can be found at our website at www.medicalboard.georgia.gov, with a check or money order made payable to the Board.



## IN THIS ISSUE

Keep Your Information Current  with the Board…… ..2

Peer Reviewer Search……….. 2

Online Applications and Complaints……………………2

How to Become a Dispensing Physician………….2

NEW DEA Rule on Electronic Prescriptions………3

Influenza Vaccine Protocol Alert………………3

New Legislation: Professional Health Program….4

Recruiting New Advisory Committee Members…………4

Did You Know?………………4

Frequently Asked Questions……………………4-5

Medical Records Retention……5

Pill Mills:  What Are They And Why Be Concerned…….6-7

Rules Change Mailing List…………………..8

Valid Prescriptions…………..8

Women's Right to Know……..8

Board Disciplinary Actions……………………9-10

Physician Assistant Advisory Committee…………11

Board Meeting Dates…………12
Contact Information…………12
Active Licensees…………….12
GCMB Board Members………12
GCMB Management Staff……12

PAGE 6

# PILL MILLS:  WHAT ARE THEY AND WHY BE CONCERNED?

Over the past few years, Georgia has been experiencing a growing concern in the medical community—the "pill mill" operating as a "pain clinic."  In 2008, the Georgia Bureau of Investigation Crime Lab performed 3,000 autopsies.  Six hundred thirty (630) of those deaths were drug-related.  Of those, 520 were prescription drug-related.

It should be noted and made very clear that the Georgia Composite Medical Board recognizes that there are many outstanding and legitimate pain management providers and clinics that do incredible work with patients who have legitimate pain.  The Board remains very sensitive to the need for legitimate patients suffering in pain to receive the care they need.  The "pill mill" as discussed here has certain characteristics that one typically does not see associated with a legitimate pain management practice.  Some of these characteristics are:

- ♦The physician has minimal to no training in pain management.
- ♦Cursory or no patient exam given
- ♦Large volume of patients seen daily (100 +)
- ♦Patients drive long distances, often from other states.
- ♦In many cases, patients carpool
- ♦Clinic owners are not health care providers and have no medical training and are typically from another state (some clinic owners are unscrupulous and have shady backgrounds).
- ♦Clinic is run on a cash-only basis
- ♦Same prescription "cocktail" is prescribed for each patient
- ♦Drugs are dispensed onsite (patient pays for office visit then pays for the drugs)
- ♦Security guards are employed by the clinic.
- ♦Clinics advertise in small papers and Craigslist.
- ♦All patient MRIs come from the same imaging facility.
- ♦The clinics are set up to make large sums of money.
- ♦Unscrupulous clinic owners convince the physician that the clinic is operating legally.
- ♦Unscrupulous clinic owners will often hire outside consulting firms unfamiliar with Georgia law.

In an effort to reduce the escalating problem of prescription drug abuse, forty three states have passed legislation and implemented prescription monitoring programs (PMP).  These programs monitor the prescribing and dispensing of controlled substances and provide vital information to medical practitioners and other stakeholders to help reduce the epidemic of prescription drug abuse.

In the southeastern United States, the states of Alabama, Florida, Mississippi, Tennessee, South Carolina, North Carolina, and Kentucky have a PMP.  Georgia has become an "island" state with no PMP and is now a safe haven for drug-seeking individuals, unscrupulous "clinic" owners/entrepreneurs, and unscrupulous prescribers.  They know their unprofessional and often illegal activities will go undetected longer than they would in the PMP states.  Georgia has recently seen a large influx of non-physician clinic owners relocate from Florida to Georgia because of Florida's recent passage of a PMP law.

The Georgia Composite Medical Board is very concerned about this and is devoting much of its investigative resources to fight this new trend.  The Board has developed the Georgia Pain Management Guidelines, which can be viewed on the Board's website www.medicalboard.georgia.gov .  The Board encourages all physicians and physician assistants to review this material, as well as the Board's laws and rules, also on the website.  Throughout the course of several investigations many consistencies have been observed and can serve as "red flags" for medical providers to alert them that the patient may not have a legitimate pain issue but are instead seeking narcotics for illegitimate reasons.  (**It should be noted however, that any "red flag" does not necessarily mean that the patient is a drug-seeker**).  Some of the "red flags" are:



smaller  medium  large

About the Board | Contact Us | 

# NORTH CAROLINA MEDICAL BOARD

"Protecting the Public, Strengthening the Profession"

**Email NCMB**
**Toll Free - (800) 253.9653**

Google™ Site Search

Home   Licensing   Renewals   **Professional Resources**   Consumer Resources   Media Center   FAQs

| Laws, Rules & Position Statements | Report Malpractice Payment | NC PHP | Special Topics |
|---|---|---|---|
| Laws | Report CISP | Forum Newsletter | Disciplinary Reports |
| Rules | Board Roster CD | Articles | Verifications |
| Disciplinary Guidelines | DataLINC | Notices | Change of Address |
| Position Statements | Physician Assistant Forms | Brochures | Subscriptions |
| | | Licensee Info Pages | Links |
| | | Corporation/PLLC Info Page | |

HOME : PROFESSIONAL RESOURCES : ARTICLES : **ARE PILL MILLS FLORIDAS NEWEST EXPORT**


FEB
08
2012

# Are "pill mills" Florida's newest export?

Author: Scott G. Kirby, MD

## REGULATORS' CONCERNS

Medical regulators in other states know that operators of Florida's many pill mills won't simply close their doors. Rather, some are concerned that dangerous and illegal prescribing practices may migrate to other states. A recent article in the Georgia Composite Medical Board's newsletter, prepared by Adrienne Baker and Jeffrey Lane, outlined certain characteristics associated with these pill mill operations that are not typically found within a legitimate pain management practice. We have shared their list here in order to educate prescribers in North Carolina. Licensees should avoid associating themselves with any practice or clinic with some or all of the following characteristics:

• The physician has minimal to no training in pain management.
• A cursory or no patient exam performed.
• Large volume of patients seen daily (100+).
• Patients drive long distances, often from other states. In many cases patients carpool.
• Clinics place advertisements for pain management physicians in small papers or craigslist.com Employer is a non-physician owned staffing company and work is part time. Clinic owners are not healthcare providers, have no medical training, may be from out of state, and attempt to convince the physician the clinic is operating legally.
• Clinic is run on a cash only basis.
• Similar prescription "cocktail" for each patient.
• Drugs are dispensed onsite (patient pays for office visit then pays for the drugs).
• Security guards are employed by the clinic.
• All patients receive an identical diagnostic work-up or are referred to the same MRI imaging facility.

## SPOTTING "DRUG SEEKERS" AND MISUSE

The NCMB often hears that licensees are hesitant or unwilling to prescribe controlled substances because they fear they will be subject to public action by the Board. It's important to understand what practices are likely
to bring a prescriber to the NCMB's attention. Often prescribers who come under Board scrutiny have overlooked red flags that should have indicated the possibility of diversion

## By Category

Most Recent
A Special Message
Announcements
President's Message
William D. Bronson
Carolyn E. Hart, MD
Marcia E. Herman-Giddens, PA, DrPH
Jeff Engel, MD
Marjorie A. Satinsky, MBA
Janelle A. Rhyne, MD
Federation of State Medical Boards
Eileen C. Kugler, RN, MSN, MPH, FNP
George L. Saunders, III, MD

## Archive

February, 2013
January, 2013
December, 2012
August, 2012
July, 2012

## Quick Links

■ Look Up a Licensee

# Exhibit

# P

** ansmit Conf. Report **

P.1                                                                Mar 19 2010   9:18

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 619545250404 | NORMAL | 19, 9:18 | 0'23" | 2 | # O K | |

## STATE OF FLORIDA
## DEPARTMENT OF HEALTH

IN RE: C.M.C., M.D.                     CASE NO: ME 2009 – 03915

SUBPOENA NO.: A0060823

_____/

### NOTICE OF VOLUNTARY WITHDRAWAL OF DEPARTMENT INVESTIGATIVE SUBPOENA DUCES TECUM

COMES NOW Petitioner, Department of Health, and hereby provides this Notice that on March 18, 2010, the Department withdrew its investigative subpoena duces tecum (subpoena no.: A0060823) in the above-captioned matter, issued on or about September 25, 2009, and served on C.M.C., MD / AMERICAN PAIN, LLC, 5801 North Federal Highway, Boca Raton, Florida 33487.

Respectfully submitted this 19th day of March, 2010.

SIGNED this _19_ day of ___March___, 2010.

Ana M. Viamonte Ros, M.D., M.P.H.
State Surgeon General

Michael J. San Filippo
Assistant General Counsel
DOH Prosecution Services Unit
4052 Bald Cypress Way, Bin C-65
Tallahassee, FL 32399-3265
Florida Bar # 848719
(850) 245-4640 - Telephone
(850) 245-4681 - Facsimile

STATE OF FLORIDA
DEPARTMENT OF HEALTH

IN RE:                                                    CASE NO. : ME 2009 - 03915

CYNTHIA M. CADET, MD / AMERICAN PAIN, LLC

SUBPOENA NO. A 0060823

_____/

## MOTION TO QUASH SUBPOENA

Pursuant to Fla. Stat. 120.569, Cynthia M. Cadet, MD and American Pain, LLC hereby move for an order quashing the Subpoena Duces Tecum, dated September 25, 2009 (No. A 0060823), and states:

1.      On September 25, 2009, the Department of Health ("DOH") issued a Subpoena Duces Tecum directed to Cynthia M. Cadet, MD / American Pain, LLC (hereinafter the 'Subpoena"). Accompanying the Subpoena that was mailed to Cynthia M. Cadet was a Application Affidavit for Patient Records Subpoena Without Patient Release (hereinafter "Application Affidavit") and Affidavit for Subpoena. Copies of all three documents are attached hereto collectively as Exhibit "A."

2.      In the Application Affidavit, Paul Randall, an investigator with the DOH stated the following:

> REASONABLE CAUSE STATEMENT: An unrelated routine Dispensing Practitioner inspection complete by this DOH Investigator at South Florida Pain Clinic during December, 2008 by this Investigator revealed copies of blank pre-signed prescriptions signed by CYNTHIA MALY CADET (CADET) available at the front disk without patients' names or addresses filled in, and given out by unlicensed staff. Source attempted to get patient authorization and was unsuccessful . . .

3.      The Reasonable Cause Statement made by DOH Investigator Paul Randall

EXHIBIT  #S1-7
                 DOH
: 00372

is not true. Mr. Randall appears to be confusing Dr. Cadet with Dr.'s Boshers and Dreszer, who work at the same location and have the same employer. Furthermore, Dr. Cadet denies that Mr. Randall's statement is true.

With respect to Dr. Dreszer, Paul Randall sent an Investigatory Letter, dated March 5, 2009, to Dr. Dreszer wherein Mr. Randall alleges that, during a December 2008 DOH inspection, Mr. Randall say "pre-signed prescription/s available at front desk without names and addresses of would-be patients filled in."

With respect to Dr. Boshers, an Investigatory Letter was sent to him by DOH Investigator Neil Bailes, dated February 27, wherein it is alleged that during a December 2008 DOH inspection, Mr. Randall saw "pre-signed prescription/s available at front desk without names and addresses of would-be patients filled in." The complainant in said case was Paul Randall.

4.     While sending investigatory letters to Dr.'s Boshers and Dreszer approximately seven months ago regarding the December 2008 inspection, Mr. Randall never sent a letter or other document to Dr. Cadet regarding this matter until now.

5.     Furthermore, with respect to the investigatory letter sent Dr. Dreszer by Mr. Randall, the case has since been dismissed as the Probable Cause Panel of the Board of Medicine found there "there was insufficient evidence to support prosecution and directed the case be dismissed." A copy of the letter send by the DOH to Dr. Dreszer indicating same is attached hereto as Exhibit "B."

6.     While Fla. Stat. 456.071 authorizes the DOH to issue subpoenas, Fla. Stat. 456.057 imposes certain requirements on the DOH when it seeks to subpoena patient records from a physician. Specifically, Fla. Stat. 456.057(9)(a)(1) states:

The department may obtain patient records pursuant to a subpoena without written authorization from the patient if the department and the probable cause panel of the appropriate board, if any, *find reasonable cause* to believe that a health care practitioner has excessively or inappropriately prescribed any controlled substance specified in chapter 893 in violation of this chapter or any professional practice act or that a health care practitioner has practiced his or her profession below that level of care, skill, and treatment required as defined by this chapter or any professional practice act and also find that appropriate, reasonable attempts were made to obtain a patient release. (emphasis added)

7.    As the facts clearly suggest that the DOH investigator, Mr. Randall, has confused Dr. Cadet with either Dr. Boshers or Dr. Dreszer, reasonable cause does not exists to issue the Subpoena per Fla. Stat. 456.057(9)(a)(1)

WHEREFORE, for the reasons set forth above, Dr. Cadet and American Pain, LLC hereby move for an order quashing the Subpoena.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was faxed and mailed this 2nd day of October, 2009 to Paul Randall, 1400 West Commercial Blvd., Ste. # 130, Fort Lauderdale. FL 33309.

BRADFORD J. BEILLY, P.A.
1144 SE 3rd Avenue
Ft. Lauderdale, FL 33316
Telephone (954) 763-7000
Facsimile (954) 525-0404

Bradford J. Beilly
Fla. Bar No.: 310328
John Strohsahl
Fla. Bar No.: 0609021

# Exhibit Q

(Medication Dispensed by Dr. Cadet on 7/1/2009 Designated by #2 and Highlighted)

P8C33B  18102V00

NARCOTIC AND CONTROLLED DRUG REPO
AMERICAN PAIN, LLC
5801 N FEDERAL HWY
BOCA RATON, FL 33487

| Date | Rx No. | Drug (Item) Name | Qty Unit | | Patient Name Address |
|------|--------|------------------|-----|-----|----------------------|
| 07/01/09 | 02015792 | 1 OXYCODONE HCL 30 MG TAB drug class 2C | 180 | TAB | |
| 07/01/09 | 02015793 | 1 OXYCODONE HCL 15 MG TAB drug class 2C | 60 | TAB | |
| 07/01/09 | 02015794 | 2 OXYCODONE HCL 30 MG TAB drug class 2C | 180 | TAB | |
| 07/01/09 | 02015795 | 2 OXYCODONE HCL 15 MG TAB drug class 2C | 60 | TAB | |
| 07/01/09 | 02015796 | 2 OXYCODONE HCL 30 MG TAB drug class 2C | 240 | TAB | |
| 07/01/09 | 02015797 | 2 OXYCODONE HCL 30 MG TAB drug class 2C | 180 | TAB | |
| 07/01/09 | 02015798 | 4 OXYCODONE HCL 15 MG TAB drug class 2C | 90 | TAB | |
| 07/01/09 | 02015799 | 5 OXYCODONE HCL 15 MG TAB drug class 2C | 90 | TAB | |
| 07/01/09 | 02015800 | 3 OXYCODONE HCL 30 MG TAB drug class 2C | 180 | TAB | |
| 07/01/09 | 02015801 | 1 OXYCODONE HCL 30 MG TAB drug class 2C | 180 | TAB | |
| 07/01/09 | 02015802 | 3 OXYCODONE HCL 30 MG TAB drug class 2C | 210 | TAB | |
| 07/01/09 | 02015804 | 5 OXYCODONE HCL 15 MG TAB drug class 2C | 180 | TAB | |

P8C33B   18102V00

NARCOTIC AND CONTROLLED DRUG REPO
AMERICAN PAIN, LLC
5801 N FEDERAL HWY
BOCA RATON, FL 33487

```
-----------------------------------------------------------------------
.  Date   Rx No.   Drug (Item) Name              Qty      Patient Name
                                                 Unit       Address
-----------------------------------------------------------------------

07/01/09 04011289 3 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011290 2 HYDROCODONE-APAP 10-650      60
                      drug class 3C              TAB

07/01/09 04011291 2 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011292 5 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011293 5 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011294 2 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011295 1 ALPRAZOLAM 2 MG TABLET       30
                      drug class 4C              TAB

07/01/09 04011296 3 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011297 3 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011298 5 ALPRAZOLAM 2 MG TABLET       30
                      drug class 4C              TAB

07/01/09 04011299 3 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB

07/01/09 04011300 5 ALPRAZOLAM 2 MG TABLET       60
                      drug class 4C              TAB
```



```
P8C33B   18102V00                          NARCOTIC AND CONTROLLED DRUG REPO
                                           AMERICAN PAIN, LLC
                                           5801 N FEDERAL HWY
                                           BOCA RATON, FL 33487
```

| Date | Rx No. | Drug (Item) Name | Qty Unit | Patient Name Address |
|------|--------|------------------|----------|----------------------|
| 07/01/09 | 04011301 | 5 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011302 | 5 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011303 | 2 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011304 | 1 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |
| 07/01/09 | 04011305 | 2 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011306 | 1 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011307 | 3 ALPRAZOLAM 2 MG TABLET drug class 4C | 60 TAB | |
| 07/01/09 | 04011308 | 1 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |
| 07/01/09 | 04011309 | 1 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |
| 07/01/09 | 04011310 | 2 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |
| 07/01/09 | 04011311 | 4 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |
| 07/01/09 | 04011312 | 5 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |



P8C33B  18102V00

```
                                NARCOTIC AND CONTROLLED DRUG REPC
                                    AMERICAN PAIN, LLC
                                    5801 N FEDERAL HWY
                                    BOCA RATON, FL 33487
```

| Date | Rx No. | Drug (Item) Name | Qty Unit | Patient Name Address |
|------|--------|------------------|----------|----------------------|
| 07/01/09 | 02015741 | 3 OXYCODONE HCL 15 MG TAB 60   drug class 2C | TAB | |
| 07/01/09 | 02015742 | 3 OXYCODONE HCL 30 MG TAB 240   drug class 2C | TAB | |
| 07/01/09 | 02015743 | 3 OXYCODONE HCL 30 MG TAB 210   drug class 2C | TAB | |
| 07/01/09 | 02015744 | 3 OXYCODONE HCL 15 MG TAB 90   drug class 2C | TAB | |
| 07/01/09 | 02015745 | 2 OXYCODONE HCL 30 MG TAB 210   drug class 2C | TAB | |
| 07/01/09 | 02015746 | 5 OXYCODONE HCL 15 MG TAB 240   drug class 2C | TAB | |
| 07/01/09 | 02015747 | 2 OXYCODONE HCL 15 MG TAB 90   drug class 2C | TAB | |
| 07/01/09 | 02015748 | 2 OXYCODONE HCL 30 MG TAB 240   drug class 2C | TAB | |
| 07/01/09 | 02015749 | 1 OXYCODONE HCL 15 MG TAB 60   drug class 2C | TAB | |
| 07/01/09 | 02015751 | 3 OXYCODONE HCL 15 MG TAB 60   drug class 2C | TAB | |
| 07/01/09 | 02015752 | 3 OXYCODONE HCL 30 MG TAB 150   drug class 2C | TAB | |
| 07/01/09 | 02015753 | 3 OXYCODONE HCL 30 MG TAB 150   drug class 2C | TAB | |

```
P8C33B  18102V00                          NARCOTIC AND CONTROLLED DRUG REPO
                                          AMERICAN PAIN, LLC
                                          5801 N FEDERAL HWY
                                          BOCA RATON, FL 33487
```

| Date | Rx No. | Drug (Item) Name | Qty Unit | Patient Name Address |
|------|--------|------------------|----------|----------------------|

```
07/01/09  02015766  4 OXYCODONE HCL 30 MG TAB  240
                      drug class 2C          TAB

07/01/09  02015767  4 OXYCODONE HCL 15 MG TAB  90
                      drug class 2C          TAB

07/01/09  02015768  1 OXYCODONE HCL 15 MG TAB  60
                      drug class 2C          TAB

07/01/09  02015769  2 OXYCODONE HCL 15 MG TAB  60
                      drug class 2C          TAB

07/01/09  02015770  2 OXYCODONE HCL 30 MG TAB  180
                      drug class 2C          TAB

07/01/09  02015771  1 OXYCODONE HCL 30 MG TAB  180
                      drug class 2C          TAB

07/01/09  02015772  3 OXYCODONE HCL 30 MG TAB  180
                      drug class 2C          TAB

07/01/09  02015773  1 OXYCODONE HCL 15 MG TAB  60
                      drug class 2C          TAB

07/01/09  02015774  1 OXYCODONE HCL 30 MG TAB  180
                      drug class 2C          TAB

07/01/09  02015775  1 OXYCODONE HCL 15 MG TAB  60
                      drug class 2C          TAB

07/01/09  02015776  1 OXYCODONE HCL 30 MG TAB  180
                      drug class 2C          TAB

07/01/09  02015777  2 OXYCODONE HCL 15 MG TAB  120
                      drug class 2C          TAB
```



P8C33B  18102V00

NARCOTIC AND CONTROLLED DRUG REP(
AMERICAN PAIN, LLC
5801 N FEDERAL HWY
BOCA RATON, FL 33487

| Date | Rx No. | Drug (Item) Name | Qty Unit | Patient Name Address |
|------|--------|------------------|----------|----------------------|
| 07/01/09 | 02015778 | 2 OXYCODONE HCL 15 MG TAB 60 drug class 2C | TAB | |
| 07/01/09 | 02015779 | 1 ENDOCET 10-325 MG TABLE 90 drug class 2C | TAB | |
| 07/01/09 | 02015780 | 4 ENDOCET 10-325 MG TABLE 60 drug class 2C | TAB | |
| 07/01/09 | 02015781 | 4 OXYCODONE HCL 30 MG TAB 180 drug class 2C | TAB | |
| 07/01/09 | 02015782 | 2 OXYCODONE HCL 30 MG TAB 100 drug class 2C | TAB | |
| 07/01/09 | 02015783 | 5 OXYCODONE HCL 30 MG TAB 180 drug class 2C | TAB | |
| 07/01/09 | 02015784 | 2 OXYCODONE HCL 30 MG TAB 150 drug class 2C | TAB | |
| 07/01/09 | 02015785 | 2 OXYCODONE HCL 15 MG TAB 60 drug class 2C | TAB | |
| 07/01/09 | 02015786 | 5 OXYCODONE HCL 15 MG TAB 60 drug class 2C | TAB | |
| 07/01/09 | 02015787 | 5 OXYCODONE HCL 30 MG TAB 180 drug class 2C | TAB | |
| 07/01/09 | 02015790 | 3 OXYCODONE HCL 15 MG TAB 60 drug class 2C | TAB | |
| 07/01/09 | 02015791 | 5 OXYCODONE HCL 30 MG TAB 180 drug class 2C | TAB | |



PRESCRIPTION REPORT

AMERICAN PAIN, LLC
5801 N FEDERAL HWY
BOCA RATON, FL 33487

| 1. Date | Rx No. | Drug (Item) Name | Qty Unit | Patient Name Address |
|---------|--------|------------------|----------|----------------------|
| 07/01/09 | 02015805 | 2 OXYCODONE HCL 15 MG TAB drug class 2C | 120 TAB | |
| 07/01/09 | 02015806 | 1 OXYCODONE HCL 15 MG TAB drug class 2C | 60 TAB | |
| 07/01/09 | 02015807 | 3 OXYCODONE HCL 30 MG TAB drug class 2C | 180 TAB | |
| 07/01/09 | 02015808 | 3 OXYCODONE HCL 15 MG TAB drug class 2C | 60 TAB | |
| 07/01/09 | 02015809 | 4 OXYCODONE HCL 30 MG TAB drug class 2C | 150 TAB | |
| 07/01/09 | 02015810 | 5 OXYCODONE HCL 15 MG TAB drug class 2C | 240 TAB | |
| 07/01/09 | 02015811 | 1 OXYCODONE HCL 30 MG TAB drug class 2C | 180 TAB | |
| 07/01/09 | 02015812 | 1 OXYCODONE HCL 15 MG TAB drug class 2C | 60 TAB | |
| 07/01/09 | 02015813 | 4 OXYCODONE HCL 30 MG TAB drug class 2C | 180 TAB | |
| 07/01/09 | 02015814 | 1 OXYCODONE HCL 15 MG TAB drug class 2C | 60 TAB | |
| 07/01/09 | 02015815 | 1 OXYCODONE HCL 30 MG TAB drug class 2C | 150 TAB | |
| 07/01/09 | 04011288 | 3 ALPRAZOLAM 2 MG TABLET drug class 4C | 30 TAB | |

# Exhibit R

Physician: Cynthia Cadet
Open of Business Inventory on 6/25/2009

| Medication | Strength | Unit | PKSZ | On Hand |
|---|---|---|---|---|
| Alprazolam | 1mg | Tab | 500 | 10 |
| Alprazolam | 2mg | Tab | 500 | 6,786 |
| Amlodipine Besylate | 10mg | Tab | 90 | 360 |
| Amlodipine Besylate | 5mg | Tab | 1000 | 1,327 |
| Amoxicill | 875mg | Tab | 20 | 120 |
| Atenolol | 25mg | Tab | 100 | 499 |
| Atenolol | 50mg | Tab | 100 | 498 |
| Azithromycin | 250mg | Tab | 6 | 6 |
| Betamethasone | .1% | Gm | 15 | 1 |
| Carisprodol | 350mg | Tab | 500 | 2,675 |
| Clobetasol | .05% | Gm | 60 | 1 |
| Clonazepam | 1mg | Tab | 500 | 1,000 |
| Cymbalta | 60mg | Cap | 30 | 60 |
| Diazepam | 10mg | Tab | 1,000 | 4,739 |
| Endocet | 10-325mg | Tab | 100 | 3,169 |
| Eth-oxydose | 20mg | Ml | 30 | 105 |
| Hydrocodone | 10-650mg | Tab | 500 | 1,299 |
| Hydrocodone | 10-650mg | Tab | 500 | 2,000 |
| Lisinopril | 10mg | Tab | 100 | 469 |
| Lisinopril | 20mg | Tab | 100 | 499 |
| Meloxicam | 7.5mg | Tab | 500 | 1,650 |
| Metropolol | 25mg | Tab | 100 | 100 |
| Metropolol | 50mg | Tab | 100 | 100 |
| Oxycodone | 15mg | Tab | 100 | 11,732 |
| Oxycodone | 30mg | Tab | 100 | 24,868 |
| Oxycodone | 5mg | Tab | 100 | 1,000 |
| Senna | 8.6mg | Ml | 100 | 1,000 |
| Testosterone | 200mg | Tab | 10 | 4 |
| Zolpidem | 10mg | Tab | 100 | 200 |
| Zolpidem | 5mg | Tab | 100 | 200 |



Cynthia Cadet, M.D.



15

# Exhibit

# S



**STATE OF FLORIDA**
**DEPARTMENT OF HEALTH**
**INVESTIGATIVE SERVICES**


FLORIDA DEPARTMENT OF
**HEALTH**

**DISPENSING PRACTITIONERS**

File # 83379
Insp # 38419

INSPECTION AUTHORITY - CHAPTER 465.017, CHAPTER 893.09 AND CHAPTER 456, FLORIDA STATUTES

| NAME OF DISPENSING PRACTITIONER | PERMIT NUMBER | DATE OF INSPECTION | |
|---|---|---|---|
| CADET, CYNTHIA MALY | 86117 | 6/24/2009 | |
| DOING BUSINESS AS | DEA NUMBER | CHECK ONE | |
| | BC8112637 | ○ Podiatrist  ○ Dentist | |
| STREET ADDRESS | TELEPHONE #    Ext # | ● Medical Physician  ○ Osteopathic Physician  ○ Nurse Practitioner | |
| 5801 N.FEDERAL HIGHWAY | 954-928-1200 | | |
| CITY | COUNTY | STATE/ZIP | ○ Naturopath  ○ Optometrist |
| BOCA RATON | PALM BEACH | 33487 | |

| | | SATISFACTORY | N/A | YES | NO |
|---|---|---|---|---|---|
| 1 | Practitioner properly registered with the board. {465.0276(2)(a), F.S.} | | | X | |
| 2 | Dispensing area clean and safe. {64B16-28.102(4), F.A.C.} | | | X | |
| 3 | Generic drug sign displayed. {465.025(7), F.S.} {64B8-8.011(3)(b)10, F.A.C.} | | | X | |
| 4 | Stock medications appropriately labeled for dispensing from a licensed manufacturer. {499.007(2), F.S.} | | | | X |
| 5 | Medications purchased from a Florida licensed wholesaler/distributor. {499.005(14), F.S.} | | | | X |
| 6 | Outdated medications removed from stock. {64B16-28.110, F.A.C.} | | X | | |
| 7 | Medications requiring refrigeration appropriately stored. {64B16-28.102(3), F.A.C.} | X | | | |
| 8 | Medications dispensed being placed in childproof container. {16CFR 1700.14} {64B8-8.011(3)(b)16, F.A.C.} | | | X | |
| 9 | Medication labels properly completed for dispensing. {893.04(1)(e), F.S.} {64B16-28.108, F.A.C.} | | | X | |
| 10 | Practitioner providing a written prescription for medication to be dispensed. {465.0276(2)(c), F.S.} | | | X | |
| 11 | Practitioner advising prescription may be filled on premise or at any pharmacy. {465.0276(2)(c), F.S.} | | | X | |
| 12 | Expiration/discard date on prescription label or provided in other written form. {64B16-28.402(1)(h), F.A.C.} | | | X | |
| 13 | Practitioner is present when dispensing occurs. {64B16-27.400(4), F.A.C.} | | | X | |
| 14 | Practitioner is personally certifying (checking) filled prescription for accuracy prior to patient receiving {64B16-27.400(1)(g), (3),F.A.C.} | | | X | |
| 15 | Offer made to counsel patients regarding prescription made verbally and in writing. {64B16-27.820(1), F.A.C.} | | | X | |
| 16 | Patient record contains medical history required for counseling. {64B16-27.800, F.A.C.} | | | X | |
| 17 | Controlled substances securely maintained and stored in a locked cabinet. {21CFR 1301.75} | | | X | |
| 18 | Controlled substance prescriptions initialed and dated by practitioner. {893.04(1)(b), F.S.} | | | X | |
| 19 | Controlled substance prescriptions provide patient's name and address. {893.04(1)(c) 1., F.S.} | | | X | |
| 20 | Controlled substance prescriptions provide practitioner's name/address and DEA number. {893.04(1)(c) 2, F.S.} | | | X | |
| 21 | Controlled substance prescription refills signed and dated by practitioner. {893.04(1)(b), F.S.} | X | | | |
| 22 | Controlled substance prescriptions properly maintained. {893.04, FS} {893.07, F.S.} | | | X | |
| 23 | Controlled substance purchase records properly maintained {893.07(1)(a) & (b), F.S.} | | | X | |
| 24 | Controlled substance records readily retrievable. {893.07(4)(b), F.S.} {21CFR 1304.04} | | | X | |
| 24A | Printout of controlled substances dispensed over the past 6 months, to include, but not limited to: patient's name, address, name of medication, and quantity dispensed. {893.07(1)(a)(b)2(a)(b)(c)} | | | | X |
| 25 | Controlled substance biennial inventory conducted. {893.07(1)(a), F.S.} | | | | X |
| 26 | DEA 222 forms properly completed. {893.07(2), F.S.} {21CFR 1305.09} | | | X | |
| 27 | Daily hard copy printout or log of all prescriptions is dated/signed by each practitioner if computer system utilized. {64B16-28.140(3)(d)(e), F.A.C.} | | | X | |
| 28 | Practitioner's computer information readily retrievable. {21CFR 1306.22} {64B16-28.140(3)( c),F.A.C.} | | | X | |
| 29 | Pedigree records retrievable. {64F-12.012 (3)(a) 2., (d)} | | | | X |

Time entered facility: 11:10am    Showed credentials to:  Chris George, Ethan Baumhoff, Derik Nolan

Remarks: Inspection conducted with Chris George (owner), Ethan Baumhoff (Office manager) and Derik Nolan(office manager)
   #4:Some Stock meds observed in dispensing area were in vials not appropriately labeled with lot#,exp date and manufacturer. Advised to correct.
   #5: Meds purchased from Lifeline Pharmaceuticals (Miami Fl)Permit #22:20140. (Copy of invoice taken).
       License observed during inspection indicates Lifeline Permit expired 2/28/09.
       Other suppliers include: Anda Inc(22:20153, Harvard Drug Group LLC(23:2182, Paragon Enterprises, Inc(22:1344),Medical Arts Pharmacy (22:124)
       Seacoast Medical (23:2226)
   #20:Advised that hard copy Rx's should indicate DEA# from data processor with Letters preceding the #.(Samples taken)
   #24A:Advised to provide the Department of Health a printout of the controlled substances dispensed (3/1/09-8/24/09) by 6/26/09
   #25: Starting Inventory12/22/08 does not indicate any quantity in stock. Advised to conduct an current inventory of all controlled meds and fax to submit to DOH by 6/26/09.
       (copy taken)
   #27: Daily hard copy printout is signed by the practitioner but does not include patients address and the date of dispensing.
       Dates are hand written on dispensing log.(Samples taken)
   #29: Pedigree records from Paragon were not available. Advised to follow up and be able to readily retrieve.

I have read and have had this inspection report and the laws and regulations concerned herein explained, and do affirm that the information given herein is true and correct to the best of my knowledge.

PRINT NAME Ethan Baumhoff, Manager

Institutional Representative

06-24-2009
Date

Investigator/Sr. Pharmacist Signature

ID wi95

EXHIBIT #5

14

# Exhibit T

# Exhibit
# T
# Patient 1

American Pain L.L.C.

Are you a Florida resident?          YES  /  NO

If no, what state do you reside? _____ West Virginia

Have you tried to get treatment in your home state?   YES / NO

If yes what happened?  If no, why not?

no insurance / not afford visits average $1800.00 per month not counting meds.

Have you tried going to a Pain Facility closer to your home state?

If yes what happened?  If no, why not?

Yes But not willing to see me without 1800.00 cash up front or insurance.

Why do you come all the way to American Pain?

Please explain.

Me and my girlfriend heard from a friend it was only 150.00 per visit V.S. 1800.00 per visit where were from so we can save 1650.00 per month by coming here.

Have you seen a Medical Doctor and been prescribed Pain Medication within the last 28 days?   YES / NO   Emergency Room nothing prescribed to me they gave me white I was there 4 Percocet 10 and 4 30 mg Roxycodone to take name.

Have you taken Methadone in the last 28 days?   YES / NO   never

Have you taken any illegal or illicit drugs in the last 30 days?  YES / NO

Have you ever used drugs interveinously?  Yes / NO

**Patient Signature** ███████████  Date: 12-7-2009

Form_OOS-4/09_1

# Exhibit
# T
# Patient 2

American Pain L.L.C.

Are you a Florida resident?        YES / NO

If no, what state do you reside? _Kentucky_

Have you tried to get treatment in your home state?   YES / NO

If yes what happened?  If no, why not?

I had treatment up to a point, but the insurance money ran out. The the pain got worse, and I sought treatment elsewhere.

Have you tried going to a Pain Facility closer to your home state?

If yes what happened?  If no, why not?

Yes, But the Dr. who was treating me retired, and the clinic closed.

Why do you come all the way to American Pain?

Please explain.

My neighbor reccommended this clinic very highly. He said it was the first place he'd been that actually gave him enough medication that if eased his pain and made it possible to sleep at night again. Since I have a shoulder injury like his, and severe back pain as well, I thought I might have more cehance at true pain releif here than somewhere else.

AP0744255

# Exhibit
# T
# Patient 3

American Pain L.L.C.

Are you a Florida resident?       YES  /  NO
        If no, what state do you reside? _Kentucky_

Have you tried to get treatment in your home state?  (YES) / NO
        If yes what happened?  If no, why not?
_Didn't Have Insurance, and the_
_meds didn't work for me_

Have you tried going to a Pain Facility closer to your home state?
        If yes what happened?  If no, why not?
_yes, didn't Have Insurance,_

Why do you come all the way to American Pain?
        Please explain.
_To be honest I don't know what_
_else to do, I hope you take care_
_of your clinis, I dont Have insure_
_and I an at the end of my rope_
_Im in pain everyday I need Help_

Have you seen a Medical Doctor and been prescribed Pain
Medication within the last 28 days? YES / NO

Have you taken Methadone in the last 28 days?  YES / NO

Have you taken any illegal or illicit drugs in the last 30 days?  YES
/ NO

Have you ever used drugs interveinously?  Yes / NO

**Patient Signature** ▮▮▮▮▮▮▮▮▮▮▮▮▮           Date: 2-06-10

Form_OOS-4/09_1

AP0708110

# Exhibit
# T
# Patient 4

American Pain L.L.C.

Are you a Florida resident?          YES  /  NO
    If no, what state do you reside? SAVH GA

Have you tried to get treatment in your home state?  YES / NO
    If yes what happened?  If no, why not?
To much money @ one time

Have you tried going to a Pain Facility closer to your home state?
    If yes what happened?  If no, why not?
Same as above

Why do you come all the way to American Pain?
    Please explain.
Because I dislocated left shoulder 15
yrs ago. They reconstruct it in 2005
will not stay come in dislocates if I move
wrong. Dr. said they cannot reconstruct
bones theres nothing they can do
told me to see pain management
wakes me up at nite hurting I cant sleep

AP0712045

# Exhibit
# T
# Patient 5

American Pain L.L.C.

Are you a Florida resident?          YES   /   NO
    If no, what state do you reside? _____ Kentucky _____

Have you tried to get treatment in your home state?   YES / NO
    If yes what happened?  If no, why not?

They will not give enough To Help with Pain
and when you ask For stronger True Look down
on you

Have you tried going to a Pain Facility closer to your home state?
    If yes what happened?  If no, why not?

yes Called But don't accept out of state
Patients

Why do you come all the way to American Pain?
    Please explain.

To get Help with my pain it's Severe, and
I am sick of Not Being Able To Enjoy my 'Kids
and Life in general

Form_OOS-4/09_1

AP0715437

# Exhibit U

# Exhibit

# U

# Patient 1

0374191

## HISTORY AND PHYSICAL EXAMINATION FORM

**American Pain L.L.C.**
Pain Management Clinic

Patient Name _____ M (or) (F) Gender   Age 32   _____ DOB   Date 7/30/08.

CC: _____ pt c/o chronic lower back pain, neck pain, (R) shoulder + post weakness

Pt. is S/P trauma _____ lifting injury 2 mos ago.

multiple mva's ci post - > syncd back pain.

HPC: Pain is (0-10) 8-9/10. _____ throughout the day, w/flare ups of (0-10) _____ as often as _____ x / day.

Aggravated by _____ (lifting,) _____ (bending,) _____ twisting, _____ (sitting or standing in one position too long,) _____ other.
Relieved by _____ lying, _____ resting, _____ stretching, _____ exercise, _____ heat, _____ ice, _____ massage.
Other alleviating factors: _____

Radiation to _____ RUE, bil LE assoc. w/ (numbness) _____, (tingling,) _____ burning.

Without pain relief from current medications would you be able to sleep? YES / (NO)    Does the pain deplete you energy / motivation? (YES) / NO

Are you irritable / moody because of the pain? (YES) / NO    Does it affect your relationship? (YES) / NO

Has it cause problems at work? (YES) / NO    Are you able to work with the pain? YES / (NO)

Since the pain and without pain control have your daily activities diminished? (YES) / NO

PMHx: Ø    Panic Attacks.

PSHx: c section

FMHx: _____ M/F A&W, _____ No sig. fam hx of dz., Other _____

SHx: (tob y) 1/4 ppd _____ pack/yr Hx., _____ Etoh, Recreational drugs

Allergies: (NKDA.) Other: _____

Past Hx of Pain Management: Dr. Fulton - last saw 1.5 mos ago. - closed down. referred here by friend.

Meds: Oxycodone 30mg (150)    fuma 30mg (90)    oxycodone 15mg (80)    xanax (90)

Efficacy: _____, Side Effects: _____

ROS: As checked below, otherwise all ROS negative.

Gen: _____ appetite changes, _____ (sleep disturbance,) _____ (reduced (energy,) _____ loss of daily activity)
Resp: _____ (Cough,) _____ (wheeze,) _____ SOB
CVS: _____ CP, _____ palpitations, _____ SOBOE, _____ H/O HTN, _____ Lipid d/o
GI: _____ N / V / D / C, _____ Liver problems
GU: _____ urinary retention, _____ dysuria, _____ (frequency,) _____ urgency, _____ erectile function, _____ (kidney problems)
Nuero: _____ (weakness,) _____ (numbness,) _____ (tingling,) _____ dizziness, _____ confusion
MSKT: _____ (joint pain,) _____ deformities, _____ (limitations,) _____ swelling
Psych: _____ (depression,) _____ anxiety
form ex1-1208 rev 1

AP0705316

**Patient Name** [redacted] ___ M (or) F | Gender | Age 3L | DOB [redacted] | Date 7/30/08.

**PE:** BP 108 / 76 _____ Pulse: 11 _____ Temp: _____ Ht: 5'3" Wt# 118 lbs

**VS:**

| | |
|---|---|
| **Gen:** | _____ Abn. Postue, / Appears in pain, / Appropriate affect / behavior. / Pleasant. |
| **HEENT** | _____ Malar rash, / PERRLA, / EOMI, / Good definition. |
| **Lungs** | _____ CTA-b/l, no pleural friction rub heard / Good airay entry, / No Accessory muscle use. |
| **Heart** | _____ RRR, / S1-S2-n, / No mumurs / rubs / allops heard on auscultion. |
| **Abdo** | _____ Soft, Nt/nds, / BS + normoactive / No HSM / Scars. |

**MSKT:** L-Spine: / Symmetry _____ Cx lordosis, _____ kyphosis/scoliosis, _____ Atrophy, _____ Scapular Winging

Bony pt. tenderness? _____ Level _____

**ROM:** Flexion: 15  30  45  Ext: 25  35  45  55  Abd. R.- 20  30  40  L.- 20  30  40  Rot. R.- 30  45  60  70  L.- 30  45  60  70

**Sens:** Lat arm (C5)  R: (↑ N ↓)  L: (↑ N ↓)  Thumb/Index finger (C6)  R: (↑ N ↓)  L: (↑ N ↓)

Middle finger (C7)  R: (↑ N ↓)  L: (↑ N ↓)  Ring/small finger (C8)  R: (↑ N ↓)  L: (↑ N ↓)

Medical arm (T1)  R: (↑ N ↓)  L: (↑ N ↓)

**Mot:** Deltoid (C5)  R 3 / 5, L 5 / 5  Biceps (C5,C6)  R 3 / 5, L 5 / 5  Wrist ext (C6)  R 3 / 5, L 5 / 5

Wrist flexion/Triceps (C7,C8)  R 3 / 5, L 5 / 5  Hand Grasp (C8, T1)  R 3 / 5, L 5 / 5

Finger abduction (T1)  R 3 / 5, L 5 / 5

**Reflex:** Biceps (C5)  R 2 / +2, L 2 / +2  BR (C6)  R 2 / +2, L 2 / +2 .  Triceps (C7)  R 2 / +2, L 2 / +2

**L-Spine:** Symmetry. _____ Lordosis / kyphosis / scoliosis. _____ Atrophy. _____ Lumbar shift. _____ Pelvic tilt _____ Vascular trophic changes.

Hair tuft. _____ Leg length discrepancy; _____ true (ASIS to LM)  R____ / L____  VS. fxnl____. R____ / L____  x____ in.

**Gait:** _____ Normal. _____ Antalgic. _____ Trendelenburg. _____ Foot drop. _____ Spastic. _____ Circumducted.

Bony pt. tenderness? _____ Location L, - ⊥ tenderness noted

**ROM:** Flexion _____ (135), Extension _____ (30), Abduction _____ (45), Adduction _____ (20-30)

**MOT:** Hip Flexion (L1)  5 / 5  Hip Add (L2-4)  R 5 / 5, L 5 / 5.  Knee extension (L2-3-4)  R 5 / 5, L 5 / 5.

Foot dorsiflexion (L4-5)  R 5 / 5, L 5 / 5.  Great toe extension (L5)  R 5 / 5, L 5 / 5..

Ankle Inversion/eversion (L4-S1)  R 5 / 5, L 5 / 5.  Hip Abd (L5-S1)  R 5 / 5, L 5 / 5.  Foot Plantar flxn (S1-S2)  R____ / 5, L____ / 5.

Toe rising _____, heel walking _____  Squating _____, Stork test _____, Modified Schrober test _____ Other _____

**SENS:** Mid-thigh (L2)  R____, L____  Lower Thigh (L3)  R____, L____  Medical Malleolus (L4)  R____, L____  Lateral foot (S1)  R____, L____

Great toe / in step of foot (L5)  R____, L____. _____ Other than marked, all dermatomes are intact & symmetrical, bilaterally.

**Reflex:** Patellar (L3-L4)  R 2 / L 2  Medical Hamstring (L5-S1)  R 2, L 2  Achilles (S1-S2)  R____, L____  Babinski ____ Clonus ____ Spasticity ____

Pedal pulses: Dorsalis pedis: R____, L____ / post Tibialis  R____, L____  Cap refill _____ Straight leg raise  R____, L____

Bowstring test: _____ Nachia's: _____ Patrick's (Fabere) _____ Gaenslens _____, Kemp _____ Braggards _____

**Shoulder:** Depression test: _____ Soto-Hall test: _____ Distraction test: _____, Apley's Compression test: _____ Neer's _____

Hawkins imprigement test: _____ Ely test: _____ Other: Lemited Rom R & E / limited Abduction

**Nuero:** CN2-12  grossly intact _____, Romberg _____

**Skin:** _____ no discoid lesions / erythematous plaques.

**Other:** _____

MD: Cut Pedo

Date: 7/30/08.

form ex2-1208 rev 1

AP0705318

# Exhibit

# U

Patient 2

American Pain L.L.C.
**Pain Management Clinic**

# HISTORY AND PHYSICAL EXAMINATION FORM

Patient Name �K▋▋    M__ (or) F   Gender   51 Age   DOB   7/14/08. Date

CC: Chronic Lower back pain

Pt. is S/P trauma _hx of scoliosis_

MVA - at cpe 18y/o.
mva - 2006

HPC: Pain is (0-10) 8-9/10 _____ throughout the day, w/flare ups of (0-10) _____ as often as _____ x / day.

Aggravated by ___ lifting, ___ bending, ___ twisting, ___ sitting or standing in one position too long, ___ other.

_____ Relieved by _____ lying, _____ resting, _____ stretching, _____ exercise, ___ heat, _____ ice, ___ massage.

_____ Other alleviating factors: _hot tub_ .

_____ Radiation to _BLL legs_ , assoc. w/ _____ numbness, ___ tingling, _____ burning.

Without pain relief from current medications would you be able to sleep? YES / NO   Does the pain deplete you energy / motivation? YES / NO

Are you irritable / moody because of the pain? YES / NO   Does it affect your relationship? YES / NO

Has it cause problems at work? YES / NO   Are you able to work with the pain? YES / NO

Since the pain and without pain control have your daily activities diminished? YES / NO

PMHx: _____ Scoliosis _____

PSHx: _____ Tonsillectomy, D+C. _____

FMHx: _____ M/F A&W, _____ No sig. fam hx of dz., Other _____

SHx: Tob x 15yrs Quitter ___ pack/yr/Hx., _____ Etoh, Recreational drugs

Allergies: _____ NKDA. Other: _Penicillin_

Past Hx of Pain Management: ___∅___ _____

Meds: ___∅___ _____

Efficacy: _____ , Side Effects: _____

ROS: As checked below, otherwise all ROS negative.

Gen: _____ appetite changes, _____ sleep disturbance, ___ reduced energy, ___ loss of daily activity

Resp: _____ Cough, _____ wheeze, _____ SOB

CVS: _____ CP, _____ palpitations, _____ SOBOE, _____ H/O HTN, _____ Lipid d/o

GI: _____ N / V / D / C, _____ Liver problems

GU: _____ urinary retention, _____ dysuria, _____ frequency, _____ urgency, _____ erectile function, _____ kidney problems

Nuero: _____ weakness, ___ numbness, ___ tingling, _____ dizziness, _____ confusion

MSKT: _____ joint pain, _____ deformities, ___ limitations, _____ swelling

Psych: _____ depression, _____ anxiety

form ex1-1208 rev 1

AP0781607

0406855

**Patient Name** ████████ **M (or) F** **Gender** **Age** S l **DOB** ████ **Date** 7/4/09

**PE:** BP 132 / 74    Pulse: 80    Temp: ____    Ht: 5'7¾"    Wt# no lbs

**VS:**

| | |
|---|---|
| **Gen:** | +++ hyperhydrosis  Abn. Posture,  Appears in pain  Appropriate affect / behavior.  Pleasant. |
| **HEENT** | Malar rash,  PERRLA,  EOMI,  Good defintion. |
| **Lungs** | CTA-b/L, no pleural friction rub heard  Good airay entry.  No Accessory muscle use. |
| **Heart** | RRR,  S1 S2-n  No mumurs / rubs / allops heard on auscultation. |
| **Abdo** | Soft, N/nd.  BS+normoactive  No HSM  Scars. |

**MSKT:** L-Spine:_____ Symmetry,_____ Cx lordosis,_____ kyphosis/scoliosis_____ Atrophy,_____ Scapular Winging

Bony pt. tenderness?_____ Level_____

**ROM:** Flexion: 15  30  45    Ext: 25  35  45  55    Abd. R.- 20  30  40  / L.- 20  30  40    Rot. R.- 30  45  60  70 / L.- 30  45  60  70

**Sens:**
| | |
|---|---|
| Lat arm (C5)  R: (↑ N ↓)  L: (↑ N ↓) | Thumb/Index finger (C6)  R: (↑ N ↓)  L: (↑ N ↓) |
| Middle finger (C7)  R: (↑ N ↓)  L: (↑ N ↓) | Ring/small finger (C8)  R: (↑ N ↓)  L: (↑ N ↓) |
| Medical arm (T1)  R: (↑ N ↓)  L: (↑ N ↓) | |

**Mot:** Deltoid (C5)  R 5 / 5, L 5 / 5   Biceps (C5,C6)  R ⌐ / 5, L ⌐ / 5   Wrist ext (C6)  R ⌐ / 5, L ⌐ / 5

Wrist flexion/Triceps (C7,C8)  R 5 / 5, ⌐ / 5   Hand Grasp (C8, T1)  ⌐ / 5, L ⌐ / 5

Finger abduction (T1)  R ⌐ / 5, L ⌐ / 5

**Reflex:** Biceps (C5)  R 2 ⌐ / +2, L 2 ⌐ / +2  BR (C6)  R 2 ⌐ / +2, L 2 ⌐ / +2   Triceps (C7)  R 2 ⌐ / +2, L ⌐ / +2

**L-Spine:**_____ Symmetry._____ Lordosis / kyphosis / scoliosis._____ Atrophy._____ Lumbar shift._____ Pelvic tilt_____ Vascular trophic changes.

_____ Hair tuft._____ Leg length discrepancy;_____ true (ASIS to LM)  R_____ / L_____  VS. fxnl_____. R_____ / L_____ x_____ in.

**Gait:**_____ Normal._____ Antalgic_____ Trendelenburg._____ Foot drop._____ Spastic._____ Circumducted.

Bony pt. tenderness?_____ Location L1 - L4 tenderness noted

**ROM:** Flexion: _____ (135),  Extension _____ (30),  Abduction _____ (45)  Adduction _____ (20-30)

**MOT:** Hip Flexion (L1)  4 / 5   Hip Add (L2-4) R 4 / 5, L 4 5.   Knee extension (L2-3-4) R 4 / 5, L 4 / 5.

Foot dorsiflexion (L4-5) R 4 / 5, L 4 / 5.   Great toe extension (L5) R_____ / 5, L 4 / 5..  (1) post deformity noted everted

Ankle Inversion/eversion (L4-S1) R_____ / 5, L_____ / 5.   Hip Abd (L5-S1) R_____ / 5, L_____ / 5.   Foot Plantar flxn (S1-S2) R_____ / 5, L_____ / 5.

Toe rising unable,  heel walking able,  Squatting able,  Stork test _____,  Modified Schrober test _____  Other _____

**SENS:** Mid-thigh (L2) R_____, L_____  Lower Thigh (L3) R_____, L_____  Medical Malleolus (L4) R_____, L_____  Lateral foot (S1) R_____, L_____

Great toe / in step of foot (L5) R_____, L_____  _____ Other than marked, all dermatomes are intact & symmetrical, bilaterally.

**Reflex:** Patellar (L3-L4)  R 2 ⌐, L 2 ⌐  Medical Hamstring (L5-S1) R 2 ⌐, L 2 ⌐  Achilles(S1-S2) R 2 ⌐, L 2 ⌐  Babinski _____ Clonus _____ Spasticity _____

Pedal pulses:  Dorsalis pedis: R_____, L_____ / post Tibialis R_____, L_____  Cap refill _____.  Straight leg raise R_____, L_____

Bowstring test: _____ Nachia's: _____ Patrick's (Fabere) _____ Gaenslens _____, Kemp _____, Braggards _____

**Shoulder:** Depression test: _____, Soto-Hall test: _____, Distraction test: _____, Apley's Compression test: _____, Neer's _____

Hawkins impringement test: _____, Ely test: _____, Other: _____

**Nuero:** CN2-12 grossly intact _____, Romberg _____

**Skin:** _____ no discoid lesions / erythematous plaques.

**Other:** _____

MD: _____

Date: 7/4/05

form ex2-1208 rev 1

AP0781608

# Exhibit V

# Exhibit
# V
# Patient 1

# American Pain L.L.C.

5801 N. Federal Highway / Boca Raton , FL 33487
Ph: 561-995-0550 / Fax: 561-995-0550

DATE: 9/25/08

0374192

Patient Name _____   Age _____   DOB _____

- ☑ Routine F/U to pain management.
- ☑ Patient is satisfied and doing well on current therapy.
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☐ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ☑ No Change          PSHx: ☑ No Change
F/SHx: ☑ No Change          ALL: ☐ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ☐ Roxicodone 30mg | | | 180 |
| ☐ Roxicodone 15mg | | | 50 |
| ☐ Xanax 2mg | | | 90 |
| ☐ Soma 350 mg | | | |
| ☐ Percocet 10/325 | | | |
| | | | |
| | | | |

PE: BP: 118/12   P 116 R ____   Temp ____   Ht ____   Wt ____   LMP _____

☑ No Change in PE. See H & P.

Other: _____ Eku Atok 3 Qst ø shured pain noted
_____ Opus c/aona.

Pain level with medication: 2/10          Pain level without medication: 10/10

New Labs / Tests: _____

Diagnostic studies:   MRI: Date: 9/08   Area of MRI: Lumbar

A/P: ☐ Routine F/U. No new issues.
     ☐ Continue current meds as before. Patient understands importance of weaning down and will cut back
        next month. Goal: _____
     ☐ Change in meds: _____
     ☐ Continue all current recommending.
     ☑ Referrals: physical therapy for R shoulder/arm  — new
     ☐ F/U in one month or with any problems as needed.      aneluetin test

Days since last visit_____. If back early or late why_____

Doctor Signature: _____ Curled _____

form fu-1208 rev 1

AP0705314

# American Pain L.L.C.

5801 N. Federal Highway / Boca Raton , FL 33487
Ph: 561-995-0550 / Fax: 561-995-0550

DATE: August 27 2008

0374187

Patient Name ▮▮▮▮▮▮▮▮▮▮▮▮▮   Age _____   DOB ▮▮▮▮▮

- ☑ Routine F/U to pain management.
- ☑ Patient is satisfied and doing well on current therapy.
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☐ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ☑ No Change       PSHx: ☑ No Change
F/SHx: ☑ No Change       ALL: ☐ No Change

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30mg | | | 180 |
| ☐ | Roxicodone 15mg | | | 80 |
| ☐ | Xanax 2mg | | | 20 |
| ☐ | Soma 350 mg | | | |
| ☐ | Percocet 10/325 | | | |
| | | | | |
| | | | | |

PE: BP: 131 / 147   P 16   R _____   Temp _____   Ht _____   Wt _____   LMP _____

☑ No Change in PE. See H & P.

Other: _____ pt is Aaex? OTC Orlunced precel noted
_____ (+) limited abduction (R) UE.
_____ (has ortho appt scheduled) XANAX my helps c pt panic attacks

Pain level with medication: ___2__ / 10       Pain level without medication: __6__ / 10

New Labs / Tests: _____

Diagnostic studies:    MRI: Date: __7/08__    Area of MRI: __lumbar.__

A/P:
- ☐ Routine F/U. No new issues.
- ☐ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
- ☐ Change in meds: _____
- ☐ Continue all current recommending.
- ☑ Referrals: _____ Orthopedics 9/24/08. - for (R) shoulder
- ☐ F/U in one month or with any problems as needed.

Days since last visit _____ . If back early or late why _____

Doctor Signature: _____ Cynthia Cadet _____

form fu-1208 rev 1

T M

AP0705315

# Exhibit
# V
# Patient 2

0376896

# American Pain L.L.C.

5801 N. Federal Highway / Boca Raton, FL 33487
Ph: 561-995-0550 / Fax: 561-995-0550

DATE: _1/14/10_

Patient Name _____ • Age _____ DOB _____

- ☑ Routine F/U to pain management.
- ☐ Patient is satisfied and doing well on current therapy.
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☑ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

*prull & concrete.*

PMHx: ☑ No Change *Bladder Stones*    PSHx: ☐ No Change
F/SHx: ☐ No Change    ALL: ☐ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ☐ Roxicodone 30mg | | | *210* |
| ☐ Roxicodone 15mg | *Discharge* | | 90 |
| ☐ Xanax 2mg | | | 60 |
| ☐ Soma 350 mg | | | |
| ☐ Percocet 10/325 | | | |
| | | | |
| | | | |

PE:  BP: ___/___  P ___  R ___  Temp ___  Ht ___  Wt ___  LMP ___

☑ No Change in PE. See H & P.

Other: _____ AO×3 _____
_____ or _____
_____ *track marks noted* _____

① IN *track marks noted*

Pain level with medication: ___ / 10    Pain level without medication: _5_ / 10

New Labs / Tests: _____

Diagnostic studies:  MRI: Date: _1/09_  Area of MRI: _lumbar_

A/P:
- ☐ Routine F/U. No new issues.
- ☐ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
- ☑ Change in meds: _____
- ☐ Continue all current recommending.
- ☐ Referrals: _detox referral._
- ☑ F/U in one month or with any problems as needed.

Days since last visit _____.  If back early or late why _____

Doctor Signature: _____

form fu-1208 rev 1

AP0076760

# Exhibit
# V
# Patient 3

# American Pain L.L.C.

1001 W. Cypress Creek Rd. / Suite 206 / Ft. Lauderdale, FL 33309
Ph: 954-928-1200 / Fax: 954-928-1214

DATE: 1/17/08.

Patient Name _____  Age 25  DOB _____

☑ Routine F/U to pain management.
☑ Patient is satisfied and doing well on current therapy.
☑ Is having no side effects from medications.
☑ Activity of daily living has improved.
☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
☑ Smoking cessation has been advised and options discussed.
☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
☐ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

0364452

PMHx: ☑ No Change          PSHx: ☑ No Change
F/SHx: ☑ No Change          ALL: ☑ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ☐ Roxicodone 30mg | 7 tbs. | Q4 | 180 |
| ☐ Roxicodone 15mg | | | |
| ☐ Xanax 2mg | | | |
| ☐ Soma 350 mg | | | |
| ☐ Percocet 10/325 | | b.i.d | 60 |
| | | | |
| | | | |

PE: BP: 101/52  P 61  R ____  Temp ____  Ht ____  Wt ____  LMP _____

☐ No Change in PE. See H & P.

Other: _____ B/(R) knee c/s effusion noted. _____

PT scheduled for surgery friday

Pain level with medication: 3 / 10          Pain level without medication: 10 / 10

New Labs / Tests: _____

Diagnostic studies: MRI: Date: 9/12/08.  Area of MRI: (R) knee.

A/P: ☑ Routine F/U. No new issues.
☑ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
☐ Change in meds: dd valium way # 10 tabs.
☐ Continue all current recommending.
☐ Referrals: Dr. LeRae - orthopedic - Sx on (R) knee Jan 14/2008.
☐ F/U in one month or with any problems as needed.

Doctor Signature: _____

form fu-1208 rev 1

# Exhibit
# V
# Patient 4

# American Pain L.L.C.

5801 N. Federal Highway / Boca Raton, FL 33487
Ph: 561-995-0550 / Fax: 561-995-0550

DATE: 8/12/08

||||||| 0389827

Patient Name ▓▓▓▓▓▓▓▓▓▓ Age _____ DOB ▓▓▓▓▓

- ☑ Routine F/U to pain management.
- ☑ Patient is satisfied and doing well on current therapy. — *f̲ bain 2° to physical therapy*
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☑ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ☑ No Change          PSHx: ☑ No Change
F/SHx: ☑ No Change          ALL: ☑ No Change

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30mg | | | 210 |
| ☐ | Roxicodone 15mg | | | 90 |
| ☐ | Xanax 2mg | | | 30 |
| ☐ | Soma 350 mg | | | |
| ☐ | Percocet 10/325 | | | |
| ☐ | | | | |
| ☐ | | | | |

PE: BP: (2)/57 P 87 R ____ Temp ____ Ht ____ Wt ____ LMP ____
☑ No Change in PE. See H & P.
Other: _____ PT vs ATOX3 _____
NOSE
NO Ph___ I med

*★ Pt + started physical therapy 3x / week*

Pain level with medication: 3 / 10     Pain level without medication: 40 / 10

New Labs / Tests: _____

Diagnostic studies:   MRI: Date: 3/08   Area of MRI: cervical

A/P:
- ☐ Routine F/U. No new issues.
- ☑ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
- ☑ Change in meds: ↑ to #210 roxi 30mg tabs
- ☐ Continue all current recommending.
- ☐ Referrals: _____
- ☑ F/U in one month or with any problems as needed.

Days since last visit ____. If back early or late why _____

Doctor Signature: _____

form fu-1208 rev 1

T m

AP0711766

# American Pain

DATE: 6/17/08.

Patient Name: ███████████   Age 22   DOB ███████

- ☑ Routine F/U to pain management.
- ☐ Patient is satisfied and doing well on current therapy. *relieved pain 2° to neurosurgery 2 weeks ago*
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☑ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity. *cervical spine Sx 2 weeks ago.*

PMHx: ☐ No Change   PSHx: ☑ No Change
F/SHx: ☑ No Change   ALL: ☑ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ☐ Roxicodone 30mg | | | 150 |
| ☐ Roxicodone 15mg | | | |
| ☐ Xanax 2mg | | | 30 |
| ☐ Soma 350 mg | | | |
| ☐ Percocet 10/325 | | | 80 |
| | | | |
| | | | |

PE:   BP: 112/88   P 100.   R ____   Temp ____   Ht ____   Wt ____   LMP _____
☐ No Change in PE. See H & P.

Other: _____ *pt had cervical spine surgery 2 weeks ago, recovering well. ⊕ scar noted posterior neck ① lower back area.*

Pain level with medication: 2 / 10   Pain level without medication: 10 / 10

New Labs / Tests: _____

Diagnostic studies: MRI: Date: 3/09   Area of MRI: cervical

A/P:
- ☐ Routine F/U. No new issues.
- ☐ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
- ☑ Change in meds: _____
- ☐ Continue all current recommending.
- ☐ Referrals: _____
- ☑ F/U in one month or with any problems as needed.

Have you been arrested for any drug related charges since your last visit? *no*

Have you been taking your medications as prescribed? *yes*

Doctor Signature: *Cyril Kedet*

Form fu-0409 rev 2

AP0711768

# American Pain

0389873

DATE: 5/20/08.

Patient Name ███████████████████ Age 27 DOB ███████

- ☑ Routine F/U to pain management.
- ☐ Patient is satisfied and doing well on current therapy.
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☐ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ☐ No Change — neck injury — prior CR roller

F/SHx: ☐ No Change — Hx 3 week s/so

PSHx: ☐ No Change

ALL: ☐ No Change

| | Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|---|
| ☐ | Roxicodone 30mg | | | 120 |
| ☐ | Roxicodone 15mg | | | |
| ☐ | Xanax 2mg | | | 50 |
| ☐ | Soma 350 mg | | | |
| ☐ | Percocet 10/325 | | | 90 |
| | | | | |
| | | | | |

PE: BP: 113/54 P WN. R ___ Temp ___ Ht ___ Wt ___ LMP ___

☐ No Change in PE. See H & P.

Other: Pt w A+0x3

No SI

no suned speci.

Pain level with medication: 3 / 10    Pain level without medication: 10 / 10

New Labs / Tests: ___

Diagnostic studies: MRI: Date: 3/08 .    Area of MRI: cervical

A/P: ☐ Routine F/U. No new issues.
- ☐ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: ___
- ☑ Change in meds: ↑ to #180 oxy and pre 10mg take for better pain control
- ☐ Continue all current recommending.
- ☐ Referrals: neurosurgeon eval next wednesday.
- ☐ F/U in one month or with any problems as needed.

Have you been arrested for any drug related charges since your last visit ? NO

Have you been taking your medications as prescribed ? yes

Doctor Signature: Cyndt Coder

AP0711769

# Exhibit
# V
# Patient 5

# American Pain L.L.C.

5801 N. Federal Highway / Boca Raton , FL 33487
Ph: 561-995-0550 / Fax: 561-995-0550

DATE: _____

0414237

Patient Name _____  Age _____  DOB _____

- ☑ Routine F/U to pain management.
- ☐ Patient is satisfied and doing well on current therapy.
- ☑ Is having no side effects from medications.
- ☑ Activity of daily living has improved.
- ☑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ☑ Smoking cessation has been advised and options discussed.
- ☑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ☑ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ☑ No Change          PSHx: ☑ No Change
F/SHx: ☑ No Change          ALL: ☐ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ☐ Roxicodone 30mg | | | 240 |
| ☐ Roxicodone 15mg | | | 50 |
| ☐ Xanax 2mg | | | 30 |
| ☐ Soma 350 mg | | | |
| ☐ Percocet 10/325 | | | |
| | | | |
| | | | |

PE:  BP: 108/63  P 57  R _____  Temp _____  Ht _____  Wt _____  LMP _____

☑ No Change in PE. See H & P.

Other: _____ A&Ox3 _____

_____ ØÆ _____

_____ alluriened medicated OCOA

Pain level with medication: __ 4 /10          Pain level without medication: __ 0 / 10

New Labs / Tests: _____

Diagnostic studies:  MRI: Date: 7/12  Area of MRI: lumbar

A/P:
- ☑ Routine F/U. No new issues.
- ☑ Continue current meds as before. Patient understands importance of weaning down and will cut back next month. Goal: _____
- ☐ Change in meds: _____
- ☐ Continue all current recommending.
- ☑ Referrals: ==orthopedics 1/10==
- ☐ F/U in one month or with any problems as needed.

Days since last visit _____. If back early or late why _____

Doctor Signature: _____

form fu-1208 rev 1

T  M

AP0772705

# Exhibit W

# Exhibit
# W
Patient 1

Note for ████████ on 10/10/2007 - Chart ████████

This 50 year old female presents today for a medication refill.
CC feels cymbalta not helping with feeling depressed and panic again for past 4-5 months. Has been going to Pathways to Dr. Kahn who changes meds (paxil) but made feel like zombi so stopped it and back on cymbalta. Denies life changes and had actually been doing better. Having daily panic feelings with day to day stress now.  Will break out in sweat, heart racing, sob and feels b/p goes up. But can so far can concentrate on something else and can settle self down Sleep varies from sleep ok to not being able to and been occurring same amount of time. Also not driving very much again.|done by lw|
CC· Pt. states she is also here for follow-up of her car accident in Jan 2005. Started noticing changing right shoulder and left back pain with weather changes. Currently intermittent sharp 8-9/10 to right upper back/shoulder area worse with driving and left low back with intermittent spasm/squeezing 7/10 pain which grabs and holds until can lay flat. no incontinence b/b.

LMP:  10//2005.  |done by dh|
**Allergies:** Patient/Guardian admits allergies to penicillin resulting in "pass out".
Patient/Guardian denies an allergy to latex.  |done by dh|
**Medication History:** |done by dh|
    **Active:**
        **Cymbalta** 60 mg tab (1 po daily) (active) medication was prescribed by Hunt
           Drema M.D.
        **Hyzaar** 100-25 mg Tablet (1 po daily) (active) medication was prescribed by
           Hunt Drema M.D.
**Past Medical History: Psychiatric Hx: (+)** depression, post-traumatic, with anxiety,
**Cardiovascular Hx:** (+) agorophobia, (+) CVA 2 lacunar infarcts to right basal ganglion,
**Musculoskeletal Hx:** (+) post concussion sydrome, (+) back pain chronic from MVA 1/05.
|done by dh|
**Past Surgical History:** Patient/Guardian admits past surgical history of tonsilloadenoidectomy·· in 1966, tubal ligation in 1985. |done by dh|
**Family History:** She is the oldest of two daughters Patient/Guardian admits a family history of hypertension associated with father, mother.and sister |done by dh|
**Social History:** Patient admits to # of children . 2, Patient admits to employment status . homemaker, Patient admits to tobacco use . 1 pack per day, Patient admits to marital status . married, Patient denies alcohol use .  |done by dh|

**Review of Systems:  Musculoskeletal:** (+) joint or musculoskeletal symptoms,  **Psychiatric:** (+) psychiatric or emotional difficulties. |done by lw|

**Physical Exam:**  BP Sitting: 144/92 Resp: 20 HR: 92 Temp: 98.1 5 ft. 6.000 in. Weight: 233 lbs. up 22 lbs from 2/5/07 BMI: 38 |done by lw|
    Patient is a pleasant, 50 year old female in no apparent distress who looks her given age, is· well-developed and nourished with good attention to hygiene and body habitus. morbid obesity |done by dh|
    **Head & Face:** Examination of head and face is unremarkable|done by dh|

· Page: 1

10/10/07 -                                                        Drema Hunt M.D.

**Respiratory Exam:**Lung auscultation reveals no rales, rhonchi, wheezing, or rubs|done by dh|
**Cardiovascular Exam:**Regular rate and rhythm, no murmurs, rubs, or bruits. Extremities
show no clubbing, cyanosis, or edema|done by dh|
**GI (Abdomen) Exam:**Abdomen exam normal, with bowel sounds X 4, no evidence of
masses or tenderness|done by dh|
**Musculoskeletal Exam:**Muscle strength full and strength symmetric, normal muscle tone
without any atrophy or abnormal movements except pain to palpation of spasm to right
superior trapezius muscle and supraspinatus tendon crepitus and generalized tenderness to left
l/s area. FROM but pain worse to right lean.|done by dh|
**Neurological Exam:**Neurological exam reveals no abnormalities|done by dh|
**Psychiatric:** Mood and affect appear anxious. Speech is normal. |done by dh|

**Procedures:**

**Impression:**
Other disorders of cervical region. Low back pain. Neck pain/.upper back pain Depression.
Anxiety with agoraphobia. |done by dh|

**Plan:**
start stretching exercises |done by dh|
otc aspercreme to areas tid and heat prn
inform back if still having difficulty sleeping regularly and will try desyrl/trazadone.
filled out forms for free meds

Orders:

Follow-up:
Patient should follow up in 4 weeks and sooner if condition worsens. |done by dh|

**Prescriptions:**
Cymbalta  Dosage: 60 mg Capsule, Delayed Release(E.C.)  Sig: 1 po daily  Total Daily Dose
Qty: 1  Dispense: 30  Refills: 1  Allow Generic: Yes
Vistaril  Dosage: hydrochloride 25 mg tablet  Sig: 1 po TID prn anxiety  Total Daily Dose Qty: 0
Dispense: 90  Refills: 0  Allow Generic: Yes
Flexeril  Dosage: 10 mg tablet  Sig: 1 po q 8 hrs prn for muscle spasm  Total Daily Dose Qty: 0
Dispense: 100  Refills: 0  Allow Generic: Yes
Mobic  Dosage: 15 mg Tablet  Sig: 1 po daily with food for pain  Total Daily Dose Qty: 0
Dispense: 30  Refills: 0  Allow Generic: Yes

_____ Drema Hunt, M.D.
Digitally Signed on 10/10/2007 By: Drema Hunt, M.D.

AP0766988

██████ 11/15/07 ██████                                        Drema Hunt M.D.

**Head & Face:** Examination of head and face is unremarkable|done by dh|

**Musculoskeletal Exam:**Muscle strength full and strength symmetric, normal muscle tone without any atrophy or abnormal movements. has reproducible pain with palpation of spasm to generalozed l/s and medial to right scapula.|done by dh|
**Psychiatric:** Psychiatric exam reveals orientation X 3 with mood and affect anxious to situation|done by dh|

**Procedures:**

**Impression:**
OLB Common Diagnoses: chronic back pain, dysthymic disorder with anxiey and agoraphobia|done by dh|

**Plan:**
d/c mobic. |done by dh|

Orders:
Patient was referred to physical therapy./pool theraoy |done by dh|

Follow-up:
Patient should follow up in 4 weeks. |done by dh| .

**Prescriptions:**
diclofenac Dosage: 75 mg Sig: 1 po BID with food for pain Total Daily Dose Qty: 2 Dispense: 60 Refills: 0 Allow Generic: Yes

_____ Drema Hunt, M.D.
Digitally Signed on 11/15/2007 By: Drema Hunt, M.D.

AP0766990

# Exhibit
# W
# Patient 2

0389173

**Kentucky Pain Physicians**
**286 US HWY 23 N., Ste. 102**
**Prestonsburg, KY 41653**
**Phone: 606-874-0032**

SSN #: ▮
DOB: ▮
DOE: 7/7/2008
Robert Windsor, M.D.

Type of Exam: MRI CERVICAL SPINE

Clinical History: Neck pain.

Findings: Multiplanar noncontrast images of the cervical spine were performed.

The cerebellar tonsils are in anatomic position. There is no focal cervical spinal cord signal abnormality. There is partial fusion of the C6 and C7 vertebral bodies, likely congenital. At the C5-6 level, there is an anterior impression on the thecal sac related to osteophyte formation with moderate degree of bilateral neural foramina encroachment related to hypertrophic facet joint change, right greater than left. At the C4-5 level, there is prominent anterior impression on the thecal sac related to osteophytes with severe bilateral neural foramina encroachment related to osteophyte formation, right greater than left. There is no disc herniation at any level. There is diffuse bulging of the disc at the C3-4 level as well as the C7-T1 level.

Impression:

1. Severe neural foramina encroachment related to osteophytes at C4-5.
2. Bulging discs at C3-4 and C7-T1.
3. Partial fusion of the C6 and C7 vertebral bodies, which appears congenital.
4. There is no focal cervical spinal cord signal abnormality.

Type of Exam: MRI RIGHT KNEE

Clinical History: Knee pain.

Findings: Multiplanar noncontrast images were performed. There is a large right knee joint effusion. There is severe osteoarthritis involving the medial compartment with associated thinning of the anterior and posterior horns of the medial meniscus. There is a horizontal meniscal tear involving the posterior horn of the medial meniscus. There is diffuse increased signal intensity within the anterior horn of the medial meniscus, which does not extend to the surface. There is grade 1 signal abnormality within the anterior and posterior horns of the lateral meniscus. The medial and lateral collateral ligaments are intact. There is an area of osseous contusion involving the medial femoral condyle and medial tibial plateau with no acute fraacture.

Impression:

SSN #: ███████
**DOE: 7/7/2008**
**Page 2 of 2**

1. Advanced osteoarthritis primarily involving the medial compartment with horizontal meniscal tear involving the posterior horn of the medial meniscus.
2. Anterior and posterior cruciate ligaments are intact.
3. There is a large joint effusion.

*Electronically Approved by:*
Joseph L. Skeens, M.D.

JLS/tl
D: 7/7/2008 11:46:46 PM
T: 7/8/2008
File #: ███████

AP0715535

# Exhibit

# W

# Patient 3



0392051

Appalachian Regional Healthcare Middlesboro
3600 West Cumberland Avenue
Middlesboro, Kentucky 40965

RADIOLOGY REPORT    (606) 242-1159 (TRUDY GK)

PT NAME: ███████████           41Y M    MR#: ██████████

DOB: ████████           LOC: KOP           ACCT #: ██████████

REL DATE: 09/13/07 1217        CI DATE:  09/13/07 1011

BOLL, JOHN   (KH)        CLEAR FORK CLINIC          (423) 784-6135
                         CLAIRFIELD, TN  37715

Chk-in #    Order    Exam
2145234     0001   · 30010    MR LUMBAR SPINE W/O CONTRST
                              Ord Diag: 724.2-LUMBAGO

MRI OF THE LUMBAR SPINE:

The examination includes sagittal and axial scan using T1
and T2-weighted technique without contrast enhancement.

The lumbar vertebrae show normal height and alignment.
There is no fracture, bony edema or abnormal marrow
replacement noted.   The disk spaces between L4-5 and L5-S1
show decreased signal intensity due to degenerative change.
Small midline disk bulge appears to be present at these two
levels.   No disk herniation is seen.   The intervertebral
neural foramina show no narrowing or deformity.   There is no
spinal stenosis noted.   The conus medullaris is in normal
position.

IMPRESSION:
Degenerative disk and small midline disk bulge of the
intervertebral spaces between L4-5 and L5-S1.

There is no disk herniation, neural foramina or canal
stenosis noted.

        Reading Radiologist- OUEN PONGDEE, M.D., Radiologist
        Releasing Radiologist- OUEN PONGDEE, M.D., Radiologist
        Released Date Time- 09/13/07 1217
        Transcriptionist- CAROLYN A KITTS, Rad. Transcriptionist
-----------------------------------------------------------------------

FINAL

        PRINTED BY: KH87542        DATE     2/6/2009

AP0738882


0392056

Middlesboro ARH
Health Information Management
Dept
3600 W Cumberland Ave
Middlesboro, KY 40965
Phone Number : 1-(606)-242-1159

PATIENT

Friday, February 06, 2009

## RELEASE OF INFORMATION COVER LETTER

Re: Request for Information on  :

Patient Name : ▓▓▓▓▓▓▓▓

EPN : ▓▓▓▓▓▓

MRN : ▓▓▓▓

---

Attached you will find the requested documents on the above referenced patient. If you have questions regarding your request please contact the Health Information Management Department at (606)242-1159.

Thank You

ROI Correspondence Team
Middlesboro Appalachian Regional Healthcare

AP0738883

# Exhibit X









