**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 10-80149-CR-MARRA/HOPKINS(S)(S)

UNITED STATES OF AMERICA,

v.

CYNTHIA CADET, M.D.,

      Defendant.

_____/

**EXHIBITS IN SUPPORT OF MOTION TO DISMISS – PART 1**

# Exhibit

# A



FBI MM-ERT (KJP)

# Exhibit

# B

**64B8-9.013 Standards for the Use of Controlled Substances for the Treatment of Pain.**

(1) Pain management principles.

(a) The Board of Medicine recognizes that principles of quality medical practice dictate that the people of the State of Florida have access to appropriate and effective pain relief. The appropriate application of up-to-date knowledge and treatment modalities can serve to improve the quality of life for those patients who suffer from pain as well as reduce the morbidity and costs associated with untreated or inappropriately treated pain. The Board encourages physicians to view effective pain management as a part of quality medical practice for all patients with pain, acute or chronic, and it is especially important for patients who experience pain as a result of terminal illness. All physicians should become knowledgeable about effective methods of pain treatment as well as statutory requirements for prescribing controlled substances.

(b) Inadequate pain control may result from physicians' lack of knowledge about pain management or an inadequate understanding of addiction. Fears of investigation or sanction by federal, state, and local regulatory agencies may also result in inappropriate or inadequate treatment of chronic pain patients. Physicians should not fear disciplinary action from the Board or other state regulatory or enforcement agencies for prescribing, dispensing, or administering controlled substances including opioid analgesics, for a legitimate medical purpose and that is supported by appropriate documentation establishing a valid medical need and treatment plan. Accordingly, these standards have been developed to clarify the Board's position on pain control, specifically as related to the use of controlled substances, to alleviate physician uncertainty and to encourage better pain management.

(c) The Board recognizes that controlled substances, including opioid analgesics, may be essential in the treatment of acute pain due to trauma or surgery and chronic pain, whether due to cancer or non-cancer origins. The medical management of pain including intractable pain should be based on current knowledge and research and includes the use of both pharmacologic and non-pharmacologic modalities. Pain should be assessed and treated promptly, and the quantity and frequency of doses should be adjusted according to the intensity and duration of the pain. Physicians should recognize that tolerance and physical dependence are normal consequences of sustained use of opioid analgesics and are not synonymous with addiction.

(d) The Board of Medicine is obligated under the laws of the State of Florida to protect the public health and safety. The Board recognizes that inappropriate prescribing of controlled substances, including opioid analgesics, may lead to drug diversion and abuse by individuals who seek them for other than legitimate medical use. Physicians should be diligent in preventing the diversion of drugs for illegitimate purposes.

(e) The Board will consider prescribing, ordering, administering, or dispensing controlled substances for pain to be for a legitimate medical purpose if based on accepted scientific knowledge of the treatment of pain or if based on sound clinical grounds. All such prescribing must be based on clear documentation of unrelieved pain and in compliance with applicable state or federal law.

(f) Each case of prescribing for pain will be evaluated on an individual basis. The Board will not take disciplinary action against a physician for failing to adhere strictly to the provisions of these standards, if good cause is shown for such deviation. The physician's conduct will be evaluated to a great extent by the treatment outcome, taking into account whether the drug used is medically and/or pharmacologically recognized to be appropriate for the diagnosis, the patient's individual needs including any improvement in functioning, and recognizing that some types of pain cannot be completely relieved.

(g) The Board will judge the validity of prescribing based on the physician's treatment of the patient and on available documentation, rather than on the quantity and chronicity of prescribing. The goal is to control the patient's pain for its duration while effectively addressing other aspects of the patient's functioning, including physical, psychological, social, and work-related factors. The following standards are not intended to define complete or best practice, but rather to communicate what the Board considers to be within the boundaries of professional practice.

(2) Definitions.

(a) Acute Pain. For the purpose of this rule, "acute pain" is defined as the normal, predicted physiological response to an adverse chemical, thermal, or mechanical stimulus and is associated with surgery, trauma, and acute illness. It is generally time-limited and is responsive to opioid therapy, among other therapies.

(b) Addiction. For the purpose of this rule, "addiction" is defined as a neurobehavioral syndrome with genetic and environmental influences that results in psychological dependence on the use of substances for their psychic effects and is characterized by compulsive use despite harm. Addiction may also be referred to by terms such as "drug dependence" and "psychological dependence." Physical dependence and tolerance are normal physiological consequences of extended opioid therapy for pain and should not be considered addiction.

(c) Analgesic Tolerance. For the purpose of this rule, "analgesic tolerance" is defined as the need to increase the dose of opioid to achieve the same level of analgesia. Analgesic tolerance may or may not be evident during opioid treatment and does not equate with addiction.

(d) Chronic Pain. For the purpose of this rule, "chronic pain" is defined as a pain state which is persistent.

(e) Pain. For the purpose of this rule, "pain" is defined as an unpleasant sensory and emotional experience associated with actual or potential tissue damage or described in terms of such damage.

(f) Physical Dependence. For the purpose of this rule, "physical dependence" on a controlled substance is defined as a physiologic state of neuro-adaptation which is characterized by the emergence of a withdrawal syndrome if drug use is stopped or decreased abruptly, or if an antagonist is administered. Physical dependence is an expected result of opioid use. Physical dependence, by itself, does not equate with addiction.

(g) Pseudoaddiction. For the purpose of this rule, "pseudoaddiction" is defined as a pattern of drug-seeking behavior of pain patients who are receiving inadequate pain management that can be mistaken for addiction.

(h) Substance Abuse. For the purpose of this rule, "substance abuse" is defined as the use of any substances for non-therapeutic purposes or use of medication for purposes other than those for which it is prescribed.

(i) Tolerance. For the purpose of this rule, "tolerance" is defined as a physiologic state resulting from regular use of a drug in which an increased dosage is needed to produce the same effect, or a reduced effect is observed with a constant dose.

(3) Standards. The Board has adopted the following standards for the use of controlled substances for pain control:

(a) Evaluation of the Patient. A complete medical history and physical examination must be conducted and documented in the medical record. The medical record should document the nature and intensity of the pain, current and past treatments for pain, underlying or coexisting diseases or conditions, the effect of the pain on physical and psychological function, and history of substance abuse. The medical record also should document the presence of one or more recognized medical indications for the use of a controlled substance.

(b) Treatment Plan. The written treatment plan should state objectives that will be used to determine treatment success, such as pain relief and improved physical and psychosocial function, and should indicate if any further diagnostic evaluations or other treatments are planned. After treatment begins, the physician should adjust drug therapy to the individual medical needs of each patient. Other treatment modalities or a rehabilitation program may be necessary depending on the etiology of the pain and the extent to which the pain is associated with physical and psychosocial impairment.

(c) Informed Consent and Agreement for Treatment. The physician should discuss the risks and benefits of the use of controlled substances with the patient, persons designated by the patient, or with the patient's surrogate or guardian if the patient is incompetent. The patient should receive prescriptions from one physician and one pharmacy where possible. If the patient is determined to be at high risk for medication abuse or have a history of substance abuse, the physician should employ the use of a written agreement between physician and patient outlining patient responsibilities, including, but not limited to:

1. Urine/serum medication levels screening when requested;

2. Number and frequency of all prescription refills; and

3. Reasons for which drug therapy may be discontinued (i.e., violation of agreement).

(d) Periodic Review. At reasonable intervals based on the individual circumstances of the patient, the physician should review the course of treatment and any new information about the etiology of the pain. Continuation or modification of therapy should depend on the physician's evaluation of the patient's progress. If treatment goals are not being achieved, despite medication adjustments, the physician should reevaluate the appropriateness of continued treatment. The physician should monitor patient compliance in medication usage and related treatment plans.

(e) Consultation. The physician should be willing to refer the patient as necessary for additional evaluation and treatment in order to achieve treatment objectives. Special attention should be given to those pain patients who are at risk for misusing their medications and those whose living arrangements pose a risk for medication misuse or diversion. The management of pain in patients with a history of substance abuse or with a comorbid psychiatric disorder requires extra care, monitoring, and documentation, and may require consultation with or referral to an expert in the management of such patients.

(f) Medical Records. The physician is required to keep accurate and complete records to include, but not be limited to:

1. The medical history and physical examination, including history of drug abuse or dependence, as appropriate;

2. Diagnostic, therapeutic, and laboratory results;

3. Evaluations and consultations;

4. Treatment objectives;

5. Tiscussion of risks and benefits;

6. Treatments;

7. Medications (including date, type, dosage, and quantity prescribed);

8. Instructions and agreements; and

9. Periodic reviews. Records must remain current and be maintained in an accessible manner and readily available for review. Records must remain current and be maintained in an accessible manner and readily available for review.

(g) Compliance with Controlled Substances Laws and Regulations. To prescribe, dispense, or administer controlled substances, the physician must be licensed in the state and comply with applicable federal and state regulations. Physicians are referred to the Physicians Manual: An Informational Outline of the Controlled Substances Act of 1970, published by the U.S. Drug Enforcement Agency, for specific rules governing controlled substances as well as applicable state regulations.

*Specific Authority 458.309(1), 458.331(1)(v) FS. Law Implemented 458.326, 458.331(1)(g), (t), (v) FS. History–New 12-21-99, Amended 11-10-02, 10-19-03.*

# Exhibit

# C



**AMERICAN PAIN LLC.**
1200 N. Dixie Highway
Lakeworth, FL. 33460
Phone: (561) 995-0555 | Fax: (561) 955-0550 | www.americanpainfl.com

To Whom It May Concern:

Your Doctor has received your blood test results.  We have attempted to contact you via the telephone numbers you provided in your chart.  We have also tried directory assistance, but were unsuccessful in getting a telephone number for you.  The telephone numbers both work and home have either been disconnected or are the wrong numbers.  Please contact American Pain LLC immediately upon receiving this letter at 561-995-0555.  Your Doctor has URGENT information regarding your recent blood test.

Sincerely,


Dr. Boshers M.D.


Dr. Cadet M.D.


Dr. J. Dreszer M.D.


Dr. Aruta M.D.


Dr. R. Dreszer M.D.

# Account # 09332315

Needs to be on all (Liver function tests)(LFT).

As well as the DX:322.755

The fee for this test will be $30.00 that will be paid to us before the patient leaves if the patient decides to have the test done at labcorp. Make sure the patient receives a map to the nearest labcorp in West Palm.

For a (comprehensive metabolic test)(CMP) the fee will also be $30.00 the DX:322.00 must be on the script with the account #09332315.



0800.02

**LabCorp**
Laboratory Corporation of America

To find the nearest patient service center, visit www.labcorp.com or call 888-LABCORP (522-2677).

American Pain LLC
1200 N. Dixie Highway
LAKE WORTH        FL 33460
954-928-1200   FAU

EHG09332130   EHG09332130   EHG09332130

09332130-1

EHG09332130   EHG09332130   EHG09332130

EHG09332130

| Patient's Legal Name (Last, First, MI) | Sex | Date of Birth MO DAY YR | Collection Time AM PM | Fasting ☐ Yes ☐ No | Collection Date MO DAY YR | Urine hrs/vol hrs____ vol____ |

| NPI | UPIN | Physician's ID # | Patient's SS # | Patient's ID # |

Physician's Name (Last, First)   Physician's Signature

| Hospital Patient Status: | ☐ In-Patient | ☐ Out-Patient | ☐ Non-Patient |

Diagnosis/Signs/Symptom in ICD-9 Format (Highest Specificity)

**REQUIRED**

CHECK ONE
☐ ACCOUNT BILL
☐ PATIENT BILL
☐ MEDICARE
☐ COREPLUS/PHYCAR
☐ MEDICAID
AETNA( )ACTNA HON HMO
BSFLA( )BS OF FLORIDA
CHPSC( )TRICARE
CIGNH( )CIGNA
DMHTH( )DIMENSION HLTH
HHPKY( )HUMANA HLTPLN-
HUFFS( )HUMANA FFS
UHPFL( )UNITED HEALTH
UNIBH( )UNICARE

**Patient**
Patient's Address   Phone
City   State   ZIP

| | PRIMARY BILLING PARTY | SECONDARY BILLING PARTY |
|---|---|---|
| | Insurance Carrier * | Insurance Carrier * |
| | ID # | ID # |
| | Group # | Group # |
| | Insurance Address | Insurance Address |
| | Name of Insured Person | Name of Insured Person |
| | Relationship to Patient | Relationship to Patient |
| | Employer Name | Employer Name |

*If Medicaid State   Physician's Provider #   Workers Comp ☐ Yes ☐ No

**RESP. PARTY**
Name of Policy Holder (if different from patient)
Address of Policy Holder   APT #
City   State   ZIP

I hereby authorize the release of medical information related to the service described herein and authorize payment directly to LabCorp. I agree to assume responsibility for payment of charges for laboratory services that are not covered by my healthcare insurer.

X_____   Date_____
Patient's Signature

**MEDICARE ADVANCE BENEFICIARY NOTICE (ABN)**
Refer to Determining Necessity of ABN Completion on reverse.

---

INDIVIDUAL COMPONENTS OF TEST COMBINATIONS / PROFILES LISTED IN THE SECTION ABOVE CAN BE ORDERED BELOW

| LABCORP USE ONLY | STAT ☐ 998074 | VENIPUNCTURE ☐ 998085 | NON LABCORP ☐ 998239 | VERBAL ORDER ☐ 998250 | CHART ORDER ☐ 998261 | HANDWRITTEN ☐ 998272 | 24 HR TUV ☐ 998283 | PST/PSC # | PST HR# | DATE | LOG# |

TRAVEL LOG ID

### ORGAN OR DISEASE PANELS
See reverse for components

| | |
|---|---|
| 322744 | Acute Hepatitis Panel 80074 (RED) |
| 322758 | Basic Metabolic Panel (8) 80048 (GEL) |
| 322000 | Comp Metabolic Panel (14) 80053 (GEL) |
| 303754 | Electrolyte Panel 80051 (GEL) |
| 322755 | Hepatic Function Panel (7) 80076 (GEL) |
| 303756 | Lipid Panel 80061 (GEL) |
| 235010 | Lipid Panel w/LDL/HDL Ratio 80061 (GEL) |
| 221010 | Lipid Panel w/TC:HDL Ratio 80061 (GEL) |
| 343925 | Lipid Panel w/Non-HDL Cholesterol 80061 (RED) |
| 322777 | Renal Function Panel 80069 (GEL) |

### HEMATOLOGY

| | |
|---|---|
| 005009 | CBC w Diff w Plt 85025 (LAV) |
| 115907 | CBC w Diff w/o Plt (see reverse) (LAV) |
| 028142 | CBC w/o Diff w Plt 85027 (LAV) |
| 005017 | CBC w/o Diff w/o Plt (see reverse) (LAV) |
| 005058 | Hematocrit 85014 (LAV) |
| 005041 | Hemoglobin 85018 (LAV) |
| 005249 | Platelet Count 85049 (LAV) |
| 005033 | RBC Count 85041 (LAV) |
| 005025 | WBC Count 85048 (LAV) |
| 005090 | WBC Differential 85004 (LAV) |

### ALPHABETICAL/COMBINATION TESTS

| | |
|---|---|
| 006049 | ABO and Rh (see reverse) 86900/86901 (LAV) |
| 001081 | Albumin 82040 (GEL) |
| 001107 | Alkaline Phosphatase 84075 (GEL) |
| 001545 | ALT (SGPT) 84460 (GEL) |
| 001321 | Amylase 82150 (GEL) |
| 164855 | Antinuclear Antibodies 86038 (GEL) |
| 001123 | AST (SGOT) 84450 (GEL) |
| 000810 | B₁₂ and Folate (see reverse) 82607 82746 (GEL) |
| 001099 | Bilirubin, Total 82247 (GEL) |

### ALPHABETICAL/COMBINATION TESTS CON'T

| | |
|---|---|
| 001040 | BUN 84520 (GEL) |
| 006627 | C-Reactive Protein (CRP), Quant 86140 (RED) |
| 120766 | hsCardiac C-Reactive Protein (CRP) 86141 (RED) |
| 001016 | Calcium 82310 (GEL) |
| 007419 | Carbamazepine (Tegretol®) 80156 (SER) |
| 002139 | CEA 82378 (GEL) |
| 001065 | Cholesterol, Total 82465 (GEL) |
| 001370 | Creatinine 82565 (GEL) |
| 007385 | Digoxin (Lanoxin®) 80162 (SER) |
| 004515 | Estradiol 82670 (GEL) |
| 004598 | Ferritin 82728 (GEL) |
| 028480 | FSH and LH (see reverse) 83001 83002 (GEL) |
| 001958 | GGT 82977 (GEL) |
| 001818 | Glucose, Plasma 82947 (GRY) |
| 001032 | Glucose, Serum 82947 (GEL) |
| 001063 | Glycohemoglobin, Total 83036 (LAV) |
| 004556 | hCG, Beta Subunit, Qual (Serum Pregnancy) 84703 (GEL) |
| 004416 | hCG, Beta Subunit, Quant 84702 (GEL) |
| 001925 | HDL Cholesterol 83718 (GEL) |
| 001453 | Hemoglobin A₁c 83036 (LAV) |
| 006734 | Hep A Antibody, IgM 86709 (GEL) |
| 006395 | Hep B Surface Antibody 86706 (GEL) |
| 006510 | Hep B Surface Antigen 87340 (GEL) |
| 143991 | Hep C Antibody* 86803 (GEL) |
| 083824 | HIV-1/O/2 Antibodies* 86703 (GEL) |
| 162222 | HIV 1/O/2 Antibodies* - NY Only 86703 (GEL) |

I certify that the patient has signed a New York State Department of Health informed consent form as required by New York State regulations.
Authorized Signature _____

### ALPHABETICAL/COMBINATION TESTS CON'T

| | |
|---|---|
| 180836 | H pylori Urea Breath 83013 (see reverse) |
| 180764 | H pylori Stool Antigen 87338 (GEL) |
| 001321 | Iron and IBC (see reverse) 83540 83550 (GEL) |
| 001115 | LDH 83615 (GEL) |
| 007708 | Lithium (Eskalith®) 80178 (SER) |
| 001537 | Magnesium 83735 (GEL) |
| 006189 | Mononucleosis Test, Qual 86308 (GEL) |
| 884247 | NMR LipoProfile® 80061 83704 (RED) |
| 007823 | Phenobarbital (Luminal®) 80184 (SER) |
| 007401 | Phenytoin (Dilantin®) 80185 (SER) |
| 001024 | Phosphorus 84100 (GEL) |
| 001180 | Potassium 84132 (GEL) |
| 004465 | Prolactin 84146 (GEL) |
| 010322 | PSA 84153/G0103 (GEL) |
| 480947 | Prostate-specific Antigen (PSA), Free Total Ratio* 84153 84154 (GEL) |
| 005199 | Prothrombin Time (PT)/INR 85610 (BLU) |
| 020321 | PT and PTT Activated 85810 85730 (BLU) |
| 005207 | PTT Activated 85730 (BLU) |
| 006502 | Rheumatoid Arthritis Factor 86431 (GEL) |
| 006072 | RPR 86592 (GEL) |
| 006197 | Rubella Antibodies, IgG 86762 (GEL) |
| 005215 | Sed Rate, Westergren 85652 (LAV) |
| 001198 | Sodium 84295 (GEL) |
| 004226 | Testosterone, Total 84403 (RED) |
| 007536 | Theophylline 80198 (SER) |
| 330015 | Thyroid Cascade Profile (see reverse) |
| 001149 | Thyroxine (T₄) 84436 (GEL) |
| 001172 | Triglycerides 84478 (GEL) |
| 002188 | Triiodothyronine (T₃) 84480 (GEL) |
| 001156 | T₃ Uptake 84479 (GEL) |

### ALPHABETICAL/COMBINATION TESTS CON'T

| | |
|---|---|
| 004259 | TSH, 3rd generation 84443 (GEL) |
| 001057 | Uric Acid 84550 (GEL) |
| 003038 | Urinalysis Microscopic on Positives 81003 (see) |
| 081950 | Vitamin D, 25-Hydroxy 82306 (RED) |

### MICROBIOLOGY See Reverse Side
☐ ENDOCERVICAL ☐ THROAT ☐ URINE
☐ STOOL ☐ URETHRAL INDICATE SOURCE
☐ OTHER

| | |
|---|---|
| 008649 | Aerobic Bacterial Culture † 87070 (Bact) |
| 183194 | Chlamydia/GC by Nucleic Acid Amplification Testing 87491 87591 (GC/Chlam) |
| 008482 | Fungus Culture 87101 (Bact) |
| 008334 | Genital Culture, Routine † 87070 (Bact) |
| 008540 | Gram Stain 87205 (SLD) |
| 188128 | Group B Strep Colonization Detection Cult/DNA Probe 87081 87149 (Bact) |
| 180810 | Lower Respiratory Culture† 87070 (Bact) |
| 182949 | Occult Blood, Fecal, IA 82274 (see) |
| 008623 | Ova and Parasites 87177 87209 (O&P) |
| 008144 | Stool Culture † 87045 87046 87427 (Fecal) |
| 008169 | Throat, Beta-Hemolytic Strep Cult, Group A 87081 (Bact) |
| 008342 | Upper Respiratory Culture, Routine 87070 (Bact) |
| 008847 | Urine Culture, Routine† 87086 (Urine Cup) |

† = ID / Susceptibility at Additional Charge
* = Confirmation at Additional Charge

Clinical Information/Comments

OTHER TESTS / INDIVIDUAL PROFILE COMPONENTS
TEST #   TEST NAMES

NOTE: WHEN ORDERING TESTS FOR WHICH MEDICARE OR MEDICAID REIMBURSEMENT WILL BE SOUGHT, PHYSICIANS SHOULD ONLY ORDER TESTS THAT ARE MEDICALLY NECESSARY FOR THE DIAGNOSIS OR TREATMENT OF THE PATIENT. COMPONENTS OF THE ORGAN OR DISEASE PANELS/COMBINATIONS PRINTED ABOVE ARE SHOWN ON THE REVERSE SIDE AND MAY ALSO BE ORDERED INDIVIDUALLY ABOVE. COMPONENTS MAY BE BILLED SEPARATELY PER CARRIER GUIDELINES.

# Exhibit

# D

American Pain L.L.C.
**Pain Management Clinic**

### PAIN MANAGEMENT AGREEMENT

The purpose of this agreement is to prevent misunderstanding about certain medicines you will be taking for pain management. This is to help both you and your physician to comply with the law regarding controlled pharmaceuticals.

I understand payment of the office visit **DOES NOT GUARANTEE MEDICATION**. Prescriptions are only written if the Doctor deems it necessary. We reserve the right to deny medication to those we feel are drug seekers or abusers. <u>NO REFUNDS WILL BE GIVEN</u>. Patient initials:_____

I understand that this agreement is essential to the clinic, and the confidence necessary in a physician and patient relationship; and that my physician undertakes to treat me based on this agreement.

I understand that if I break this agreement, my physician will stop prescribing these pain control medicines. In this case, my physician will taper me off the medicines over a period of several days, as necessary, to avoid withdrawal symptoms. Also, a drug dependence program may be recommended.

I will communicate fully with my physician about the character and intensity of my pain, the effect of the pain on my daily life and how well the medicine is helping to relieve the pain.

I will not use any illegal controlled substances, including marijuana, cocaine, etc. I will not share, sell, or trade my medications with anyone.

I will not attempt to obtain controlled medicines, including opium pain medicines, controlled stimulants, or any anxiety medicines from any other doctor.

I will safeguard my pain medicine from loss or theft. Lost or stolen medicines will not be replaced.

I agree that refills of my prescriptions for pain medicine will be made only at the time of an office visit or regular office hours. NO refills will be available during the evening or weekends.

It is a **FELONY** if you do not tell the physician who prescribes you narcotic pain medication or that you received narcotic pain medication from another physician prior to you last visit.

_____          _____
Patient Signature                                          Date

_____
Patient Name Printed

form Agr-1208 rev 1

# Exhibit

# E

Dear Dr. Cadet,
    I just want to
thank you for caring and
treating my medical needs.
My mom has six months to
live and because of your help
and care, I can actually
talk with her and help her
without crying. I am working
now and my life is getting
back to normal. I just
really appreciate you. You
are the best Doc in the world!
I don't know what I would do
without you.    Sincerely,
                    Jessica Festa

DR. CADET IS A ROLE MODEL TO AMERICAN HEALTHCARE
PROVIDERS! | show details
Feb 24th, 2011
I CAME ACROSS DR.CADET ABOUT 2 YEARS AGO,AND WAS ON
VACATION AT THE TIME BUT HAD AN EMERGENCY.IVE BEEN
PASSED AROUND FROM DR. TO DR. MY WHOLE LIFE AND KNEW
WHAT TO EXPECT.SHE PRESENTED HERSELF IN A PROFESSIONAL
MANNER BUT MADE YOU FEEL COMFTABLE TO ASK QUESTIONS.
WITHIN 10 MINS. SHE HAD DIAGNOSED ME CORRECTLY JUST BY
ASKING ABOUT MY PAST AND CURRENT SYMPTOMS.I WAS
SHOCKED!! AFTER 13 YEARS OF BEING MIS DIAGNOSED SHE HAD
THE ANSWER TO NY QUESTION AND CORRECTED ALL MY
MEDICATONS. AFTER THAT TRIP I MADE HER MY PRIMARY DOCTOR
AND TRAVELED 12 HOURS A MONTH FOR MY CHECK-UPS.IF THERE
WHERE MORE DOCTORS OUT THERE WHOM TAKE IN
CONSIDERATION THE PATIENTS OPINION,WHILE EXPLAINING THEIR
DIAGNOSIS,THEN PEOPLE WOULD FIND GOING TO THE DOCTOR TO
BE A PLEASURE RATHER THAN A PAIN..THANK YOU FOR ALL YOUR
HELPDR. CADET. YOU GAVE ME MORE RESPECT FOR PEOPLE IN
THE HEALTH CARE FIELD..I WISH IKNEW WHERE YOU TRANSFERED
TO. SINCERLY, MIKEL BONE


Read
more: http://www.vitals.com/doctors/Dr_Cynthia_Cadet/reviews#ixzz2N0cq
TApy


May 3rd, 2012
Very good,kind,caring Dr. She always took her time with me and listened to
my health issues.I was a recovering cancer patient. More doctors should
learn from you.


Read
more: http://www.vitals.com/doctors/Dr_Cynthia_Cadet/reviews#ixzz2N0d7
WMll

# R O B E R T   J.   P U C K



March 26, 2007

Ms. Dottie Mancini
CEO
Imperial Point Medical Center
6401 N. Federal Highway
Fort Lauderdale, FL  33308

file

Dear Ms. Mancini:

We recently had the occasion to visit the Imperial Point's Emergency Room when my father had a medical emergency.  The care my father received was exceptional and I want to express my appreciation to the entire ER staff.  They were knowledgeable and attentive and made sure that my father was comfortable and that we were kept informed of his status.  I want to give special recognition to Dr. Cynthia Cadet.  She provided the calm and caring attention that is so comforting in an emergency situation.

I am glad to know that such a high quality facility exists in our neighborhood.

Sincerely,

Robert J. Puck

cc: Musher
Dr. Cadet

FILE COPY

3590 BAYVIEW DRIVE
FORT LAUDERDALE, FL  33308
TELEPHONE (954) 523-7771

Broward General Medical Center
Imperial Point Medical Center
North Broward Medical Center
Chris Evert Children's Hospital
Broward Health Weston
Community Health Services
Broward Health Physician Group

# BROWARD HEALTH
## Imperial Point Medical Center

### OFFICE OF THE MEDICAL STAFF

| | |
|---|---|
| William Jensen, DO | Linda Groene, MD |
| Chief of Staff | Vice Chief of Staff |
| Carlos Bejar, MD | David Bimston, MD |
| Chairman, Department of Medicine | Chairman, Department of Surgery |
| Howard Lewkowitz, MD | Marta Covache, MD |
| Secretary/Treasurer | Chairman, Department of Psychiatry |

October 3, 2008

Cynthia Cadet, MD
Imperial Point Medical Center
Emergency Services

Dear Dr. Cadet:

Congratulations! You were recently nominated for the Imperial Point Medical Center's Most Valuable Physician Award!

The Most Valuable Physician (MVP) award is a new program at Imperial Point Medical Center, designed to allow staff to nominate exceptional physicians who meet certain suggested criteria. The goal of the program is to show our physicians how much we value them and to share the positive feedback they receive from staff. Some of the criteria that staff is asked to consider when nominating a physician includes:

- Physician promotes collaboration or self-esteem among staff
- Physician remains calm and composed in situational crises
- Physician leaves staff and patients with a welcoming, friendly and approachable impression
- Physician is a team player
- Physician demonstrates concern for staff and patients
- Physician responds quickly to the needs of patients, staff and other physicians

Thank you for exemplifying these characteristics and for being such a valued member of the Imperial Point Medical Center physician team.

For the July – September 2008 quarter, Jaroslav Ondrusek, MD, was selected as the Most Valuable Physician. Nominations are now being accepted again for the physician who will be selected for the October – December 2008 quarter.

Again, congratulations on your nomination for our MVP award. We are proud to have such a great Medical Staff at Imperial Point Medical Center – and your nomination puts you in a select group of the Best of the Best.

Sincerely,

William Jensen, DO
Chief of Staff

Calvin Glidewell, CEO
Chief Executive Officer





PATIENT RELATIONS
AWARD

Presented to

CYNTHIA CADET, MD

In Recognition of Superior Compassion,
Attitude and Communication
to Patients at
Imperial Point Medical Center

2007

# Exhibit

# F

**Review**

| | |
|---|---|
| **From:** | ████████ < ████████████ > |
| **Sent:** | Wednesday, October 21, 2009 1:56 PM |
| **To:** | appointments@americanpainfl.com |
| **Subject:** | Appointment Possibility |

Hello there from Kentucky,

I am writing in regard to the possibility of arranging an appointment with you
folks for my back/neck/fibromyalgia and panic issues.

I wrote you a long letter and then something happened to the system so here I go again.
I had a good Doctor who moved to Arkansas. It was his home state and he didn't really
like living in Lexington.

You may email me anytime: ████████████  or call @ ██████
My problems actually began with my neck an back when I fell off of a lighting adjustment
ladder in the theatre.  I jammed my neck down into my spine, which was later diagnosed
as Chronic Facet Syndrome. I did have three procedures; one in my neck and two in
the lumbar region of my spine. They did help, but the assistance was short lived.
I was also diagnosed with Fibromyalgia in addition to the severe panic disorder. That was
completely disabilling. I couldn't walk into a store or go grocery shopping or anything like
that (and I am an actor) without the feeling that I might pass out. I couldn't drive for awhile
(almost a year)....it was terrible. The only thing that relieved that terrible feeling was Valiumm 10mg.
The doctor also prescribed me 8 or so oxycodone (30 mg) a day and oxycontin for breakthrough (60mg)

I was doing some physical therapy too at the time and I found that to be somewhat helpful.
I had one of the over the door cervical lifts. I think the combination of the two is the best.
The pain in my back has greatly affected the quality of life with my family. I can't swim with them,
I am unable to go bikriding - I have three nieces and would love to play with them. I don't have
any children of my own, nor am I married. I am 45 and when I look ahead...well, I just don't know
what's out there for me if I am unable to alleviate some of this pain.

At any rate, I hope that I am the kind of patient that you might find eligible for your program. I really
do. I would simply love to wake up in the morning and feel good about the sunshine.
I appreciate your patience and I will look forward to hearing from you.

You folks take care down there. My family had a small house on the Atlantic side and it was
completely desimated by Fran or Rita (?), It was a sad time for many people I know.
Sincerely,
████████

**Review**

| | |
|---|---|
| **From:** | ████████  <████████████████> |
| **Sent:** | Thursday, October 22, 2009 3:08 PM |
| **To:** | Ethan |
| **Subject:** | Re: Appointment Possibility |

Hi Ethan,
Yes I have gone to a pain management facility closer to my house, I went there for close to a year.
I really liked it there, until my Doctor moved. The procedures I had were not surgeries. I have two CT scans,
one is just a year old. I went ahead and got it before our 85 year old family business went *out* of business.
I was told that the procedures were more diagnostic than anything invasive (I think they were filling in the vacancy
left by the detiorated facet).

At present, I am suffering greatly for not having the kind of  medicine I had before.
My Mother is prescribed percocet and oxydone for breakthough, but she doesn't use
use it much and she shares me (I realize this isn't necesserily , but HEPA is there for a reason).
I also have to go to a psychytarist to be prescribed medicine for the panic attacks and for the anti-depressants.
The cost of
this doesn't begin to match going to Florida everymonth, but once you factor in the fact that
I am able to fly pretty inexpensively (relative at Delta), it really isn't a WHOLE lot of
difference per month.

I hope I have anwered your questions satisfactorily. At any rate, I would just like to enjoy to my life
again and feel good about waking up in in the morning.

Thanks for your time and patience with me, Ethan.
Sincerely,

████████

On Thu, Oct 22, 2009 at 9:11 AM, Ethan <appointments@americanpainfl.com> wrote:

████████

Sorry to hear you are in pain.  I have a couple questions.  The procedures you had were they surgeries?  Have you tried
to go to another pain management facility closer to you house?  What did they say?  Why do you want to come to Florida
from Kentucky?  How can you afford to come to Florida every 4 weeks?  Do you have an MRI or CT Scan?  How are you
getting your medication now?  Thanks for your interest in our clinic I await your responses.

American Pain LLC.

5801 N. Federal Highway

1

**From:**          Ethan <appointments@americanpainfl.com>
**Sent:**          Thursday, October 15, 2009 12:33 PM
**To:**            ▮
**Subject:**       RE: New Patient Appointment

▮,

I cannot and will not guarantee you will be prescribed medication.  What I can tell you is that you will have a quality examination done by a qualified physician.   If you are interested we take walk in from 9-5 Monday through Friday

American Pain LLC.
5801 N. Federal Highway
Boca Raton, FL. 33487
PH: 561-995-0555
Fax: 561-995-0550
Monday-Friday 9:00 am - 5:00 pm (EST)

---

**From:** ▮ [mailto:▮]
**Sent:** Thursday, October 15, 2009 11:39 AM
**To:** appointments@americanpainfl.com
**Subject:** New Patient Appointment

▮

Best Time to reach me is 8am-5pm M-F

Interested in opoid therapy and any other treatment that will help with my lower back and sciatic nerve pain besides surgery.In the past i was taking 3 80 mg oxycontin and 6 percocet 10/325 mg per day.Thank you very much and i will be looking for your call and/or email.

▮

1

| | |
|---|---|
| **From:** | Ethan <appointments@americanpainfl.com> |
| **Sent:** | Thursday, January 29, 2009 1:30 PM |
| **To:** | ████████ |
| **Subject:** | RE: Pain Management |

████████

Sorry to hear about your husband.  Your admission into our clinic requires and MRI, CT Scan, or surgery report.  You will be required to travel to our clinic in Ft. Lauderdale every 4 weeks for a follow up visit.  If that sounds like something you could do then please call the number below between those hours.

American Pain LLC.
1001 W. Cypress Creek Road.
Suite #206
Ft. Lauderdale, FL. 33309
PH: 954-928-1200
Fax: 954-928-1214
Monday-Friday 9:00 am - 5:00 pm (EST)

---

**From:** ████████ [mailto████████████████]
**Sent:** Thursday, January 29, 2009 1:42 PM
**To:** appointments@americanpainfl.com
**Subject:** Pain Management

Hello:

19 months ago I sustained an injury which resulted in L5 radiculopathy on my left side. I have been seen by Orthopedics, Neurology and Pain Management at St. Mary's Hospital  where a received a series of three epidural injections at L5 with little relief of my pain. I am at a loss at what to do next. My husband recently died so it is imperative that I continue working, but my pain level is making this very difficult. Can you help me?



████████

Senior Paralegal

████████████████

Direct: ██████ | Main: ████████ | Fax: ████████

████████████████████

DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.

Review

From:
Sent: ████████████  Sunday, February 08, 2009 9:08 PM
To: appointments@americanpainfl.com
Subject: lower back pain


To Whom it may Cocern:

I was very interested when I came across your website.  I have suffered with lower back back for over ten years now and 2 surgeries later. I had very high hopes with the surgery, but as it turns out I was disappointed with the both of them considering I did not receive much relief at all, when I questions the doctors on they all said the same thing. I would never be wifhout pain, I have been diagnosed with degenerative bone and disc desease along with, spinal stenosis. I had my first surgery in 1999 where they fused the bone together, put in 4 screws, ray cage and bone stimulator. My second surgery was Nov of 2007 where they basically did the same thing but this time they removed the raycage and bone stimulator and removed the screws in there and replaced them into the next 2 levels.

The most recent doctor I saw told me no doctor would ever touch my back surgically again, which is fine with me. I had an MRI done dec 31st 2008 where they found a herniated disc, some decompressions, apparently it is called somethink like astroedemia located next to one of the srews that was put in. I am practically bedridden at this point, I am unable to peronally take care of myself without the help of my wonderful husband and daughter. I have difficultu walking, standing, sitting, laying down and most of all sleeping. Everyone tells me I have to accept all of this but I find that hard to do, I want my life back to some extent.  I want to be a wife to my husband, i want to play with my grandkids, take care of them. Morw anything i don't want the pitty. I have had the injections that maybe last 2 weeks if i'm lucky. I know I will never be the same again, but there has to be a way to help me handle this physially and phycolgially. I have been takin 4mg of dilaudid for 4 years now, and I believe I have become ammuned to this dosage. They also had me on 60mg of Kadian which I do not choose to be on any longer. The nuerontin seems to be helping somewhat. But they took me off the soma as well and i suufeer from spasms daily. I also suffer from powerful spasms, they have tried every other muscle relaxer out there but with now successl This is the reason I have dismissed my pain management dr, he doesn't believe in a lot of the medication out there. I know my body dr. and i know what works for me. But i am willing to put my trust into you and your collegues. I have the reports of the meds I have been on and the report from the mri taken in dec of 2007 and a complete bloodwork report that was taken. Thank you for  your time and i hope to hear from you soon. God Bless, ████████████

---

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!

1

**Review**

| | |
|---|---|
| **From:** | Ethan <appointments@americanpainfl.com> |
| **Sent:** | Monday, January 04, 2010 6:51 AM |
| **To:** | ████████████ |
| **Subject:** | RE: appointment asap |

,

We take walk in patients Mon-Fri 9-5.  Please bring all your medical records regarding your surgeries and any recent MRI's or CT Scans.

-----Original Message-----
From ████████████ [mailto:████████████████]
Sent: Thursday, December 31, 2009 12:47 PM
To: appointments@americanpainfl.com
Subject: appointment asap

Dear sir

I have been a patient of Dr. Felix Rameriz at jackson north pain center 160 n.w. 170th street.,north miami, fla. for five years following back surgery performed by  Dr. Gary Lustgarten at north miami center.  3 months after the surgery I was told that I tore the scar tissue while giving my dog water. I actually heard and felt it tear.
I saw two orthopedic Drs. Dr. Johnathan Hyde and Dr. Orlando Garcia in miami. they both told me to have back surgery again  however, because of the economy we had to short sale our home and we moved up to  high springs fla. where we had purchased  a summer home fifteen years ago.
We could afford to live here.
    I set up appointments with a Dr Depaz for pain management, However I first had to see a primary doctor.I am on 30 mg of oxycodone 5 times a day and 30 mg of soma for spasms. I started the process 2 months
before we moved here. Now it seems that the doctor I was referred to
Dr.Gusowitz for a month and a half down the road I was told he only gives shots that I have had three times already with not great
results. I thought after explaining everything to the primary Doctor.
I was to be transfered to pain management to continue my  pain management Now I was told that Dr. Gusowitz only gives injections and was unable to give me the medication I don't want to go through withdrawl and I am running out of the meds. Can you please call me, I need help.

    thank you
████████████

████████████

1

**Review**

| | |
|---|---|
| **From:** | Ethan <appointments@americanpainfl.com> |
| **Sent:** | Tuesday, May 26, 2009 6:46 AM |
| **To:** | ███████████ |
| **Subject:** | RE: CHRONIC KNEE PAIN |

███████

I believe you could be a candidate for our clinic.  Bring your surgery records with you when you come.

American Pain LLC.
5801 N. Federal Highway
Boca Raton, FL. 33487
PH: 954-928-1200
Fax: 954-928-1214
Monday-Friday 9:00 am - 5:00 pm (EST)

---

**From:** ██████████ mailto ██████████████ ]
**Sent:** Monday, May 25, 2009 5:55 PM
**To:** appointments@americanpainfl.com
**Subject:** CHRONIC KNEE PAIN

To Whom It May Concern,

        Hello, my name is ██████████ and I suffer from chronic knee pain. I have had a total of four knee surgeries between both knees, three on the left and one on the right. The left knee has had a lateral release, unsuccessful, a years worth of cortizone shots which ate all the cartilage away. The second surgery consisted of a microfracture which was to try to grow cartilage back which was also unsuccessful. the third surgery was a patella joint replacement which was to try and fix the previous surgeries, which Im still having alot of pain which I seem to tolerate because Ive became so acccustomed to it. The surgery on the right knee was the most recent procedure, it was a microfracture surgery to try and regrow the cartilage back also. The wearing of the cartilage in the right knee was due to the compensation of using the right knee so much during the past four years while the left knee was trying to heal. I still have a tremendous amount of pain in both knees even after all the procedures and therapies that Ive been through. I am only 33 years old and i get around like Im much older,  I get little to no sleep and my quality of life has just spiraled down hill since the knee problems started. I thought I would send an e-mail to see if i was a good candidate for your pain clinic or not. My e-mail address is ██████████████ and a phone number i can be reached by is ██████████ anytime through the day.Thank you for your time.

                                                      Sincerely,

                                            ██████████

**From:** Ethan <appointments@americanpainfl.com>
**Sent:** Thursday, June 04, 2009 6:48 AM
**To:** ▮
**Subject:** RE: APPOINTMENT.

▮

We take walk in only for new patients. Our hours are below. Make sure when you come here that you have all of you necessary paperwork from your surgery (ie. Mri, surgery report/notes , anything that Dr. Biggs gave you). If you don't have them you can fill out the form when you get here, however, we are at the mercy of Dr. Biggs office to get us the info.

American Pain LLC.
5801 N. Federal Highway
Boca Raton, FL. 33487
PH: 954-928-1200
Fax: 954-928-1214
Monday-Friday 9:00 am - 5:00 pm (EST)

---

**From:** ▮ [▮]
**Sent:** Wednesday, June 03, 2009 8:38 PM
**To:** appointments@americanpainfl.com
**Subject:** APPOINTMENT.

I HAVE HAD SURGERY ON MY ARM. WHERE I HAD A LARGE SECTION OF BONE REMOVE. THEN REPLACED WITH A CADADER BONE. THE BONE , MY BONE. AND MY WRIST. WHERE ALL SCREWED TOGETHER. FUSING MY WRIST. THE ORTHOPEDIC DR. BIGGS. RECOMENDED I SEE A PAIN MANAGEMENT DOCTOR. BECAUSE THE PAIN FROM THE SURGGERY HASN'T LESSED MUCH AT ALL. IT THE WORST PAIN I'VE EVER HAD. THE SLPICE IS A SHOOTING PAIN AND THE FEELING FROM THE SCREWS ARE A COSTANT THROB. I CAN'T LIVE WITH THIS ANYMORE. MY SURGERY WAS 5-14-08. MY NAME IS ▮. DOB IS ▮. PLEASE RESPOND ASAP. ▮ YOU CAN REACH ME ALL DAY.

1

# Exhibit

# G

1. Glucosamine Chondroitin
2. Omega 3 Fatty Acids (Fish Oil) 3-4 grams daily
3. Multivitamin of Choice

# Exhibit

# H

# Detox Program With Suboxone

The patient will first have to come in to us totally off of med's for 16 hours.  This is very important that the patient is withdrawing for his or her med's. Doctor. Beretsky will be the only doctor that will be doing the Suboxone treatment. So the patient must stop taking their med's on Tuesday. The patient will be extremely uncomfortable.

The first payment of $400.00 must be taken before the patient is seen for treatment.

(MEDICATION IS NOT INCLUDED IN THIS PRICE)

The patient must come in the next day for further treatment.

The fee for this visit will be $200.00  must be taken before the patient is seen for treatment.

Every week the patient must come in to make sure that the medication is working as it's supposed to. If not the doctor will make adjustments. The fee for this visit will be $100.00 weekly. This must be collected before the patient is seen for treatment.

8/.2mg Subxone  $10.00 per  tablet

2/.5mg Subxone $5.00 per  tablet

# SUBXONE TREATMENT,,

PATIENTS NAME: _____ DATE: _____

## SUBXONE 2MG

| | | | |
|---|---|---|---|
| | | | |

## DOCTORS NOTE'S

## SUBXONE 8MG

| | | | |
|---|---|---|---|
| | | | |

## DOCTORS NOTE'S

# Executive Pain

Suite 223
West Palm Beach, FL 33409

Ph: 561-656-4499
Fx: 561-656-4009

# *Suboxone Waiting List*

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

Name : _____    Ph #: _____

# Exhibit

# I



FBI MM-ERT (KJP)

# Exhibit

# J

American Pain L.L.C.

## Diversion Policy

I authorize my physician, and my pharmacy, to cooperate fully with any city, state, or federal law enforcement agency, including this state's Board of Pharmacy, in the investigation of my possible misuse, sale or other diversion of my pain medication.

I authorize my physician to provide a copy of this agreement to my pharmacy.

I agree to waive any applicable privilege or right of privacy or confidentiality with respect to these authorizations.

I agree that I will submit to a blood or urine test if required by my physician to determine my compliance with my program of pain control medicine.

I agree that I will use my medicine at a rate no greater than the prescribed rate; that use of my medicine at a greater rate will result in my being without medication for a period of time.

I will bring all the unused pain medicines to every office visit.

I agree to follow these guidelines that have been fully explained to me. All of my questions and concerns regarding treatment have been adequately answered.

I understand that failure to comply with any of these conditions or failure to make regular follow up appointments with my primary care provider may result in termination of prescriptions for the medications I have been prescribed. It may also result in being prevented from regular follow up appointments with my primary care provider or termination of care.


_____          _____

Patient Signature                                    Date



_____

Patient Name Printed

form DP-1208 rev 1

# Exhibit

# K

Patient Name _____   Age _____   DOB ____/____/____

- ❑ Routine F/U to pain management.
- ❑ Patient is satisfied and doing well on current therapy.
- ❑ Is having no side effects from medications.
- ❑ Activity of daily living has improved.
- ❑ Is following all recommendations from previous visit (stretching, diet, referrals, etc.).
- ❑ Smoking cessation has been advised and options discussed.
- ❑ Patient understands the necessity of being weaned off opiates and is complying with orders.
- ❑ Not better or worse, current dose has ameliorated quality of life and allows patient to work or function at a higher capacity.

PMHx: ❑ No Change          PSHx: ❑ No Change
F/SHx: ❑ No Change          ALL: ❑ No Change

| Current Meds | Dose | Frequency | # Per Month |
|---|---|---|---|
| ❑ Roxicodone 30mg | | | |
| ❑ Roxicodone 15mg | | | |
| ❑ Xanax 2mg | | | |
| ❑ Soma 350 mg | | | |
| ❑ Percocet 10/325 | | | |
| | | | |
| | | | |

PE:   BP: ___/___   P ___   R ___   Temp ___   Ht ___   Wt ___   LMP _____

❑ No Change in PE. See H & P.

Other:

_____

_____

_____

Pain level with medication: ____ / 10          Pain level without medication: ____ / 10

New Labs / Tests: _____

Diagnostic studies:  MRI: Date: _____   Area of MRI: _____

A/P:  ❑   Routine F/U. No new issues.
- ❑ Continue current meds as before. Patient understands importance of weaning down and will cut back next month.  Goal: _____
- ❑ Change in Meds:_____
- ❑ Continue all current recommending.
- ❑ Referrals_____
- ❑ F/U in one month or with any problems as needed.

Days since last visit_____.  If back early or late why?_____

Have you been arrested for any drug related charges in the last year? _____

Have you been taking your medications as prescribed ?_____
Doctor Signature: _____Date_____

# Exhibit

# L

U.S. Department of Justice
**Drug Enforcement Administration**

| **REPORT OF INVESTIGATION** | | | | **Page 1 of 2** |
|---|---|---|---|---|
| 1. Program Code<br>N/A | 2. Cross<br>File | Related Files | 3. File No.<br>G8-09-0006 | 4. G-DEP Identifier<br>WCN3D |
| 5. By: TFO Rob Wise<br>At West Palm Beach RO<br>Task Force | ☐<br>☐<br>☐ | | 6. File Title<br>GEORGE, Jeffery | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐<br>☐ | | 8. Date Prepared<br>4/3/2009 | |
| 9. Other Officers: Agent Steve Tzirtziropouls. | | | | |

10. Report Re: Arrests of Jessica WRIGHT and Aaron SHORES for Prescription Fraud in Palm Beach County, Florida on April 2, 2009.

## DETAILS

1.  Reference is made to all previous Reports of Investigation related to this case file and file. Specific reference is made to DEA-6 dated 4/3/2009 by TFO Wise titled Arrest of Eleven (11) defendants for Prescription fraud in Palm Beach County, Florida on 4/1/2009.

2.  On April 1, 2009, agents from the West Palm Beach Office (WPBRO) and the Palm Beach County Sheriff's Office (PBSO) executed Florida State Arrests warrants for individuals who were charged with obtaining prescription narcotics through fraud. Eleven (11) defendants were arrested and processed at the PBSO Royal Palm Beach, District 9 Substation. Several defendants have utilized various medical doctors and local pain clinics operated by Jeffery GEORGE and Christopher GEORGE in Palm Beach County, Florida. A total of sixteen (16) Florida State Arrest Warrants were issued by the 15th Judicial District, West Palm Beach, Florida.

3.  On April 2, 2009, at approximately 6:00 p.m., TFO Wise and Agent Tzirtziropouls met with Jessica WRIGHT at the PBSO Headquarters, 3228 Gun Club Road, West Palm Beach, Florida. WRIGHT obtained information that a Florida state arrest warrant had been issue for her for obtaining prescription narcotics through fraud.  At that time, TFO Wise and Agent Tzirtziropouls took WRIGHT into custody and transported her to the PBSO Jail for processing.

| 11. Distribution:<br>Division MFD; DIG | 12. Signature (Agent)<br><br>TFO Robert Wise | 13. Date |
|---|---|---|
| District | 14. Approved (Name and Title)<br>Joseph Dubois<br>Group Supervisor | 15. Date |
| Other   HQS: SARI | | |

DEA Form    - 6
(Jul. 1996)
     rw

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br><br>*(Continuation)* | 1. File No.<br>G8-09-0006 | 2. G-DEP Identifier<br>WCN3D |
|---|---|---|
| 4.<br>Page 2 of 2 | 3. File Title<br>GEORGE, Jeffery | |
| 5. Program Code<br>N/A | 6. Date Prepared<br>4/3/2009 | |

3. On April 2, 2009, at approximately 8:00 p.m., TFO Wise and Agent
Tzirtziropouls met with Aaron SHORES at the PBSO Headquarters, 3228 Gun
Club Road, West Palm Beach, Florida. SHORES obtained information that a
Florida state arrest warrant had been issue for him for obtaining
prescription narcotics through fraud. At that time, TFO Wise and Agent
Tzirtziropouls took SHORES into custody and transported him to the PBSO
Jail for processing.


INDEXING


1. SHORES, Aaron - NADDIS Negative
                    DEA Arrest 202 Submitted

2. WRIGHT, Jessica -NADDIS Negative
                    DEA Arrest 202 Submitted

DEA Form        - 6a                    **DEA SENSITIVE**
(Jul. 1996)                        **Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.                    01406