**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 10-80149-CR-MARRA/HOPKINS(S)(S)

UNITED STATES OF AMERICA,

v.

CYNTHIA CADET, M.D.,

Defendant.

_____/

**DEFENDANT DR. CYNTHIA M. CADET'S**
**EXHIBIT LIST FOR TRIAL**

COMES NOW the defendant, Dr. Cynthia Cadet, by and through her undersigned counsel and

files his Exhibit List for Trial:

| Exhibit No. | Date ID'ed | Date Admitted | Witness | Exhibit |
|---|---|---|---|---|
| | | | | |
| | | | | House Committee Energy & Commerce Hearing - March 1, 2012 (Video) |
| | | | | House Bill 7095 ("Pill Mill Bill") |
| | | | | Florida's Administrative Code |
| | | | | Florida Medical Standards |
| | | | | Florida Statute 456.41 |
| | | | | Florida Doctor Shopping Statute |
| | | | | Florida Statute 893.05(1) |
| | | | | DOJ Statement of Joseph T. Rannazzisi "Responding to the Prescription Drug Abuse Epidemic" |
| | | | | National Association of Drug Diversion Investigators (NADDI) - Common Signs of a Pill Mill |
| | | | | House Committee Energy & Commerce Hearing - March 1, 2012 (Video) |
| | | | | DEA Agent Training Information (From DEA website) |

| | | | | |
|---|---|---|---|---|
| | | | | DEA Special Agent Michael Burt Affidavit |
| | | | | Department of State Registration Certificate for American Pain |
| | | | | IRS Notification to American Pain LLC of Employer Identification Number |
| | | | | American Pain LLC Corporate Filing of Articles of Incorporation |
| | | | | DEA Diversion Frequently Asked Questions & Answers |
| | | | | DEA Quota History |
| | | | | "Good Medicine, Bad Behavior - Drug Diversion in America |
| | | | | Selected Undercover Video & Audio Recordings Secured by Govt. |
| | | | | The Raw Data Provided by AUSA Lawrence Lavecchio Prior to Commencement of March 20, 2013 Evidentiary Hearing |
| | | | | American Pain Billboard Signs |
| | | | | American Pain Checkbook Ledger (Dec 2008 - Jan 2009) |
| | | | | Felix Gillette, "American Pain: The Largest U.S. Pill Mill's Rise & Fall" *Bloomberg Businessweek,* June 6, 2012 |
| | | | | Wiretap recordings with Chris George and Ethan, Dianna & Denise H. re Harvard Drug form |
| | | | | FBI-MM-ERT (KJP) Photos: 10, 17, 25, 26, 27, 32, 48, 49, 50, 51, 52, 53, 54, 55, 56, 68, 90, 161, 163, 172, 283, 361, 371, 375 |
| | | | | Emails from American Pain "Appointments" Email Account |
| | | | | American Pain Form A1-1208 rev1 |
| | | | | American Pain Form app1-1208 rev1 |
| | | | | American Pain Form A-QA1208 rev1 |
| | | | | American Pain Form fu-1208 rev1 |
| | | | | American Pain Form med-1208 rev1 |
| | | | | American Pain Form ntc5-1208 rev1 |
| | | | | American Pain Form pcag-1208 rev1 |
| | | | | American Pain Form_agr-1208_rev_1 |
| | | | | American Pain Form_DP-1208_rev_1 |
| | | | | American Pain Form _INS-1208_rev_1 |
| | | | | American Pain Form_OOS-409_1 |
| | | | | American Pain Form FU rev 4-2009 |

| | | | | |
|---|---|---|---|---|
| | | | | Authorized Personnel Only Notice |
| | | | | January 5, 2009 Letter from Health Law Offices of Anthony C. Vitale, P.A. |
| | | | | Selected Wiretap Recordings |
| | | | | FBI-MM-ERT (KJP) Photo: DSC 0306 |
| | | | | American Pain Investigation Report |
| | | | | CV for Dr. Carroll Warfield |
| | | | | Medical Chart for Ron Baker |
| | | | | Medical Chart for Rebecca Jones |
| | | | | Email correspondence from Patient Ron Baker to Dr. Cadet |
| | | | | Letter written to Dr. Cadet from Patient Jessica Testa |
| | | | | Online Review written about Dr. Cadet by Patient Mikel Bone |
| | | | | Selected text messages between Christopher George and Dr. Cadet |
| | | | | Dr. Cadet Awards - AP Doctor of the Year, Phoenix Physician Award for Patient Relations |
| | | | | Completed Questionnaires- Explanations written by various Patients of Dr. Cadet for travelling far to receive pain management |
| | | | | Patient Handout- Stretching/ Exercise Sheet |
| | | | | March 2, 2010 (14:46:38 - 15.01.31)  AP East Lobby Video Surveillance - 15 minutes (Video) |
| | | | | March 2, 2010 (12:51:41 - 13:00) AP East Lobby Surveillance- 9 minutes (Video) |
| | | | | Medical Charts substantiating Dr. Cadet's patient referrals to Specialists( orthopedic, neurosurgery, detox) |
| | | | | Medical Charts substantiating Patients Discharged from clinic by Dr. Cadet |
| | | | | Medical Charts substantiating weaning down of Patient Medication by Dr. Cadet |
| | | | | Blood Test Result Notification Form For Patients |
| | | | | Patient Lab Test Order Form |
| | | | | Dr. Cadet's Discharged Patient List |
| | | | | Medical Chart for Beau Boshers |
| | | | | Stipulated Statement of Facts Dr. Beau Boshers |
| | | | | Stipulated Statement of Facts Dr. Vernon Atreidis |

| | | | | Palm Beach Post Article Jan. 6, 2012 - "First of 13 Doctors Charged in Pill Mill Case Sentenced to 33 Months in Prison" |
| | | | | Documents Substantiating Detox Program Offered at Executive Pain |

Defendant Dr. Cadet respectfully requests that this Court permit the Defendant, through leave of Court, to offer any exhibit contained within the government's Exhibit List or Co-defendant Dr. Castronuovo's Exhibit List, and for good cause shown, to allow additions to the Exhibit List as the Trial unfolds and unforeseen events develop.

### CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2013**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**s/ Michael D. Weinstein**
Michael D. Weinstein
Florida Bar No. 157236
12 SE 7th Street, Suite 610
Fort Lauderdale, FL 33301
Tel: (954) 761-1420
Fax: (954) 761-1421
Email: mdw@mdwlawfirm.com

Attorneys for Defendant Cynthia Cadet, M.D.

**s/ Jessie M. Djata Attorney at Law**
Jessie M. Djata, Esq.
560 State Street
Brooklyn, NY 11217
Tel: (917) 501-7958
Email: jessiedjata@gmail.com

Attorney for Defendant Cynthia Cadet, M.D.
Appearing Pro Hac Vice

4