## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-80149-CR-MARRA/HOPKINS(S)(S)

UNITED STATES OF AMERICA,

v.

CYNTHIA CADET, M.D.,

      Defendant.

_____/

### DEFENDANT DR.CADET'S FIRST AMENDED WITNESS LIST

**COMES NOW** the Defendant CYNTHIA CADET, M.D., by and through her undersigned counsel and files her first amended proposed witness list.

1. Vernon Atreidis M.D., Federal Correctional Institute Miami, Florida

2. Ronald Baker,  Lake Worth, Florida

3. Ethan Baumhoff, Federal Detention Center Miami, Florida

4. Julius H. Bennett,  Savannah, Georgia

5. Pam Bondi, State of Florida Attorney General  Tallahassee, Florida

6. Beau Boshers, M.D. ,  Federal Detention Center Miami, Florida

7. Special Agent Michael Burt, DEA Miami, Florida

8. Christopher Elder,   Palm Beach Gardens, Florida

9. Christopher George, Federal Detention Center Miami, Florida

10. Ms. Rebecca Jones,  Fort Pierce, Florida

11. Special Agent Kurt McKenzie , FBI  Miami, Florida

12. Derik Nolan, Federal Detention Center Miami, Florida

13. Special Agent Jennifer Turner, FBI Miami, Florida

14. Dr. Carol Anastasia Warfield, Expert  Prides Crossing,  Massachusetts

Defendant reserves the right to call rebuttal witnesses whether endorsed herein or not. Defendant also serves notice of her intent to call any co-defendant who is no longer a participant in the joint proceedings, regardless of whether that defendant's case may or may not have been resolved by negotiated plea.

### CERTIFICATE OF SERVICE

I hereby certify that on **May 25, 2013**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**/ Michael D. Weinstein**
Michael D. Weinstein
Florida Bar No. 157236
12 SE 7th Street, Suite 610
Fort Lauderdale, FL 33301
Tel: (954) 761-1420
Fax: (954) 761-1421
Email: mdw@mdwlawfirm.com

Attorneys for Defendant Cynthia Cadet, M.D.

**s/ Jessie M. Djata Attorney at Law**
Jessie M. Djata, Esq.
560 State Street
Brooklyn, NY 11217
Tel: (917) 501-7958
Email: jessiedjata@gmail.com

Attorney for Defendant Cynthia Cadet, M.D.
Appearing Pro Hac Vice