UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH CASTRONUOVO, M.D.,
CYNTHIA CADET, M.D.,

    Defendants.
_____/

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON MOTIONS TO TRIKE AND DISMISS

**THIS CAUSE** is before the Court upon the Defendants' Motions to Strike and Dismiss Various Counts of the Second Superseding Indictment [DE's 906, 914 and 915] and the Magistrate Judge's Report and Recommendation [DE 964].  After a *de novo* review of the Defendant's Motion and the Magistrate's order, an evidentiary hearing was held on March 20, 2013 and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

After conducting an evidentiary hearing, the court finds that the United States did not engage in any untoward action which can be characterized as vindictive towards Defendants Cadet and Castronuovo.  The Court finds that at the time Defendant Cadet and attorney Gordon W. Spencer met with United States prosecutors and other law enforcement representatives, the United States was still conducting an ongoing investigation into the question of whether Defendants Cadet and Castronuovo could be charged criminally for the deaths of any of their

patients.  The Court also finds that the United States took reasonable investigative steps to gather sufficient evidence to support charging these defendants with being criminally responsible for the deaths of some of their patients before those charges were actually filed.  When the first indictment was filed in this case, the United States was not required to include charges against these defendants criminally attributing the death of patients to them.

As a result of the foregoing, the Magistrate Judge's Report and Recommendation is hereby **AFFIRMED.**  Defendants' Motion to Strike and Dismiss Various Counts of the Second Superseding Indictment [DE's 906, 914 and 915] are **DENIED**.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 28th day of May, 2013.

_____
KENNETH A.  MARRA
United States District Judge

Copies furnished to:

Magistrate Judge William Matthewman