```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                      Case No. 10-80149-CR-MARRA
 3
     UNITED STATES OF AMERICA,    )
 4                                )
          GOVERNMENT,             )
 5                                )
          -v-                     )
 6                                )
     CYNTHIA CADET AND            )
 7   JOSEPH CASTRONUOVO,          )
                                  )
 8        DEFENDANTS.             )   West Palm Beach, Florida
                                  )   June 11, 2013
 9   _____)

10

11            TRANSCRIPT OF TESTIMONY OF DERICK NOLAN,

12              TAKEN AT THE JURY TRIAL PROCEEDINGS

13            BEFORE THE HONORABLE KENNETH A. MARRA

14                 UNITED STATES DISTRICT JUDGE

15   Appearances:

16   FOR THE GOVERNMENT          Lawrence D. LaVecchio, AUSA, and
                                 Paul Schwartz, AUSA
17                               United States Attorney's Office
                                 500 East Broward Boulevard
18                               7th Floor
                                 Fort Lauderdale, FL 33394
19
     (Appearances Continued on Page 2.)
20
     Reporter                    Stephen W. Franklin, RMR, CRR, CPE
21   (561)514-3768               Official Court Reporter
                                 701 Clematis Street
22                               West Palm Beach, Florida  33401
                                 E-mail:  SFranklinUSDC@aol.com
23

24

25
```

```
1   Appearances (Continued):

2   FOR DEFENDANT CADET         Michael D. Weinstein, ESQ.
                                Courthouse Place
3                               12 Southeast 7th Street, Suite 610
                                Fort Lauderdale, FL 33301
4
    -and-
5                               Jessie M. Djata, ESQ.
                                560 State Street, #7K
6                               Brooklyn, NY 11217

7   FOR DEFENDANT CASTRONUOVO   Thomas D. Sclafani, ESQ.
                                Sclafani & Associates, P.A.
8                               110 Southeast 6th Street,
                                Suite 1970
9                               Fort Lauderdale, FL 33301

10                                * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    * * * * * * * * *
 2              THE COURT:  Next witness.
 3              MR. SCHWARTZ:  Derick Nolan, Your Honor.
 4              THE COURT:  Ladies and gentlemen, why don't you just
 5    step in the jury room until you get the witness up here rather
 6    than having you sitting there.  Please don't discuss the case
 7    or form any opinions, and as soon as the witness is brought
 8    up, we'll get you back out here.  Thank you.
 9         (The jury exits the courtroom.)
10              THE COURT:  See you in a few minutes.
11         (A recess was taken from 4:10 p.m. to 4:17 p.m., after
12    which the following proceedings were had:)
13              THE COURT:  Good afternoon, again.  Please be seated.
14              Back on the record.  Both defendants are present with
15    counsel.
16              Are we ready to proceed?
17              MR. LaVECCHIO:  Yes, Your Honor.
18              THE COURT:  Let's bring the jurors in, please.
19         (The jury enters the courtroom, after which the following
20    proceedings were had:)
21              THE COURT:  Welcome back, everyone.
22              Please be seated, ladies and gentlemen.
23              All right.  Sir, would you please raise your right
24    hand.
25                Derik Nolan, Government's witness, sworn.
```

```
 1              THE COURT:  Please tell us your name and spell both
 2   your first and last names for us.
 3              THE WITNESS:  Derik, D-e-r-i-k, Nolan, N-o-l-a-n.
 4              THE COURT:  Thank you.
 5              You may proceed.
 6              MR. SCHWARTZ:  Thank you, sir.
 7                        Direct Examination
 8   BY MR. SCHWARTZ:
 9   Q    Sir, what's your age?
10   A    Thirty-five.
11   Q    Where were you born?
12   A    Binghamton, New York.
13   Q    What is your current residence?
14   A    Oakdale Federal Correctional in Oakdale, Louisiana.
15   Q    How about as of today, where do you reside?
16   A    Palm Beach County Jail.
17   Q    Tell us about your criminal history, sir.
18   A    I was arrested for DUI in 2003, which was dropped, and
19   couple times over the years for driving on suspended license.
20   Other than that, that's it.
21   Q    In terms of the driving on the suspended license, did you
22   receive any convictions on that?
23   A    Yeah.
24   Q    What was that?
25   A    Two felony convictions.
```

1  Q   You received a felony for driving under suspended license?

2  A   Oh, yeah.

3  Q   Were you incarcerated?

4  A   Yes.

5  Q   How long?

6  A   I don't remember.  Two months, something like that.

7  Q   Have you ever been charged with violation of federal

8  criminal law?

9  A   Yes.

10 Q   What was that, please?

11 A   RICO, drug trafficking, money laundering, and a few other

12 ones.  I don't remember what they all were.

13 Q   When you say RICO are you referring to racketeering?

14 A   Yes, sir.

15 Q   Were you charged alone or with other persons?

16 A   Other persons.

17 Q   Can you tell us some of the names?

18 A   Chris George, Jeff George, Ethan Baumhoff, Daryl Stewart,

19 Chris Hudson, Diana George, Denice Haggerty, Beau Boshers,

20 Michael Aruta, Roni Dreszer, Jacob Dreszer, Dr. Cadet, a

21 bunch.  That's about all I remember.

22 Q   Were those charges in relation to activities which took

23 place at American Pain and Executive Pain?

24 A   Yes.

25 Q   Have those charges been disposed of?

```
 1    A    All except the racketeering charge.

 2    Q    In relation to you, what happened?

 3    A    I was convicted.

 4    Q    And did you plead guilty or go to trial?

 5    A    Pled guilty.

 6    Q    And did you sign a written plea agreement?

 7    A    Yes, I did.

 8    Q    Were you represented by counsel at that time?

 9    A    Yes, I was.

10    Q    What's your understanding of your obligation under this

11    written plea agreement?

12    A    To cooperate with the Government.

13    Q    In what capacity?  What do you mean?

14    A    Whatever they need.

15    Q    Tell us what's your understanding.

16    A    If they need me to testify, I got to testify.  If they

17    need information, I got to give them information.

18    Q    Have you been debriefed by law enforcement personnel and

19    persons involved with the United States Attorney's Office?

20    A    Yes.

21    Q    On how many occasions?

22    A    Including the ones where I was kicked out?

23    Q    Anything you can tell us, sir.

24    A    Probably around seven or eight times.

25    Q    When you say kicked out, what do you mean?
```

```
 1   A   I wasn't forthcoming and wasn't ready to cooperate.

 2   Q   In relation to the charges that you pled guilty to, were

 3   you, in fact, guilty?

 4   A   Yes.

 5   Q   And have you been sentenced on those charges?

 6   A   Yes, I have.

 7   Q   What is your sentence?

 8   A   168 months.

 9   Q   Now, have you been promised anything in return for your

10   testimony here?

11   A   No, I have not.

12   Q   Are you hoping to receive a reduction in sentence?

13   A   Absolutely.

14   Q   What's your understanding as to how that would occur, if

15   at all?

16   A   If I tell the truth, Government will file a Rule 35 for

17   me.

18   Q   Sir, you were told that the Government would file a Rule

19   35 definitively?

20   A   No, if I tell the truth, then maybe they will.  No

21   promises.

22   Q   As I asked you, where there any promises made to you --

23   A   Oh, no --

24   Q   You got to wait 'til I finish, please.

25           Were there any promises made to you in return for
```

```
 1   your testimony here?

 2   A   No.

 3   Q   Are you hoping to receive a lower sentence?

 4   A   Yes.

 5           MR. SCLAFANI:  Objection to the leading, Your Honor,

 6   especially through this part.

 7           THE COURT:  Overruled.

 8   BY MR. SCHWARTZ:

 9   Q   Sir, what's your highest level of education?

10   A   After high school I did one year of college and then two

11   years' vocational.

12   Q   In vocation in what regard?

13   A   Plumber.

14   Q   And have you had any substantial employment in the past?

15   A   Yes.

16   Q   Let's start with the first legitimate, first real

17   substantial employment and work our way up.  When was that,

18   sir?

19   A   After high school, Buckeye Plumbing, '96, 1996.

20   Q   How long did that last?

21   A   'Til 2001.

22   Q   And where was that?

23   A   Royal Palm Beach, Florida.

24   Q   So did there come a time that -- well, withdrawn.

25           You said you were born where, sir?
```

1    A    Binghamton, New York.

2    Q    When did you move to Florida?

3    A    Day after I graduated high school.

4    Q    So after that job at Buckeye Plumbing, what did you do,

5    sir?

6    A    I started -- I invested in a company, Streamline

7    Construction & Development, and built houses.

8    Q    And where did you build these houses?

9    A    Loxahatchee, Port Saint Lucie, Royal Palm Beach.

10   Q    And was that your company?

11   A    I was part owner, yes, sir.

12   Q    And tell us, what were your responsibilities?

13   A    I did the field work, actual building the houses,

14   contracting all the contractors, you know, basically a field

15   superintendent.

16   Q    Did you supervise others, or did you have a hammer in your

17   hand?

18   A    Both, little of both.

19   Q    Referring your attention to in or about 2001.  Did there

20   come a time when you met individuals by the name of

21   Christopher and Jeff George?

22   A    Yes, sir.

23   Q    Tell us about that, please.

24   A    Jeff owned Shutter King, who was a subcontractor for me or

25   did the hurricane shutters for the homes that I built, and I

```
 1    met him through there.
 2    Q    Was that a business relationship that you had?
 3    A    Yeah, we became friends.
 4    Q    When you say friends, describe your relationship.
 5    A    We went out, did everything together, became real good
 6    friends.
 7    Q    And this was what year, sir?
 8    A    Between 2001 and 2004, you know what I mean.  Over time we
 9    started hanging out more and more.
10    Q    And during this time from 2001 to 2004, what did Jeff
11    George do for a living?
12    A    Shutter King.  He installed hurricane shutters.
13    Q    And do you know anything about Jeff George's family at
14    that time?
15    A    Yeah, his father owned Majestic Homes, who was, I guess in
16    a way my competition.  He was one of the competitors.  We're
17    all struggling to build homes out in Loxahatchee, and his
18    brother worked for his father as a draftsman.
19    Q    You say his brother.  Who are you referring to?
20    A    Christopher George.
21    Q    When you did first meet Christopher George?
22    A    In that same time period.  I couldn't tell you the exact
23    date.
24    Q    And did you develop a social relationship with him?
25    A    I did not until about 2005, 2006.
```

```
 1   Q   All right.  So let's talk about 2005-2006.  What is your

 2   relationship with either Jeff or Christopher George?

 3   A   At that point, I had -- I left Streamline Construction and

 4   I just -- I lost my -- I started my own business, and I had

 5   just lost it.  I had to sell my house to cover all the bills

 6   and everything, and I got a job with Majestic Homes, their

 7   father's company.

 8   Q   Now, prior to losing your business, were you successful in

 9   your business?

10   A   Absolutely, yes.

11   Q   Were you making money?

12   A   Lots of money.

13   Q   What's lots of money?

14   A   Couple hundred thousand a year.

15   Q   And what caused you to lose your business?

16   A   Well, the market crashed, and, you know, I had a falling

17   out with my partner at Streamline Construction, and he wanted

18   to bring the company in one direction, I wanted to go another,

19   so I ventured out on my own at the wrong time, and I

20   automatically got a contract to build six houses.  On the

21   sixth one the homeowner never got funding, so I built the

22   entire house out of my pocket and never got paid.

23          So I had to sell my home to continue paying the

24   houses, and the home went into tax deed sale and I lost

25   everything.
```

1    Q    So I believe you said you then became employed by Majestic

2    Homes?

3    A    Yes, sir.

4    Q    Tell us about that.

5    A    I worked as a supervisor, and I started in the Port Saint

6    Lucie area, and he was -- Majestic Homes was in the beginning

7    stages of shutting down also.  So I was moving from area to

8    area, kinda like closing up the areas I guess you would say

9    for them, and I went from Port St. Lucie to the Hobe Sound

10   area, then to -- back out to Loxahatchee, and then he asked me

11   in August of 2007, he asked me to move to North Port on the

12   west coast of Florida to work over there with Chris, Chris

13   George.

14   Q    And when you say "he," are you referring to --

15   A    John George.

16   Q    And John George was whom, sir?

17   A    My boss, owner of Majestic Homes and my boss.

18   Q    And what was your position with Majestic Homes?  What did

19   you do?

20   A    Just area manager.

21   Q    So did you have occasion, then, to move to North Port, was

22   it?

23   A    North Port, yes, sir.

24   Q    What did you do there?

25   A    Same thing, supervise building homes.

```
 1    Q    Did there come a time when you had occasion to relocate to
 2    South Florida?
 3    A    Well, yes.  I had a suspended license again at the time,
 4    and I was arrested for driving on suspended license, and
 5    that's when I was incarcerated and lost my job at Majestic,
 6    and moved back to West Palm Beach when I finished my time in
 7    prison or in jail.
 8    Q    Approximately when was that, sir?
 9    A    January of 2008.
10    Q    All right.  And what did you do for a living in January of
11    2008, if anything?
12    A    I opened up another business building or installing
13    windows, hurricane windows.
14    Q    How long were you involved in that?
15    A    Just about a month, until Christopher George contacted me
16    to help him build out his first pain management office in
17    Oakland Park.
18    Q    Okay.  Let's talk about that.
19         So when Christopher George first contacted you, did
20    you have a conversation about what the business was supposed
21    to be?
22    A    Yes, I did.
23    Q    Okay.  And what did you understand Christopher George's
24    background to be?
25    A    Well, I knew his brother Jeff had the HRT clinic, the
```

```
 1    steroid clinic, since 2006.  So when he told me that it was

 2    going to be like another medical office, it was like no big

 3    shot to me.  But then when --

 4              MR. WEINSTEIN:  Judge, can we go sidebar, please?

 5              THE COURT:  All right.

 6        (The following proceedings were held at sidebar:)

 7              MR. WEINSTEIN:  I understand that my client had

 8    nothing to do with Jeff George and his steroid operation.  I

 9    just want to be very careful, because the count regarding the

10    steroids and my client was severed.  I don't want him to get

11    into steroids at all, and so I'm making a motion he doesn't

12    touch steroids and my client.

13              THE COURT:  I assume he just -- he is not aware of,

14    you know, the severance, and he's just telling historically

15    what happened.

16              MR. WEINSTEIN:  Right.

17              THE COURT:  So try and steer him away from steroids.

18              MR. SCHWARTZ:  I agree, Your Honor.  And it would

19    probably be prudent if, maybe when we finish, we admonish him

20    again.  Because he does know about that, and he may not really

21    understand that he shouldn't talk about it.  So if we could do

22    that maybe at the end of the day.

23              THE COURT:  Well, are we anywhere --

24              MR. SCHWARTZ:  I'm not going to ask the questions,

25    but I'm concerned that he might blurt it out.
```

```
 1                 THE COURT:  Do you want me to send the jury out?

 2                 MR. SCHWARTZ:  That's probably the safest thing.

 3                 THE COURT:  All right.

 4            (Sidebar conference concluded.)

 5                 THE COURT:  Ladies and gentlemen, if I could ask you

 6     to just step in the jury room for no more than one minute, and

 7     we'll be with you very shortly.  Just don't discuss anything

 8     about the case.  We'll be with you very shortly.  Thank you.

 9            (The jury exits the courtroom.)

10                 THE COURT:  Mr. Nolan, do not mention the steroid

11     clinic or anything about the steroid business during your

12     testimony.  Okay?

13                 THE WITNESS:  Oh, okay.

14                 THE COURT:  If you feel for some reason you have to

15     mention steroids in your answer to any question, stop and say,

16     Judge, I need to talk to you.  Okay?

17                 THE WITNESS:  Understood.

18                 THE COURT:  Don't say anything about steroids

19     unless -- without getting permission from me, you understand?

20                 THE WITNESS:  Understood.

21                 THE COURT:  All right.  Bring the jury back.

22            (The jury enters the courtroom, after which the following

23     proceedings were had:)

24                 THE COURT:  Sorry for that interruption, ladies and

25     gentlemen.
```

```
 1              Please be seated, everyone.

 2              You may continue.

 3              MR. SCHWARTZ:  Thank you, sir.

 4   BY MR. SCHWARTZ:

 5   Q    Sir, do you know anything about Christopher George's

 6   criminal history?

 7   A    I knew he had been in jail, yeah.

 8   Q    Do you know what level of conviction he had?

 9   A    No.  All's I knew is he did, like, eight months or

10   something like that.

11   Q    And this is in or about 2007 are we talking?

12   A    Yeah.

13   Q    So I think you said there came a point when Christopher

14   George asked you to assist him in something?

15   A    Yeah, building a pain clinic.

16   Q    Did you know anything about pain clinics at that time?

17   A    No.

18   Q    Had you heard anything about pain clinics at that time?

19   A    No.

20   Q    And where was this pain clinic to be located?

21   A    Oakland Park Boulevard.

22   Q    And what was your responsibility, or how did you assist?

23   A    Just it was an old Mobile 1 cellphone store, so we tore it

24   down and tore all the walls down, reframed it, re-drywalled

25   it, the whole, you know, painted, carpet, doors.
```

```
 1    Q    When you say "we," who are you referring to?

 2    A    Me and Chris George, and I hired my roommate, Chris Haney,

 3    to help me.

 4    Q    Did you know or had you discussed with Chris George

 5    anything about the plans for the business at that time?

 6    A    Yeah, as we were working on it, you know, he told me what

 7    it was -- you know, what was going to happen.  He had doctors

 8    that were going to work for him, and they were going to write

 9    pain medication.  And, yeah, so he told me how it was going to

10    work.

11    Q    Did you receive information as to any other types of

12    treatments that would be provided through that facility?

13    A    No.

14    Q    Okay.  And how long did it take you to assist in the

15    construction?

16    A    About two weeks.

17    Q    And tell us about the interior of the -- of that facility.

18    A    It was a real small place.  We left the -- I mean, it

19    wasn't a bang-up job I guess I would say.  It was just kind of

20    thrown together real quick.

21    Q    Well, describe.  What do you mean?  Were the walls made

22    up?  Did it look professional?

23    A    Yeah, I mean it looked professional, but we didn't go --

24    it wasn't like a nice place.  You know, everything was the

25    cheapest stuff we could find, all the material was the
```

```
 1   cheapest stuff we could find.  Just get it done as quickly as
 2   we could.
 3   Q   And did you learn what the business model was supposed to
 4   be?
 5   A   I mean, yeah, he had doctors that patients were to come in
 6   and get medication.
 7   Q   Did you know anything about this doctor?
 8   A   Not at the time, no, I didn't, not while I was building
 9   it.
10   Q   Did there come a time when you met this doctor?
11   A   Yes.
12   Q   Who was the doctor?
13   A   Michael Overstreet.
14   Q   And did either Christopher George or Overstreet himself
15   tell you anything about him?
16   A   About?  I'm sorry.
17   Q   About Overstreet.
18   A   Once I started working there?
19   Q   Yes.
20   A   I only worked for about a week while he was there.  They
21   called him The Candy Man.
22   Q   The Candy Man?
23   A   Yeah.
24   Q   What was your understanding of that?
25   A   He gave everybody pills.
```

```
 1    Q    Do you know had this Dr. Overstreet been employed at any

 2    other medical facilities before this?

 3    A    I don't know.

 4             MR. WEINSTEIN:  Objection, hearsay.  Calls for

 5    hearsay.

 6             THE COURT:  Sustained.

 7    BY MR. SCHWARTZ:

 8    Q    So you said it took approximately two weeks to build this

 9    out?

10    A    Yeah, two to three weeks.

11    Q    During the time of the construction, was there any sign on

12    the building as to what it was going to be?

13    A    Yeah, the first thing that Chris did was put up a big sign

14    right out on Oakland Park said Pain Clinic.

15    Q    During the construction, did you have occasion to see any

16    persons who aspired to be patients?

17    A    Yeah, pretty much on a daily basis somebody would stop in

18    while we were hanging drywall or cutting two-by-fours or

19    whatever we were doing to ask if we were open.

20    Q    And what'd these people look like?

21    A    People.

22    Q    Okay.  All right.  So there came a time when the business

23    opened, correct?

24    A    Yes.

25    Q    And who was employed there at that time, please?
```

```
 1   A   Well, when it opened I didn't work there for the first

 2   week or two.  So from what I understand, it was Chris and

 3   Dianna and Dr. Overstreet.

 4   Q   Now, who was Dianna?

 5   A   Chris' wife, Chris George's wife.

 6   Q   Do you know what profession was at that time?

 7   A   Stripper.

 8   Q   All right.  So it was Chris George; his wife, stripper;

 9   and Dr. Overstreet were the three people employed there?

10   A   To my understanding before I got there, yes.

11   Q   So let's talk about when you're driving up to begin your

12   employment.  What do you observe?

13   A   See, my first employment there was like, it wasn't a

14   full-time job.  It was Chris would call me and say, hey, man,

15   I got to be somewhere today, this isn't a great neighborhood,

16   I got medication, money, and my wife here, would you mind

17   just, I'll pay you just to come sit here all day, and make

18   sure nothing happens.

19        So my first, I guess they were open about three weeks

20   at the time, or two weeks at the time, and over the next three

21   or four weeks I'd maybe sit there once or twice a week, just

22   sit there all day in a back room and really do nothing, just

23   make sure nobody robbed the place.

24   Q   Well, you mentioned medication.  What are you referring

25   to?
```

1    A    Roxies, Roxicodone.

2    Q    Roxicodone.  And had you had any interaction with

3    Roxicodone prior to that?

4    A    No, at the time I remember hearing about Oxycontin, and

5    when -- so that's -- I thought maybe I just heard the word,

6    the wording wrong or something, so they would make fun of me

7    when I'd say Roxicontin (phonetic), I don't know.  I really

8    didn't know what it was, no.

9    Q    Let's talk about literally your first day on the job

10   working for South Florida Pain after the construction.

11   A    Yeah.

12   Q    Tell us about it.

13   A    You know, I would sit.  There was a little side room that

14   you could kinda see to where Dianna would sit and the patients

15   would come in.  And, you know, it wasn't seeing a lot of

16   patients at the time, you know, maybe between 10 and 20

17   patients a day, and they would come in, Dr. Overstreet would

18   be in the back, they'd fill out a form.  At that time it

19   really required no medical records or any pharmacy records or

20   anything like that, just fill out the form, copy your driver's

21   license, the folder would get put together, you would see the

22   doctor, they would come out, the patient would come out and

23   either fill -- just take their prescription to fill someplace

24   else, or they would fill it there in the pharmacy that Dianna

25   was running also.

1   Q   Well, were there any nurses employed there?

2   A   No.

3   Q   Any physician's assistants?

4   A   No.

5   Q   Were any referrals made to specialists?

6   A   No.

7   Q   Were there any medical records required?

8   A   No.

9   Q   Were there contacts with other doctors?

10  A   No.

11  Q   Was there contacts with hospitals?

12  A   No.

13  Q   How about MRIs?

14  A   When I first got there until Overstreet was gone, it was

15  no MRI was needed on your first visit, but I was there up

16  'til -- Overstreet was there 'til people's probably second

17  visit, and, you know, if they didn't have it, said just bring

18  it next time.  So there was no requirements for any MRIs, CT

19  scans or anything like that while Overstreet was there.

20  Q   How long were the patients in with Dr. Overstreet that you

21  were able to observe?

22  A   I would say 10, 15 minutes at that time.

23  Q   And, now, you said something about a dispensing area,

24  correct?

25  A   Yes.

```
1    Q    What was that?

2    A    It was a closet, maybe 9 feet deep by three and a half

3    feet wide with a gun safe that we picked up at Costco in the

4    back with all the medication in it, a little, like, card table

5    and a chair with a laptop and a little label printer.

6    Q    And who was acting in the capacity as a pharmacist?

7    A    Chris, Dianna, I mean, I even did it a few times.

8    Q    Did you have any past experience in that?

9    A    No.

10   Q    And physically, what did you have to do?

11   A    The prescription would come back, and at that time, like,

12   the doctor, and even going further down the road, didn't even

13   write the patient's name on the prescription.  It was just

14   whatever it was, sign, and then it would come back to us, you

15   punch in the information of the patient from their chart,

16   print out a label, put it on a pill bottle, pull the pills out

17   of the safe, fill it up, bring it to the front desk.

18        That was it.  Staple the receipt, the blank receipt

19   into -- or prescription into the patient's chart, which, I

20   mean, we didn't even think about it until down the road when

21   the Board of Health came in that there was files and files

22   with prescriptions written out with nobody's name on it.  So

23   if anybody was able to get in there and get ahold of them,

24   they would have had unlimited blank prescriptions.

25   Q    So were you physically having interaction with patients at
```

1   that time?

2   A   I started to probably on the third or fourth -- after

3   about three weeks of going there one or two days a week, and

4   actually, Dr. Rachel Gittens had started, and Enoch, Enoch

5   Joseph, or Joseph Enoch, I don't remember what it was, and

6   they mentioned to Chris and Dianna that they liked having me

7   around, they felt safer, felt better if I was there.

8          So they asked me to stop doing my construction thing

9   and come on there full-time.  I didn't have a driver's

10  license, so they would pick me up for work every day.  Worked

11  out great.

12  Q   And did you have the same tattoos and same general

13  physical appearance?

14  A   Yes, sir.  I had a mohawk.

15  Q   How long was Dr. Overstreet there?

16  A   About a month and a half.

17  Q   Did he leave at some point?

18  A   Yeah, he went on vacation and died.

19  Q   And what was your impression of Dr. Overstreet, your

20  personal impression?

21  A   I didn't like him.

22  Q   Why is that?

23  A   He was like cocky.  I don't know.  Thought he was like a

24  gangster or something, it seemed to me, and there was a lot --

25  after work, he would have -- there would be people outside

```
 1   waiting to get prescriptions.  I just -- he was like arrogant,

 2   and I really didn't like him.

 3   Q    What do you mean people waiting outside to get

 4   prescriptions?

 5   A    Like his friends or other -- I don't know what kind of

 6   deals he had working with people, but there would be people

 7   waiting for him to get off work, out by his car.  He would

 8   come out and hand them prescriptions.

 9   Q    Now, regarding the supply of the narcotics, the actual

10   supply of the drugs, did you learn where that came from?

11   A    Yeah, it came from several wholesalers that Chris found on

12   the Internet.  He would fill out an application form for a

13   credit line with them, and use the doctor's DEA number, which

14   they signed over power of attorney to him to order medication.

15          And, you know, there was one local one, Sunrise, that

16   you order it on Monday, and on Tuesday -- you'd fill out the

17   forms, and on Tuesday a guy would show up with boxes of pills,

18   and the rest of it would come UPS from other wholesalers who

19   were throughout the country.

20   Q    And these were controlled substances?

21   A    Yeah.

22   Q    Did any of these wholesalers attempt to do any inspection

23   or due diligence?

24          MR. WEINSTEIN:  Judge, I'm going to object to the

25   relevance at this point in time.
```

```
 1              THE COURT:  Sustained.
 2   BY MR. SCHWARTZ:
 3   Q    And what was the method of payment at the clinic at that
 4   time?
 5   A    Cash or credit card.
 6   Q    So after the first month or so, how many patients would
 7   arrive on a daily basis?
 8   A    Now after a month, after me being there full-time a month,
 9   we're at 25, 30 a day.
10   Q    And describe the physical appearance of these people.
11   A    Appalachian Americans.
12   Q    I'm sorry, Appalachian what?
13   A    Appalachian Americans, white, lower income from the mid --
14   like, Kentucky, Tennessee, hillbilly-looking people I guess
15   you would say.
16   Q    How about the parking in relation to South Florida Pain
17   and the first facility?
18   A    We had no parking.  We had four parking spots in front,
19   and maybe one or two you could -- in the back, you could pull
20   along the -- in the back of the building was an apartment
21   where the owner of the building lived.  She had the backyard
22   fenced off with like a Jacuzzi or a small pool or something
23   like that in there, and you could pull back there, maybe fit
24   two cars along the fence.
25              And we rented four or five parking spots from the
```

```
 1    neighbor to the east, who was a podiatrist.  He had four
 2    spots, and he never had any use for them, nobody was ever
 3    there.  So we rented those spots from him.
 4    Q   And did you have occasion to see the license plates on
 5    these cars?
 6    A   Yeah.
 7    Q   Where were they from?
 8    A   All out of state.
 9    Q   Did there come a time when you met an individual by the
10    name of Susie?
11    A   Yes.
12    Q   Who was Susie?
13    A   Susie was a lady that came in looking for a job who said
14    she has been working in pain management and anxiety management
15    clinics pretty much her whole life, she knew how to do
16    everything, and at the time we were -- we freshly had --
17    Dr. Overstreet had just died, so we were kind of learning as
18    we go according to what Dr. Overstreet had said.
19    Q   When you say "we," who was learning?
20    A   Me, Chris, Chris and myself, Christopher George and
21    myself.
22    Q   And you were a convicted felon, correct?
23    A   Yes.
24    Q   Was he?
25    A   Yes.
```

1    Q    What was the amount of pills you had on hand at any one

2    time?

3    A    You know, up to 50,000.

4    Q    All right.  You said that Susie seemed to know what she

5    was doing?

6    A    Yeah, she had -- you know, she had -- she knew what she

7    was doing as far as the medical -- seemed like she did, I

8    guess I should say, with the medical forms, and she told us

9    that we gotta start drug testing the patients, you know.

10   Q    Did you find out where she had been employed prior to

11   South Florida Pain?

12   A    I don't know.  Chris hired her.  I don't know.

13   Q    Was she a nurse?

14   A    I have no idea.  I don't think so, no.

15   Q    Now, you made reference to the forms.  What forms are you

16   referring to?

17   A    The application that the -- the forms that the patient

18   would fill out about themselves, the HIPA forms, and then also

19   the forms that the doctors would fill out while they did their

20   examination.

21   Q    And did you have any personal interaction in supplying

22   those forms?

23   A    Yeah.

24   Q    Tell us about it.

25   A    I mean, how it started was Chris and I went to another

```
 1   clinic and pretended to be patients and took their forms and
 2   walked out the door and just put our name on top of it.
 3   That's how they started.
 4   Q   And what type of clinic did you go to?
 5   A   Another pain management clinic.
 6   Q   Did it seem to be similar in appearance to yours?
 7           MR. SCLAFANI:  Objection, Your Honor, relevance.
 8           THE COURT:  Sustained.
 9   BY MR. SCHWARTZ:
10   Q   Okay.  Go ahead.
11           So you changed the names.  What else did you do?
12   A   That's about it.
13   Q   Did any medical professional ever review these forms?
14   A   No.
15   Q   You mentioned something about other doctors being
16   employed, correct?
17   A   Yes.
18           MR. WEINSTEIN:  Judge, I'm objecting.  I'm going to
19   move to strike that last answer.  That's speculation.  He
20   doesn't know whether or not someone reviewed it.  It's also
21   vague.
22           THE COURT:  Overruled.
23   BY MR. SCHWARTZ:
24   Q   Go ahead, please, regarding the employ of the doctors.
25   A   Yeah, Dr. Gittens and Dr. -- it was either Dr. Enoch
```

```
 1    Joseph or Joseph Enoch.  I don't really recall.
 2    Q   Do you know by what means they found that job?
 3    A   I think Craigslist.  I can't say for a hundred percent
 4    positive, but that's how we got the rest of the doctors I
 5    know.
 6    Q   What do you know about Craigslist?  What is it?
 7    A   It's an advertisement website for if you want to sell
 8    something, buy something, employment.  It's like a
 9    classifieds.
10    Q   Have you personally been on that website?
11    A   Yeah.  I was the one who told Chris about it.  We used it
12    to sell the houses in North Port.
13    Q   At the time you told Chris George about it, had you ever
14    seen physicians' jobs being listed there?
15    A   No, but I never would imagine to look at it up until that
16    point.
17    Q   Now, who was this person?  You said Rachel Gittens?
18    A   Yes.
19    Q   Tell us about her.
20    A   Young lady.  She was from New York.  Her and her
21    brother -- she took the job, was hired from New York, she came
22    down with her brother, and she got a place.  Her brother
23    stayed for a while while they got all of her medical paperwork
24    as far as licensing and everything like that in order.  Nice
25    lady.  We got her prescription pads, got her set up so Chris
```

```
 1    could order the medication with her DEA license.

 2    Q    Was that part of the hiring process?

 3    A    Yeah.

 4    Q    Were you present for any of the hiring of any doctors?

 5    A    For -- no, I wasn't there for Gittens.  Let me see.

 6          Yeah, the only person I was like actually, down the

 7    road, I actually interviewed one doctor, but as far as being

 8    there for the actual interview process and stuff like that,

 9    no, I was doing other things.

10    Q    All right.  Do you know anything -- well, did you have

11    discussions with this Dr. Gittens?

12    A    Oh, sure, all the time.

13    Q    Do you know what type of doctor she was?

14    A    No idea.

15    Q    Tell us again what would be the business model regarding

16    this Dr. Gittens?  What was expected?

17    A    She actually brought in to where she wanted an MRI.  She's

18    the one who wanted the patient to have an MRI or some type of

19    paperwork showing that they had pain.  The model was that

20    people came in with pain and they got pain medication.  That's

21    the long and short of it.

22    Q    When you say people came in with pain, do you know that?

23    A    Their paperwork said they had it.

24    Q    Well, what'd the paperwork say?

25    A    Actually, you know what, I can't say that.  Their
```

```
 1    paperwork showed something wrong with them.  Their MRI showed
 2    something wrong with them.  There's no way for me to tell if
 3    they had pain or not.
 4    Q    And you were there every day thereafter?
 5    A    Every day thereafter.
 6    Q    Were you aware of Dr. Gittens ever contacting any other
 7    doctors regarding these MRIs or anything regarding these
 8    patients?
 9    A    The only people that would be contacted would be an MRI
10    clinic trying to -- or MRI office trying to get a copy of the
11    MRI that the patient just received.
12    Q    For what reason?
13    A    So they could be seen and get their medication.
14    Q    What was the point of calling the MRI facility?
15    A    Well, they would show up~-- the patients would show up and
16    want to be seen, and I would be working at the front desk at
17    the time, and I would say, do you have an MRI?  And they would
18    say, oh no, I need one?  I'd say, yeah, let me set you up with
19    an appointment to get an MRI.  Then they would go get the MRI
20    and come back.  So if it hadn't come across the fax yet, then
21    I would call over there to see if I could get it.
22    Q    Well, who set the rule that you need an MRI as opposed to
23    a CAT scan, x-ray, myelogram or anything else?
24    A    I guess that would be me.
25    Q    And had you had any medical training regarding MRIs?
```

1    A    No.

2    Q    Had you ever had an MRI?

3    A    No.

4    Q    Why were you requiring an MRI?

5    A    Honestly, at the time it's because that's what the doctor

6    said.  I didn't even -- I couldn't even -- I don't even know

7    what they are.  Didn't even know what they are at the time.

8    Q    And where were you sending people for these MRIs?

9    A    At that time it was Plantation MRI.

10   Q    Did you have any business relationship with them?

11   A    I believe Dr. Overstreet did.  So they stayed once he was

12   gone.

13   Q    A person would come in, did not have an MRI, you would ask

14   them, correct?

15   A    Yes.

16   Q    And if they didn't, physically, what would you give them?

17   How would they get an MRI?

18   A    Dr. Gittens or Dr. Joseph gave me a blank -- pad of blank

19   prescriptions that were signed, and I would just write MRI of

20   whatever.  If they said their lower back hurt, I would write

21   MRI of lumbar or their neck MRI, whatever they said hurt, rip

22   it off and give it to them.

23   Q    So you were drafting the prescriptions?

24   A    Yes.

25   Q    Now, were there any other diagnostic tests recommended to

```
 1   these people?

 2   A    No.

 3   Q    Did these people first see the doctor to determine what

 4   part of the body they should have a test on?

 5   A    Me.

 6   Q    And the doctors gave you pre-signed prescription pads?

 7   A    Yes.

 8   Q    Okay.  And how long did it take these people to get MRIs?

 9   A    At the time, there was a three-day turnaround.

10   Q    And what was it costing them, do you know?

11   A    $240.

12   Q    All right.  So people come in.  Where would they be coming

13   in from?  What area of the country?

14   A    Kentucky, West Virginia, Tennessee, Louisiana.

15   Q    Did you ever ask any of these individuals why they drove a

16   thousand miles to South Florida Pain?

17             MR. WEINSTEIN:  Objection, hearsay.

18             THE COURT:  Sustained.

19   BY MR. SCHWARTZ:

20   Q    Did South Florida Pain have a bathroom that the patients

21   could use?

22   A    Yes.

23   Q    And tell us about that.

24   A    It was just like, it was a small little bathroom with a

25   toilet, a shower, and a sink.
```

```
 1   Q    And did the number of patients increase over time?
 2   A    Yeah, you know, I would say we would go another 10 a day
 3   every week.  So one week we'd see 30 a day, the next week we
 4   would see 40 every day.
 5   Q    And let's stay with South Florida Pain.  What was the most
 6   patients that you're aware of that visited there in any one
 7   day?
 8   A    Well, South Florida Pain at the Oakland Park residence?
 9   Q    Yes.
10   A    Residence, location.
11        We got up to about 80.
12   Q    Eighty a day?
13   A    Yeah, before we moved.
14   Q    So when you would drive there in the morning, what would
15   you see?
16   A    When I got there in the morning, there would be up to 60
17   people standing at the front door.  Well, they would be
18   meandering around until I pulled up, and then when I pulled up
19   they would snap into a single file line in front of the door,
20   waiting for us to open up.
21   Q    And, again, what was the physical description of these
22   people?
23   A    They looked like they had just driven all night.
24   Q    And how large was the waiting room at South Florida Pain?
25   A    It wasn't big.  I would say the size of the area where
```

```
 1    just the pews are out there.

 2    Q    And do you recall how many chairs you had?

 3    A    Fifty.

 4    Q    Now, referring your attention to the waiting room at South

 5    Florida Pain.  Can you tell us the physical mannerisms or

 6    activities of the people that you observed?

 7    A    You know, the people out there were -- they had the --

 8    they were showing the symptoms of the medication they were on.

 9    They were scratching their necks, shaking, bloodshot eyes,

10    falling asleep.

11    Q    What about their ability to be mobile, to walk around, to

12    move?

13    A    They were fine.  They could move around.

14    Q    All right.  So you had, then, two doctors on staff,

15    correct?

16    A    Yeah.  And, you know, we would -- we always had one that

17    was, like, he would come there at 4:00 o'clock or 5:00 o'clock

18    when we were -- you know, it'd get to be 5:00 o'clock in the

19    afternoon, we still have 20 patients, 30 patients to see, we'd

20    bring one in to work for the last couple hours.  Some nights

21    we worked 'til 2:00 o'clock in the morning.

22    Q    And you had patients coming into a doctor's office or

23    what's allegedly a doctor's office at 2:00 in the morning?

24    A    Yes, sir.

25    Q    And did the parking lot at some point become inadequate?
```

```
 1    A    I mean it was pretty much inadequate from the second week.
 2    Q    Did any doctor who worked in South Florida Pain ever
 3    request that you produce the actual MRI film that went with
 4    the piece of paper?
 5    A    No.
 6    Q    Did you ever see any scripts or letters or any
 7    correspondence referring people out to specialists?
 8    A    No.
 9    Q    Was anything done there other than people coming in with
10    MRI report and obtaining narcotics?
11    A    No.
12            MR. SCHWARTZ:  Should we continue, Your Honor?
13            THE COURT:  Well, if you're at a breaking point?
14            MR. SCHWARTZ:  Yes, sir.
15            THE COURT:  All right.  Ladies and gentlemen, we're
16    going to recess for the evening.  Again, thank you for your
17    cooperation.  Please avoid any news media or reports about the
18    case, leave all your notes and everything, and we'll see you
19    tomorrow morning at 9:00.  Have a pleasant evening.  Thank you
20    very much.
21        (The jury exits the courtroom.)
22            THE COURT:  All right.  Mr. Nolan, don't discuss your
23    testimony with anyone.  If anyone asks you about your
24    testimony, I would like you to report that to me tomorrow.  If
25    anyone approaches you and says, hey, what did you testify
```

1     about, if you would let us know.  Appreciate it.

2           All right.  Thank you.  Have a nice evening.  We'll

3     see you tomorrow morning.

4           Anything we need to discuss?

5           MR. LaVECCHIO:  Your Honor, you had indicated earlier

6     today that there was some issue with the exhibit list that we

7     had provided to you?

8           THE COURT:  Well, I got the new one, so I'm using the

9     new one.

10          MR. LaVECCHIO:  Very good.  Thank you.

11          THE COURT:  All right.  Thank you.  Thanks for

12    getting the corrected one to me.

13          All right.  We'll see you tomorrow at 9:00.  Have a

14    nice evening.  Thank you.

15          MR. SCHWARTZ:  Thank you, Your Honor.

16          MR. SCLAFANI:  Thank you, Judge.

17    * * * * * * * * *

18

19

20

21

22

23

24

25

```
1                        * * * * *

2                      I N D E X

3  Testimony of Derick Nolan

4          Direct by Mr. Schwartz                4

5                       * * * * *

6                   E X H I B I T S

7  (None.)

8                        * * * * *

9                     CERTIFICATE

10      I, Stephen W. Franklin, Registered Merit Reporter, and

11  Certified Realtime Reporter, certify that the foregoing is a

12  correct transcript from the record of proceedings in the

13  above-entitled matter.

14      Dated this 16th day of JULY, 2013.

15

16      /s/Stephen W. Franklin
        _____
17      Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```

**$**

$240 [1]  34/11

**'**

'96 [1]  8/19
'til [5]  7/24 8/21 22/16 22/16 36/21

**-**

-and [1]  2/4
-v [1]  1/5

**/**

/s/Stephen [1]  39/16

**1**

10 [3]  21/16 22/22 35/2
10-80149-CR-MARRA [1]  1/2
11 [1]  1/8
110 [1]  2/8
11217 [1]  2/6
12 [1]  2/3
15 [1]  22/22
168 [1]  7/8
16th [1]  39/14
1970 [1]  2/8
1996 [1]  8/19

**2**

20 [2]  21/16 36/19
2001 [4]  8/21 9/19 10/8 10/10
2003 [1]  4/18
2004 [2]  10/8 10/10
2005 [1]  10/25
2005-2006 [1]  11/1
2006 [3]  10/25 11/1 14/1
2007 [2]  12/11 16/11
2008 [2]  13/9 13/11
2013 [2]  1/8 39/14
25 [1]  26/9
2:00 in [1]  36/23
2:00 o'clock [1]  36/21

**3**

30 [3]  26/9 35/3 36/19
33301 [2]  2/3 2/9
33394 [1]  1/18
33401 [1]  1/22
35 [2]  7/16 7/19
3768 [1]  1/21

**4**

40 [1]  35/4
4:00 o'clock [1]  36/17
4:10 [1]  3/11
4:17 [1]  3/11

**5**

50,000 [1]  28/3
500 [1]  1/17
514-3768 [1]  1/21
560 [1]  2/5
561 [1]  1/21
5:00 o'clock [2]  36/17 36/18

**6**

60 [1]  35/16
610 [1]  2/3
6th [1]  2/8

**7**

701 [1]  1/21
7K [1]  2/5
7th [2]  1/18 2/3

**8**

80 [1]  35/11

**9**

9 feet [1]  23/2
9:00 [2]  37/19 38/13

**A**

ability [1]  36/11
able [2]  22/21 23/23
above [1]  39/13
above-entitled [1]  39/13
Absolutely [2]  7/13 11/10
according [1]  27/18
across [1]  32/20
acting [1]  23/6
activities [2]  5/22 36/6
actual [4]  9/13 25/9 31/8 37/3
actually [5]  24/4 31/6 31/7 31/17 31/25
admonish [1]  14/19
advertisement [1]  30/7
after [13]  3/11 3/19 8/10 8/19 9/3 9/4 15/22
   21/10 24/2 24/25 26/6 26/8 26/8
afternoon [2]  3/13 36/19
again [6]  3/13 13/3 14/20 31/15 35/21 37/16
age [1]  4/9
agree [1]  14/18
agreement [2]  6/6 6/11
ahead [2]  29/10 29/24
ahold [1]  23/23
All's [1]  16/9
allegedly [1]  36/23
alone [1]  5/15
along [2]  26/20 26/24
also [4]  12/7 21/25 28/18 29/20
always [1]  36/16
AMERICA [1]  1/3
American [1]  5/23
Americans [2]  26/11 26/13
amount [1]  28/1
another [6]  11/18 13/12 14/2 28/25 29/5 35/2
answer [2]  15/15 29/19
anxiety [1]  27/14
any [36]
anybody [1]  23/23
anyone [3]  37/23 37/23 37/25
anything [20]
anywhere [1]  14/23
aol.com [1]  1/22
apartment [1]  26/20
Appalachian [3]  26/11 26/12 26/13
appearance [3]  24/13 26/10 29/6
Appearances [3]  1/15 1/19 2/1
application [2]  25/12 28/17
appointment [1]  32/19
Appreciate [1]  38/1
approaches [1]  37/25
approximately [2]  13/8 19/8
area [8]  12/6 12/7 12/8 12/10 12/20 22/23
   34/13 35/25
areas [1]  12/8
around [6]  6/24 24/7 35/18 36/11 36/13
arrested [2]  4/18 13/4
arrive [1]  26/7

arrogant [1]  25/1
Aruta [1]  5/20
ask [5]  14/24 15/5 19/19 33/13 34/15
asked [5]  7/22 12/10 12/11 16/14 24/8
asks [1]  37/23
asleep [1]  36/10
aspired [1]  19/16
assist [3]  16/14 16/22 17/14
assistants [1]  22/3
Associates [1]  2/7
assume [1]  14/13
attempt [1]  25/22
attention [2]  9/19 36/4
attorney [1]  25/14
Attorney's [2]  1/17 6/19
August [1]  12/11
AUSA [2]  1/16 1/16
automatically [1]  11/20
avoid [1]  37/17
aware [3]  14/13 32/6 35/6
away [1]  14/17

**B**

back [16]
background [1]  13/24
backyard [1]  26/21
bang [1]  17/19
bang-up [1]  17/19
basically [1]  9/14
basis [2]  19/17 26/7
bathroom [2]  34/20 34/24
Baumhoff [1]  5/18
Beach [6]  1/8 1/22 4/16 8/23 9/9 13/6
Beau [1]  5/19
became [3]  10/3 10/5 12/1
because [3]  14/9 14/20 33/5
become [1]  36/25
before [4]  1/13 19/2 20/10 35/13
begin [1]  20/11
beginning [1]  12/6
being [4]  26/8 29/15 30/14 31/7
believe [2]  12/1 33/11
better [1]  24/7
between [2]  10/8 21/16
big [3]  14/2 19/13 35/25
bills [1]  11/5
Binghamton [2]  4/12 9/1
bind [4]  23/18 23/24 33/18 33/18
bloodshot [1]  36/9
blurt [1]  14/25
Board [1]  23/21
body [1]  34/4
born [2]  4/11 8/25
Boshers [1]  5/19
boss [2]  12/17 12/17
both [4]  3/14 4/1 9/18 9/18
bottle [1]  23/16
Boulevard [2]  1/17 16/21
boxes [1]  25/17
breaking [1]  37/13
bring [6]  3/18 11/18 15/21 22/17 23/17 36/20
Brooklyn [1]  2/6
brother [6]  10/18 10/19 13/25 30/21 30/22
   30/22
brought [2]  3/7 31/17
Broward [1]  1/17
Buckeye [2]  8/19 9/4
build [5]  9/8 10/17 11/20 13/16 19/8
building [8]  9/13 12/25 13/12 16/15 18/8
   19/12 26/20 26/21

**B**

built [3]  9/7 9/25 11/21
bunch [1]  5/21
business [13]  10/2 11/4 11/8 11/9 11/15
 13/12 13/20 15/11 17/5 18/3 19/22 31/15
 33/10
buy [1]  30/8

**C**

CADET [3]  1/6 2/2 5/20
called [1]  18/21
calling [1]  32/14
Calls [1]  19/4
came [9]  16/13 19/22 23/21 25/10 25/11
 27/13 30/21 31/20 31/22
can't [2]  30/3 31/25
Candy [2]  18/21 18/22
capacity [2]  6/13 23/6
car [1]  25/7
card [2]  23/4 26/5
careful [1]  14/9
carpet [1]  11/6
cars [2]  26/24 27/5
case [4]  1/2 3/6 15/8 37/18
Cash [1]  26/5
CASTRONUOVO [2]  1/7 2/7
CAT [1]  32/23
caused [1]  11/15
cellphone [1]  16/23
CERTIFICATE [1]  39/9
Certified [1]  39/11
certify [1]  39/11
chair [1]  23/5
chairs [1]  36/2
changed [1]  29/11
charge [1]  6/1
charged [2]  5/7 5/15
charges [4]  5/22 5/25 7/2 7/5
chart [2]  23/15 23/19
cheapest [2]  17/25 18/1
Chris [22]
Chris' [1]  20/5
Christopher [11]  9/21 10/20 10/21 11/2
 13/15 13/19 13/23 16/5 16/13 18/14 27/20
classifieds [1]  30/9
Clematis [1]  1/21
client [3]  14/7 14/10 14/12
clinic [11]  13/25 14/1 15/11 16/15 16/20
 19/14 26/3 29/1 29/4 29/5 32/10
clinics [3]  16/16 16/18 27/15
closet [1]  23/2
closing [1]  12/8
coast [1]  12/12
cocky [1]  24/23
college [1]  8/10
coming [3]  34/12 36/22 37/9
company [4]  9/6 9/10 11/7 11/18
competition [1]  10/16
competitors [1]  10/16
concerned [1]  14/25
concluded [1]  15/4
conference [1]  15/4
construction [8]  9/7 11/3 11/17 17/15 19/11
 19/15 21/10 24/8
contacted [3]  13/15 13/19 32/9
contacting [1]  32/6
contacts [2]  22/9 22/11
continue [3]  11/23 16/2 37/12
Continued [2]  1/19 2/1

contract [1]  11/20
contracting [1]  9/14
contractors [1]  9/14
controlled [1]  25/20
conversation [1]  13/20
convicted [2]  6/3 27/22
conviction [1]  16/8
convictions [2]  4/22 4/25
cooperate [2]  6/12 7/1
cooperation [1]  37/7
copy [2]  21/20 32/10
correct [7]  19/23 22/24 27/22 29/16 33/14
 36/15 39/12
corrected [1]  38/12
Correctional [1]  4/14
correspondence [1]  37/7
Costco [1]  23/3
costing [1]  34/10
couldn't [2]  10/22 33/6
counsel [2]  3/15 6/8
count [1]  14/9
country [2]  25/19 34/13
County [1]  4/16
couple [3]  4/19 11/14 36/20
COURT [2]  1/1 1/21
Courthouse [1]  2/2
courtroom [5]  3/9 3/19 15/9 15/22 37/21
cover [1]  11/5
CPE [1]  1/20
CR [1]  1/2
Craigslist [2]  30/3 30/6
crashed [1]  11/16
credit [2]  25/13 26/5
criminal [3]  4/17 5/8 16/6
CRR [2]  1/20 39/17
CT [1]  22/18
current [1]  4/13
cutting [1]  19/18
CYNTHIA [1]  1/6

**D**

D-e-r-i-k [1]  4/3
daily [2]  19/17 26/7
Daryl [1]  5/18
date [1]  10/23
Dated [1]  39/14
days [1]  24/3
DEA [2]  25/13 31/1
deals [2]  25/6
debriefed [1]  6/18
deed [1]  11/24
deep [1]  32/2
DEFENDANT [2]  2/2 2/7
defendants [2]  1/8 3/14
definitively [1]  7/19
Denice [1]  5/19
DERICK [3]  1/11 3/3 39/3
Derik [2]  3/25 4/3
describe [3]  10/4 17/21 26/10
description [1]  35/21
desk [2]  23/17 32/16
determine [1]  34/3
develop [1]  10/24
Development [1]  9/7
diagnostic [1]  33/25
Diana [1]  5/19
Dianna [6]  20/3 20/4 21/14 21/24 23/7 24/6
didn't [13]  17/23 18/8 20/1 21/8 22/17 23/12
 23/20 24/9 24/21 25/2 33/6 33/7 33/16
died [2]  24/18 27/17

diligence [1]  25/23
Direct [2]  4/7 39/4
direction [1]  11/18
discuss [4]  3/6 15/7 37/22 38/4
discussed [1]  7/1
discussions [1]  31/11
dispensing [1]  22/23
disposed [1]  5/25
DISTRICT [3]  1/1 1/1 1/14
Djata [1]  2/5
doctor [10]  18/7 18/10 18/12 21/22 23/12
 31/7 31/13 33/5 34/3 37/2
doctor's [3]  25/13 36/2 36/23
doctors [11]  17/7 18/5 22/9 28/19 29/15
 29/24 30/4 31/4 32/7 34/6 36/14
does [1]  14/20
doesn't [2]  14/11 29/20
doing [5]  19/19 24/8 28/5 28/7 31/9
don't [18]
done [2]  18/1 37/9
door [3]  29/2 35/17 35/19
doors [1]  16/25
down [7]  12/7 16/24 16/24 23/12 23/20 30/22
 31/6
Dr [1]  29/25
Dr. [19]
Dr. Cadet [1]  5/20
Dr. Enoch [1]  29/25
Dr. Gittens [5]  29/25 31/11 31/16 32/6 33/18
Dr. Joseph [1]  33/18
Dr. Overstreet [10]  19/1 20/3 20/9 21/17
 22/20 24/15 24/19 27/17 27/18 33/11
Dr. Rachel [1]  24/4
drafting [1]  33/23
draftsman [1]  10/18
Dreszer [2]  5/20 5/20
drive [1]  35/14
driven [1]  35/23
driver's [2]  21/20 24/9
driving [5]  4/19 4/21 5/1 13/4 20/11
dropped [1]  4/18
drove [1]  34/15
drug [2]  5/11 28/9
drugs [1]  25/10
drywall [1]  19/18
drywalled [1]  16/24
due [1]  25/23
DUI [1]  4/18
during [4]  10/10 15/11 19/11 19/15

**E**

E-mail [1]  1/22
earlier [1]  38/5
east [2]  1/17 27/1
education [1]  8/9
eight [2]  6/24 16/9
Eighty [1]  35/12
either [4]  11/2 18/14 21/23 29/25
else [3]  21/24 29/11 32/23
employ [1]  29/24
employed [7]  12/1 19/1 19/25 20/9 22/1
 28/10 29/16
employment [5]  8/14 8/17 20/12 20/13 30/8
end [1]  14/22
enforcement [1]  6/18
Enoch [5]  24/4 24/4 24/5 29/25 30/1
enters [2]  3/19 15/22
entire [1]  11/22
entitled [1]  39/13
especially [1]  8/6

**E**

ESQ [3] 2/2 2/5 2/7
Ethan [1] 5/18
even [8] 23/7 23/12 23/12 23/20 33/6 33/6
33/6 33/7
even -- I [1] 33/6
evening [4] 37/16 37/19 38/2 38/14
ever [9] 5/7 27/2 29/13 30/13 32/6 33/2 34/15
37/2 37/6
every [5] 24/10 32/4 32/5 35/3 35/4
everybody [1] 18/25
everyone [2] 3/21 16/1
everything [7] 10/5 11/6 11/25 17/24 27/16
30/24 37/18
exact [1] 10/22
examination [4] 4/7 28/20
except [1] 6/1
Executive [1] 5/23
exhibit [3] 38/6
exits [3] 3/9 15/9 37/21
expected [1] 31/16
experience [1] 23/8
eyes [1] 36/9

**F**

facilities [1] 19/2
facility [4] 17/12 17/17 26/17 32/14
fact [1] 7/3
falling [2] 11/16 36/10
family [1] 10/13
far [3] 28/7 30/24 31/7
father [2] 10/15 10/18
father's [1] 11/7
fax [1] 32/20
federal [2] 4/14 5/7
feel [1] 15/14
feet [2] 23/2 23/3
felon [1] 27/22
felony [2] 4/25 5/1
felt [2] 24/7 24/7
fence [1] 26/24
fenced [1] 26/22
few [3] 3/10 5/11 23/7
field [2] 9/13 9/14
Fifty [1] 36/3
file [3] 7/16 7/18 35/19
files [2] 23/21 23/21
fill [10] 21/18 21/20 21/23 21/23 21/24 23/17
25/12 25/16 28/18 28/19
film [1] 37/3
fine [1] 36/13
finish [2] 7/24 14/19
finished [1] 13/6
first [16]
fit [1] 26/23
five [2] 4/10 26/25
FL [3] 1/18 2/3 2/9
Floor [1] 1/18
FLORIDA [17]
folder [1] 21/21
following [4] 3/12 3/19 14/6 15/22
foregoing [1] 39/11
form [4] 3/7 21/18 21/20 25/12
forms [10] 25/17 28/8 28/15 28/15 28/17
28/18 28/19 28/22 29/1 29/13
Fort [3] 1/18 2/3 2/9
forthcoming [1] 7/1
found [2] 25/11 30/2
four [4] 20/21 26/18 26/25 27/1

fours [1] 19/18
fourth [1] 24/2
Franklin [4] 1/20 39/10 39/16 39/17
freshly [1] 27/16
friends [4] 10/3 10/4 10/6 25/5
front [5] 23/17 26/18 32/16 35/17 35/19
full [3] 20/14 24/9 26/8
full-time [3] 20/14 24/9 26/8
fun [1] 21/6
funding [1] 11/21
further [1] 23/12

**G**

gangster [1] 24/24
gave [3] 18/25 33/18 34/6
general [1] 24/12
gentlemen [5] 3/4 3/22 15/5 15/25 37/15
George [21]
George's [4] 10/13 13/23 16/5 20/5
getting [2] 15/19 38/12
Gittens [8] 24/4 29/25 30/17 31/5 31/11
31/16 32/6 33/18
give [3] 6/17 33/16 33/22
going [12] 14/2 14/24 17/7 17/8 17/8 17/9
19/12 23/12 24/3 25/24 29/18 37/16
gone [2] 22/14 33/12
good [3] 3/13 10/5 38/10
got [20]
gotta [1] 28/9
GOVERNMENT [5] 1/4 1/16 6/12 7/16 7/18
Government's [1] 3/25
graduated [1] 9/3
great [2] 20/15 24/11
guess [7] 10/15 12/8 17/19 20/19 26/14 28/8
32/24
guilty [4] 6/4 6/5 7/2 7/3
gun [1] 23/3
guy [1] 25/17

**H**

hadn't [1] 32/20
Haggerty [1] 5/19
half [2] 23/2 24/16
hammer [1] 9/16
hand [4] 3/24 9/17 25/8 28/1
Haney [1] 17/2
hanging [2] 10/9 19/18
happen [1] 17/2
happened [2] 6/2 14/15
happens [1] 20/18
having [3] 3/6 23/25 24/6
he's [1] 14/14
Health [1] 23/21
heard [2] 16/18 21/5
hearing [1] 21/4
hearsay [3] 19/4 19/5 34/17
held [1] 14/6
help [2] 13/16 17/3
here [6] 3/5 3/8 7/10 8/1 20/16 20/17
hey [2] 20/14 37/25
high [3] 8/10 8/19 9/3
highest [1] 8/9
hillbilly [1] 26/14
hillbilly-looking [1] 26/14
himself [1] 18/14
HIPA [1] 28/18
hired [3] 17/2 28/12 30/21
hiring [2] 31/2 31/4
historically [1] 14/14
history [2] 4/17 16/6

Hobe [1] 12/9
home [2] 11/23 11/24
homeowner [1] 11/21
homes [9] 9/25 10/15 10/17 11/6 12/2 12/6
12/17 12/18 12/25
Honestly [1] 33/5
Honor [8] 3/3 3/17 8/5 14/18 29/7 37/12 38/5
38/15
HONORABLE [1] 1/13
hoping [2] 7/12 8/3
hospitals [1] 22/11
hours [1] 36/20
house [2] 11/5 11/22
houses [6] 9/7 9/8 9/13 11/20 11/24 30/12
HRT [1] 13/25
Hudson [1] 5/19
hundred [2] 11/14 30/3
hurricane [3] 9/25 10/12 13/13
hurt [2] 33/20 33/21

**I**

I'd [2] 20/21 21/7 32/18
I'll [1] 20/17
I'm [9] 14/11 14/24 14/25 18/16 25/24 26/12
29/18 29/18 38/8
idea [2] 28/14 31/14
imagine [1] 30/15
impression [2] 24/19 24/20
inadequate [2] 36/25 37/1
incarcerated [2] 5/3 13/5
Including [1] 6/22
income [1] 26/13
increase [1] 35/1
indicated [1] 38/5
individual [1] 27/9
individuals [2] 9/20 34/15
information [4] 6/17 6/17 17/11 23/15
inspection [1] 25/22
installed [1] 10/12
installing [1] 13/12
interaction [3] 21/2 23/25 28/21
interior [1] 17/17
Internet [1] 25/12
interruption [1] 15/24
interview [1] 31/8
interviewed [1] 31/7
invested [1] 9/6
involved [2] 6/19 13/14
isn't [1] 20/15
issue [1] 38/6
it'd [1] 36/18
it's [4] 29/20 30/7 30/8 33/5

**J**

Jacob [1] 5/20
Jacuzzi [1] 26/22
jail [3] 4/16 13/7 16/7
January [2] 13/9 13/10
Jeff [8] 3/5 3/8 9/21 9/24 10/10 10/13 11/2
13/25 14/8
Jessie [1] 2/5
job [9] 9/4 11/6 13/5 17/19 20/14 21/9 27/13
30/2 30/21
jobs [1] 30/14
John [2] 12/15 12/16
JOSEPH [6] 1/7 24/5 24/5 30/1 30/1 33/18
JUDGE [6] 1/14 14/4 15/16 25/24 29/18
38/16
JULY [1] 39/14
June [1] 1/8

## J

jurors [1]  3/18
jury [10]  1/12 3/5 3/9 3/19 15/1 15/6 15/9
15/21 15/22 37/21
just [30]

## K

KENNETH [1]  1/13
Kentucky [2]  26/14 34/14
kicked [2]  6/22 6/25
kind [3]  17/19 25/5 27/17
kinda [2]  12/8 21/14
King [2]  9/24 10/12
knew [5]  13/25 16/7 16/9 27/15 28/6
know [49]

## L

label [2]  23/5 23/16
ladies [5]  3/4 3/22 15/5 15/24 37/15
lady [3]  27/13 30/20 30/25
laptop [1]  23/5
large [1]  35/24
last [4]  4/2 8/20 29/19 36/20
Lauderdale [3]  1/18 2/3 2/9
laundering [1]  5/11
LaVecchio [1]  1/16
law [2]  5/8 6/18
Lawrence [1]  1/16
leading [1]  8/5
learn [2]  18/3 25/10
learning [2]  27/17 27/19
leave [2]  24/17 37/18
left [2]  11/3 17/18
legitimate [1]  8/16
let [3]  31/5 32/18 38/1
let's [7]  3/18 8/16 11/1 13/18 20/11 21/9 35/5
letters [1]  37/6
level [2]  8/9 16/8
license [9]  4/19 4/21 5/1 13/3 13/4 21/21
24/10 27/4 31/1
licensing [1]  30/24
life [1]  27/15
liked [1]  24/6
line [2]  25/13 35/19
list [1]  38/6
listed [1]  30/14
literally [1]  21/9
little [5]  9/18 21/13 23/4 23/5 34/24
lived [1]  26/21
living [2]  10/11 13/10
local [2]  25/15
located [1]  16/20
location [1]  35/10
long [8]  5/5 8/20 13/14 17/14 22/20 24/15
31/21 34/8
looked [2]  17/23 35/23
looking [2]  26/14 27/13
lose [1]  11/15
losing [1]  11/8
lost [4]  11/4 11/5 11/24 13/5
lot [3]  21/15 24/24 36/25
lots [2]  11/12 11/13
Louisiana [2]  4/14 34/14
lower [3]  8/3 26/13 33/20
Loxahatchee [3]  9/9 10/17 12/10
Lucie [3]  9/9 12/6 12/9
lumbar [1]  33/21

## M

mail [1]  1/22

Majestic [7]  10/15 11/6 12/1 12/6 12/17
12/18 13/5
making [2]  11/11 14/11
man [3]  18/21 18/22 20/14
management [4]  13/16 27/14 27/14 29/5
manager [1]  12/20
mannerisms [1]  36/5
market [1]  11/16
MARRA [2]  1/2 1/13
material [1]  17/25
matter [1]  39/13
maybe [9]  7/20 14/19 14/22 20/21 21/5 21/16
23/2 26/19 26/23
me [30]
mean [12]  6/13 6/25 10/8 17/18 17/21 17/23
18/5 23/7 23/20 25/3 28/25 37/1
meandering [1]  35/18
means [1]  30/2
media [1]  37/17
medical [9]  14/2 19/2 21/19 22/7 28/7 28/8
29/13 30/23 32/25
medication [10]  17/9 18/6 20/16 20/24 23/4
25/14 31/1 31/20 32/13 36/8
meet [1]  10/21
mention [2]  15/10 15/15
mentioned [3]  20/24 24/6 29/15
Merit [1]  39/10
met [4]  9/20 10/1 18/10 27/9
method [1]  26/3
Michael [3]  2/2 5/20 18/13
mid [1]  26/13
might [1]  14/25
miles [1]  34/16
mind [1]  20/16
minute [1]  15/6
minutes [2]  3/10 22/22
mobile [2]  16/23 36/11
model [3]  18/3 31/15 31/19
mohawk [1]  24/14
Monday [1]  25/16
money [5]  5/11 11/11 11/12 11/13 20/16
month [5]  13/15 24/16 26/6 26/8 26/8
months [3]  5/6 7/8 16/9
morning [6]  35/14 35/16 36/21 36/23 37/19
38/3
most [1]  35/5
motion [1]  14/11
move [6]  9/2 12/11 12/21 29/19 36/12 36/13
moved [2]  13/6 35/13
moving [1]  37/4
Mr [1]  39/4
Mr. [2]  15/10 37/22
Mr. Nolan [2]  15/10 37/22
MRI [22]
MRIs [6]  22/13 22/18 32/7 32/25 33/8 34/8
much [4]  19/17 27/15 37/1 37/20
myelogram [1]  32/23
myself [2]  27/20 27/21

## N

N-o-l-a-n [1]  4/3
name [6]  4/1 9/20 23/13 23/22 27/10 29/2
names [3]  4/2 5/17 29/11
narcotics [2]  25/9 37/10
neck [1]  33/21
necks [1]  36/9
need [7]  6/14 6/16 6/17 15/16 32/18 32/22
38/4
needed [1]  22/15
neighbor [1]  27/1

neighborhood [1]  20/15
never [4]  11/21 11/22 27/2 30/15
new [6]  4/12 9/1 30/20 30/21 38/8 38/9
news [1]  37/17
next [4]  3/2 20/20 22/18 35/3
nice [4]  17/24 30/24 38/2 38/14
night [1]  35/23
nights [1]  36/20
no [41]
nobody [2]  20/23 27/2
nobody's [1]  23/22
NOLAN [7]  1/11 3/3 3/25 4/3 15/10 37/22
39/3
None [1]  39/7
North [4]  12/11 12/21 12/23 30/12
notes [1]  37/18
nothing [3]  14/8 20/18 20/22
number [2]  25/13 35/1
nurse [1]  28/13
nurses [1]  22/1
NY [1]  2/6

## O

o'clock [4]  36/17 36/17 36/18 36/21
Oakdale [2]  4/14 4/14
Oakland [3]  13/17 16/21 19/14 35/8
object [1]  25/24
objecting [1]  29/18
Objection [4]  8/5 19/4 29/7 34/17
obligation [1]  6/10
observe [2]  20/12 22/21
observed [1]  36/6
obtaining [1]  37/10
occasion [4]  12/21 13/1 19/15 27/4
occasions [1]  6/21
occur [1]  7/14
off [3]  25/7 26/22 33/22
office [7]  1/17 6/19 13/16 14/2 32/10 36/2
36/23
Official [1]  1/21
oh [5]  5/2 7/23 15/3 31/12 32/18
okay [9]  13/18 13/23 15/12 15/13 15/16
17/14 19/22 29/10 34/8
old [1]  16/23
once [3]  18/18 20/21 33/11
one [21]
ones [2]  5/12 6/22
only [3]  18/20 31/6 32/9
open [3]  19/19 20/19 35/20
opened [3]  13/12 19/23 20/1
operation [1]  14/8
opinions [1]  3/7
opposed [1]  32/22
order [4]  25/14 25/16 30/24 31/1
others [1]  9/16
our [2]  8/17 29/2
outside [2]  24/25 25/3
over [7]  4/19 10/8 12/12 20/20 25/14 32/21
35/1
Overruled [2]  8/7 29/22
Overstreet [16]
own [2]  11/4 11/19
owned [2]  9/24 10/15
owner [3]  9/11 12/17 26/21
Oxycontin [1]  21/4

## P

P.A [1]  2/7
p.m [2]  3/11 3/11
pad [1]  33/18

**P**

pads [2] 30/25 34/6
Page [1] 1/19
paid [1] 11/22
pain [26]
painted [1] 16/25
Palm [6] 1/8 1/22 4/16 8/23 9/9 13/6
paper [1] 37/4
paperwork [5] 30/23 31/19 31/23 31/24 32/1
Park [4] 13/17 16/21 19/14 35/8
parking [5] 26/16 26/18 26/18 26/25 36/25
partner [1] 11/17
past [2] 8/14 23/8
patient [5] 21/22 23/15 28/17 31/18 32/11
patient's [2] 23/13 23/19
patients [18]
Paul [1] 1/16
pay [1] 20/17
paying [1] 11/23
payment [1] 26/3
people [23]
people's [1] 22/16
percent [1] 30/3
period [1] 10/22
permission [1] 15/19
person [3] 30/17 31/6 33/13
personal [2] 24/20 28/21
personally [1] 30/10
personnel [1] 6/18
persons [4] 5/15 5/16 6/19 19/16
pews [1] 36/1
pharmacist [1] 23/6
pharmacy [2] 21/19 21/24
phonetic [1] 21/7
physical [4] 24/13 26/10 35/21 36/5
physically [3] 23/10 23/25 33/16
physician's [1] 22/3
physicians' [1] 30/14
pick [1] 24/10
picked [1] 23/3
piece [1] 37/4
pill [1] 23/16
pills [4] 18/25 23/16 25/17 28/1
place [6] 2/2 5/23 17/18 17/24 20/23 30/22
plans [1] 17/5
Plantation [1] 33/9
plates [1] 27/4
plea [2] 6/6 6/11
plead [1] 6/4
pleasant [1] 37/19
please [14]
pled [2] 6/5 7/2
Plumber [1] 8/13
Plumbing [2] 8/19 9/4
pocket [1] 11/22
podiatrist [1] 27/1
point [8] 11/3 16/13 24/17 25/25 30/16 32/14 36/25 37/13
pool [1] 26/22
Port [7] 9/9 12/5 12/9 12/11 12/21 12/23 30/12
position [1] 12/18
positive [1] 30/4
power [1] 25/14
pre [1] 34/6
pre-signed [1] 34/6
prescription [6] 21/23 23/11 23/13 23/19 30/25 34/6
prescriptions [7] 23/22 23/24 25/1 25/4 25/8

33/19 33/23
present [2] 3/14 31/4
pretended [1] 29/1
pretty [3] 19/17 27/15 37/1
print [1] 23/16
printer [1] 23/5
prior [3] 11/8 21/3 28/10
prison [1] 13/7
probably [5] 6/24 14/19 15/2 22/16 24/2
proceed [2] 3/16 4/5
proceedings [6] 1/12 3/12 3/20 14/6 15/23 39/12
process [2] 31/2 31/8
produce [1] 37/3
profession [1] 20/6
professional [3] 17/22 17/23 29/13
promised [1] 7/9
promises [3] 7/21 7/22 7/25
provided [2] 17/12 38/7
prudent [1] 14/19
pull [3] 23/16 26/19 26/23
pulled [2] 35/18 35/18
punch [1] 23/15
put [4] 19/13 21/21 23/16 29/2

**Q**

question [1] 15/15
questions [1] 14/24
quick [1] 17/20
quickly [1] 18/1

**R**

Rachel [2] 24/4 30/17
racketeering [2] 5/13 6/1
raise [1] 3/23
rather [1] 3/5
ray [1] 32/23
re [1] 16/24
re-drywalled [1] 16/24
ready [2] 3/16 7/1
real [4] 8/16 10/5 17/18 17/20
really [6] 14/20 20/22 21/7 21/19 25/2 30/1
Realtime [1] 39/11
reason [2] 15/14 32/12
recall [2] 30/1 36/2
receipt [2] 23/18 23/18
receive [4] 4/22 7/12 8/3 17/11
received [2] 5/1 32/11
recess [2] 3/11 37/16
recommended [1] 33/25
record [2] 3/14 39/12
records [2] 21/19 21/19 22/7
reduction [1] 7/12
reference [1] 28/15
referrals [1] 22/5
referring [9] 5/13 9/19 10/19 12/14 17/1 20/24 28/16 36/4 37/7
reframed [1] 16/24
regard [1] 37/1
regarding [7] 14/9 25/9 29/24 31/15 32/7 32/7 32/25
Registered [1] 39/10
relation [4] 5/22 6/2 7/2 26/16
relationship [5] 10/2 10/4 10/24 11/2 33/10
relevance [2] 25/25 29/7
relocate [1] 13/1
remember [5] 5/6 5/12 5/21 21/4 24/5
rented [2] 26/25 27/3
report [2] 37/10 37/24
Reporter [4] 1/20 1/21 39/10 39/11

reports [1] 37/17
represented [1] 6/8
request [1] 37/3
required [2] 21/19 22/7
requirements [1] 22/18
requiring [1] 33/4
reside [1] 4/15
residence [3] 4/13 35/8 35/10
responsibilities [1] 9/12
responsibility [1] 16/22
rest [2] 25/18 30/4
return [2] 7/9 7/25
review [1] 29/13
reviewed [1] 29/20
RICO [2] 5/11 5/13
right [20]
rip [1] 33/21
RMR [2] 1/20 39/17
road [2] 23/12 23/20 31/7
robbed [1] 20/23
Roni [1] 5/20
room [6] 3/5 15/6 20/22 21/13 35/24 36/4
roommate [1] 17/2
Roxicodone [3] 21/1 21/2 21/3
Roxicontin [1] 21/7
Roxies [1] 21/1
Royal [2] 8/23 9/9
rule [3] 7/16 7/18 32/22
running [1] 21/25

**S**

safe [2] 23/3 23/17
safer [1] 24/7
safest [1] 15/2
Saint [2] 9/9 12/5
sale [1] 11/24
same [4] 10/22 12/25 24/12 24/12
say [25]
says [1] 37/25
scan [1] 32/23
scans [1] 22/19
school [3] 8/10 8/19 9/3
Schwartz [2] 1/16 39/4
Sclafani [2] 2/7 2/7
scratching [1] 36/9
scripts [1] 37/6
seated [3] 3/13 3/22 16/1
second [2] 22/16 37/1
seeing [1] 21/15
seem [1] 29/6
seemed [3] 24/24 28/4 28/7
seen [3] 30/14 32/13 32/16
sell [4] 11/5 11/23 30/7 30/12
send [1] 15/1
sending [1] 33/8
sentence [3] 7/7 7/12 8/3
sentenced [1] 7/5
set [3] 30/25 32/18 32/22
seven [1] 6/24
several [1] 25/11
severance [1] 14/14
severed [1] 14/10
SFranklinUSDC [1] 1/22
shaking [1] 36/9
She's [1] 31/17
short [1] 31/21
shortly [2] 15/7 15/8
shot [1] 14/3
should [3] 28/8 34/4 37/12
shouldn't [1] 14/21

## S

show [3]  25/17 32/15 32/15
showed [2]  32/1 32/1
shower [1]  34/25
showing [2]  31/19 36/8
Shutter [2]  9/24 10/12
shutters [2]  9/25 10/12
shutting [1]  12/7
side [1]  21/13
sidebar [3]  14/4 14/6 15/4
sign [4]  6/6 19/11 19/13 23/14
signed [3]  25/14 33/19 34/6
similar [1]  29/6
since [1]  14/1
single [1]  35/19
sink [1]  34/25
sir [23]
sit [5]  20/17 20/21 20/22 21/13 21/14
sitting [1]  3/6
six [1]  11/20
sixth [1]  11/21
size [1]  35/25
small [3]  17/18 26/22 34/24
snap [1]  35/19
social [1]  10/24
somebody [1]  19/17
someone [1]  29/20
someplace [1]  21/23
something [12]  5/6 16/10 16/14 21/6 22/23
 24/24 26/22 29/15 30/8 30/8 32/1 32/2
somewhere [1]  20/15
soon [1]  3/7
sorry [3]  15/24 18/16 26/12
Sound [1]  12/9
South [11]  13/2 21/10 26/16 28/11 34/16
 34/20 35/5 35/8 35/24 36/4 37/2
Southeast [2]  2/3 2/8
SOUTHERN [1]  1/1
specialists [2]  22/5 37/7
speculation [1]  29/19
spell [1]  4/1
spots [4]  26/18 26/25 27/2 27/3
St [1]  12/9
staff [1]  36/14
stages [1]  12/7
standing [1]  35/17
Staple [1]  23/18
start [2]  8/16 28/9
started [9]  9/6 10/9 11/4 12/5 18/18 24/2
 24/4 28/25 29/3
state [2]  2/5 27/8
STATES [5]  1/1 1/3 1/14 1/17 6/19
stay [1]  35/5
stayed [2]  30/23 33/11
steer [1]  14/17
step [2]  3/5 15/6
Stephen [4]  1/20 39/10 39/16 39/17
steroid [4]  14/1 14/8 15/10 15/11
steroids [6]  14/10 14/11 14/12 14/17 15/15
 15/18
Stewart [1]  5/18
still [1]  36/19
stop [3]  15/15 19/17 24/8
store [1]  16/23
Streamline [3]  9/6 11/3 11/17
Street [4]  1/21 2/3 2/5 2/8
strike [1]  29/19
stripper [2]  20/7 20/8
struggling [1]  10/17

stuff [3]  17/25 18/1 31/8
subcontractor [1]  9/24
substances [1]  25/20
substantial [2]  8/14 8/17
successful [1]  11/8
Suite [2]  2/3 2/8
Sunrise [1]  25/15
superintendent [1]  9/15
supervise [2]  9/16 12/25
supervisor [1]  25/9
supply [2]  25/9 25/10
supplying [1]  28/21
supposed [2]  13/20 18/3
sure [3]  20/18 20/23 31/12
Susie [4]  27/10 27/12 27/13 28/4
suspended [5]  4/19 4/21 5/1 13/3 13/4
Sustained [2]  19/6 26/1 29/8 34/18
sworn [1]  3/25
symptoms [1]  36/8

## T

table [1]  23/4
take [3]  17/14 21/23 34/8
taken [2]  1/12 3/11
talk [6]  11/1 13/18 14/21 15/16 20/11 21/9
talking [1]  16/11
tattoos [1]  24/12
tax [1]  11/24
tell [20]
telling [1]  14/14
Tennessee [2]  26/14 34/14
terms [1]  4/21
test [1]  34/4
testify [3]  6/16 6/16 37/25
testimony [7]  1/11 7/10 8/1 15/12 37/23
 37/24 39/3
testing [1]  28/9
tests [1]  33/25
thank [13]  3/8 4/4 4/6 15/8 16/3 37/16 37/19
 38/2 38/10 38/11 38/14 38/15 38/16
Thanks [1]  38/11
that's [11]  4/20 5/21 13/5 15/2 21/5 29/3
 29/12 29/19 30/4 31/20 33/5
the -- I [1]  17/18
themselves [1]  28/18
There's [1]  12/7
thereafter [2]  32/4 32/5
they'd [1]  21/18
thing [4]  12/25 15/2 19/13 24/8
things [1]  31/9
think [4]  16/13 23/20 28/14 30/3
third [1]  24/2
Thirty [1]  4/10
Thirty-five [1]  4/10
Thomas [1]  2/7
those [5]  5/22 5/25 7/5 27/3 28/22
thought [2]  21/5 24/23
thousand [2]  11/14 34/16
three [7]  19/10 20/9 20/19 20/20 23/2 24/3
 34/9
three-day [1]  34/9
through [3]  8/6 10/1 17/12
throughout [1]  25/19
thrown [1]  17/20
times [3]  4/19 6/24 23/7
today [3]  15/15 20/15 38/6
together [3]  10/5 17/20 21/21
toilet [1]  34/25
told [7]  7/18 14/1 17/6 17/9 28/8 30/11 30/13
tomorrow [4]  37/19 37/24 38/3 38/13

took [4]  5/22 19/8 29/1 30/21
top [1]  29/2
tore [2]  16/23 16/24
touch [1]  14/12
trafficking [1]  5/11
training [1]  32/25
transcript [2]  1/11 39/12
treatments [1]  17/12
trial [2]  1/12 6/4
truth [2]  7/16 7/20
try [1]  14/17
trying [2]  32/10 32/10
Tuesday [2]  25/16 25/17
turnaround [1]  34/9
twice [1]  20/21
two [13]  4/25 5/6 8/10 17/16 19/8 19/10
 19/18 20/2 20/20 24/3 26/19 26/24 36/14
two-by-fours [1]  19/18
type [3]  29/4 31/13 31/18
types [1]  17/11

## U

under [2]  5/1 6/10
understand [5]  13/23 14/7 14/21 15/19 20/2
understanding [5]  6/10 6/15 7/14 18/24
 20/10
Understood [2]  15/17 15/20
UNITED [5]  1/1 1/3 1/14 1/17 6/19
unless [1]  15/19
unlimited [1]  23/24
until [7]  3/5 10/25 13/15 22/14 23/20 30/15
 35/18
UPS [1]  25/18
us [20]
used [1]  30/11
using [1]  38/8

## V

vacation [1]  24/18
vague [1]  29/21
ventured [1]  11/19
very [5]  14/9 15/7 15/8 37/20 38/10
violation [1]  5/7
Virginia [1]  34/14
visit [2]  22/15 22/17
visited [1]  35/6
vocation [1]  8/12
vocational [1]  8/11

## W

wait [1]  7/24
waiting [6]  25/1 25/3 25/7 35/20 35/24 36/4
walk [1]  36/11
walked [1]  29/2
walls [2]  16/24 17/21
want [5]  14/9 14/10 15/1 30/7 32/16
wanted [4]  11/17 11/18 31/17 31/18
was -- you [1]  17/7
wasn't [8]  7/1 7/1 17/19 17/24 20/13 21/15
 31/5 35/25
we'd [2]  35/3 36/19
we'll [6]  3/8 15/7 15/8 37/18 38/2 38/13
we're [3]  10/16 26/9 37/15
website [2]  30/7 30/10
week [8]  18/20 20/2 20/21 24/3 35/3 35/3
 35/3 37/1
weeks [7]  17/16 19/8 19/10 20/19 20/20
 20/21 24/3
Weinstein [1]  2/2
Welcome [1]  3/21

## W

well [17]
went [6]  10/5 11/24 12/9 24/18 28/25 37/3
west [5]  1/8 1/22 12/12 13/6 34/14
what'd [2]  19/20 31/24
what's [7]  4/9 6/10 6/15 7/14 8/9 11/13 36/23
whatever [5]  6/14 19/19 23/14 33/20 33/21
where [17]
whether [1]  29/20
while [7]  18/8 18/20 19/18 22/19 28/19 30/23
 30/23
white [1]  26/13
whole [2]  16/25 27/15
wholesalers [3]  25/11 25/18 25/22
whom [1]  12/16
why [4]  3/4 24/22 33/4 34/15
wide [1]  23/3
wife [4]  20/5 20/5 20/8 20/16
windows [2]  13/13 13/13
withdrawn [1]  8/24
without [1]  15/19
witness [4]  3/2 3/5 3/7 3/25
wording [1]  21/6
work [10]  8/17 9/13 12/12 17/8 17/10 20/1
 24/10 24/25 25/7 36/20
worked [6]  10/18 12/5 18/20 24/10 36/21
 37/2
working [6]  17/6 18/18 21/10 25/6 27/14
 32/16
written [3]  6/6 6/11 23/22
wrong [4]  11/19 21/6 32/1 32/2

## X

x-ray [1]  32/23

## Y

yeah [30]
year [3]  8/10 10/7 11/14
years [1]  4/19
years' [1]  8/11
yes [37]
yet [1]  32/20
York [4]  4/12 9/1 30/20 30/21
you'd [1]  25/16
you're [3]  20/11 35/6 37/13
Young [1]  30/20
yours [1]  29/6