UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA(s)(s)

UNITED STATES OF AMERICA

v.

CYNTHIA CADET, M.D.,

    Defendant.

_____/

## VERDICT

We, the jury, unanimously find as follows:

### COUNT 1

Conspiracy to Distribute or Dispense, or Possess with Intent to Distribute or Dispense, a Controlled Substance

_____  \_\_\_\_\_✓_____
GUILTY         NOT GUILTY

### COUNT 3

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, Controlled Substances

_____  \_\_\_\_\_✓_____
GUILTY         NOT GUILTY

*If you have found the defendant guilty of Count 3, then you must answer the following question:*

Did the death of Stacy Edward Mason result from the use of the oxycodone or alprazolam that

the Defendant caused to be distributed or dispensed on or about December 31, 2008?

_____ YES          _____ NO

## COUNT 4

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, Controlled Substances

_____ GUILTY          ✓ NOT GUILTY

*If you have found the defendant guilty of Count 4, then you must answer the following question:*

Did the death of Alice Marie Moore result from the use of the oxycodone or alprazolam that the Defendant caused to be distributed or dispensed on or about July 16, 2009?

_____ YES          _____ NO

## COUNT 5

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____ GUILTY          ✓ NOT GUILTY

*If you have found the defendant guilty of Count 5, then you must answer the following question:*

Did the death of Patricia Marcus result from the use of the oxycodone that the Defendant caused to be distributed or dispensed on or about October 28, 2009?

_____ YES          _____ NO

## COUNT 6

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____          _____[✓]___
GUILTY                NOT GUILTY

## COUNT 7

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____          _____[✓]___
GUILTY                NOT GUILTY

*If you have found the defendant guilty of Count 7, then you must answer the following question:*

Did the death of Bobby Shane Romine result from the use of the oxycodone that the Defendant caused to be distributed or dispensed on or about December 7, 2009?

_____          _____
YES                   NO

## COUNT 8

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____          _____[✓]___
GUILTY                NOT GUILTY

*If you have found the defendant guilty of Count 8, then you must answer the following question:*

Did the death of David Keith Coffman result from the use of the oxycodone that the Defendant caused to be distributed or dispensed on or about December 28, 2009?

_____          _____
YES                   NO

## COUNT 9

Distributing or Dispensing, or Possessing with Intent to Distribute or Dispense, a Controlled Substance

_____          ✗_____
GUILTY              NOT GUILTY

*If you have found the defendant guilty of Count 9, then you must answer the following question:*

Did the death of Shawn Michael Harper result from the use of the oxycodone that the Defendant caused to be distributed or dispensed on or about January 15, 2010?

_____          _____
YES                NO

## COUNT 13

Money Laundering Conspiracy

✗_____          _____
GUILTY              NOT GUILTY

SO SAY WE ALL.

_____
Foreperson (please sign)

West Palm Beach, Florida