# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

vs. Cynthia Cadet
Joseph Castronuovo

Defendant(s)

Case No. 10-80149-CR

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☐ Other (Explain): _All exhibits returned_ _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _[signature]_
PRINT NAME: _Jessie M. Dixts_
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED BY: _[signature] Ferrante_
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record