# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs. Cynthia Cadet
Joseph Castronuovo
Defendant(s)

Case No. 10-80149-CR

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☐ Other (Explain): All exhibits returned

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _____ (Deputy Clerk)

SIGNATURE: Kurt McKenzie
PRINT NAME: Kurt McKenzie
AGENCY OF FIRM: FBI
ADDRESS: 16320 NW 2nd Ave
TELEPHONE: 954 654 2231
DATE: 7/31/13

ORIGINAL-Court File
cc: Records Section
   Courtroom Deputy
   Counsel of Record