# CERTIFIED ORIGINAL

TRANSCRIPT OF CALL FROM
**CHRISTOPHER GEORGE**
JUNE 10, 2013
(CASE NO: 245H-MM-111832)

ILENE GINSBERG
954-437-4700

| | |
|---|---|
| 1 | AUTOMATED VOICE 1:  Hello.  This is a prepaid |
| 2 | collect call from... |
| 3 | MR. CHRISTOPHER GEORGE:  Christopher George. |
| 4 | AUTOMATED VOICE:  An inmate at... |
| 5 | AUTOMATED VOICE 2:  West Palm Beach Detention |
| 6 | Facility. |
| 7 | AUTOMATED VOICE 1:  This call is subject to |
| 8 | recording and monitoring.  To accept charges, press |
| 9 | 1, to refuse charges -- thank you for using |
| 10 | Janetex (ph.) |
| 11 | You may start the conversation now. |
| 12 | MR. JOHN GEORGE:  Hey, Chris. |
| 13 | MR. CHRISTOPHER GEORGE:  Hey, how is it going? |
| 14 | MR. JOHN GEORGE:  Hey, it's going good. |
| 15 | I got you on speaker with Debbie. |
| 16 | We were both in court today.  Unfortunately, we |
| 17 | took a lot of notes and we just -- |
| 18 | MS. DEBBIE L/N/U:  Pages and pages. |
| 19 | MR. JOHN GEORGE:  We took pages of notes and we |
| 20 | just went out to get a bite to eat, and of course, |
| 21 | we don't have our books with us. |
| 22 | MR. CHRISTOPHER GEORGE:  Okay. |
| 23 | MR. JOHN GEORGE:  But what -- we learned a |
| 24 | little bit today, and I'm going to ask Debbie to |
| 25 | jump in when she can add to what I -- what I'm |

```
 1    saying.
 2         MR. CHRISTOPHER GEORGE:  Okay.
 3         MR. JOHN GEORGE:  What we know is Ethan tried
 4    protecting his 35 so much it made him look like a
 5    liar.
 6         MR. CHRISTOPHER GEORGE:  What do you mean,
 7    protecting?  How do you protect that?
 8         MR. JOHN GEORGE:  Where they say -- well, it --
 9    they -- the defense attorneys to begin with, jump on
10    that.  Be aware they -- that's a big thing to them.
11         MR. CHRISTOPHER GEORGE:  Okay.
12         MR. JOHN GEORGE:  They would say, how much time
13    do you expect to get off?  And Ethan answers, zero.
14    Then they go back through all the papers that
15    were -- he either lied on or lied to people.
16         The attorney got so mad at Ethan at one
17    point -- what did he say, Debbie?  Like, and you're
18    not getting anything off on your sentence or
19    something like that.
20         MS. DEBBIE L/N/U:  He kept -- he was
21    testifying --
22         MR. CHRISTOPHER GEORGE:  That what?
23         MR. JOHN GEORGE:  Oh, yeah, because he knew
24    Ethan -- he would ask Ethan a question, like, did
25    Dr. Cadet know what was going on, and he'd say,
```

```
 1      everybody had to know, and it was like, no, I said,
 2      did she know what's going on?  And he goes, well,
 3      everybody knew.
 4           MS. DEBBIE L/N/U:  Well, the difference -- the
 5      difference, Chris, was when Ethan was talking to...
 6           MR. JOHN GEORGE:  LaVecchio?
 7           MS. DEBBIE L/N/U:  LaVecchio -- his answers --
 8      he would ask him a question, a leading question but
 9      a question he obviously knew the answer to and
10      almost before Ethan answered he was moving on to the
11      next question and -- because he already knew it.
12      You could -- you know, you can kind of tell when
13      somebody already knows what you're answer is going
14      to be by the way they ask their question.  They ask
15      it --
16           MR. CHRISTOPHER GEORGE:  Right.
17           MR. JOHN GEORGE:  -- in a different way.
18           MS. DEBBIE L/N/U:  Then when the --
19           MR. JOHN GEORGE:  Weinstein?
20           MS. DEBBIE L/N/U:  The other attorney got up --
21      and kind of -- the other attorney got up, and you
22      know, all of a sudden, the answers from Ethan got
23      very long.  They got -- and they weren't answers to
24      the questions, they were answers that he wanted to
25      be the answer --
```

```
 1              MR. JOHN GEORGE:  Right.
 2              MS. DEBBIE L/N/U:  -- which weren't even close
 3      to the question.
 4              MR. CHRISTOPHER GEORGE:  But how did he do?
 5              MR. JOHN GEORGE:  A lot of the questions -- a
 6      lot of the things that -- Weinstein would say was,
 7      that wasn't the question.
 8              MS. DEBBIE L/N/U:  He was pointing out that he
 9      was a liar, that she couldn't have possibly known,
10      that -- that she wasn't part of it, that she wasn't
11      there at certain times.  She wasn't even there when,
12      you know, when certain things happened for a whole
13      year --
14              MR. JOHN GEORGE:  Yes.
15              MS. DEBBIE L/N/U:  -- you know, a whole period
16      of a year.
17              MR. CHRISTOPHER GEORGE:  Ethan was saying that?
18              MR. JOHN GEORGE:  Yeah, yeah.
19              She got there after work started, so the lines
20      in front of the building she never saw because --
21              MS. DEBBIE L/N/U:  She didn't show up until 9,
22      9:15, 9:10.  Whatever time she showed up, he was
23      there when those lines were there so she may not
24      have had knowledge --
25              MR. CHRISTOPHER GEORGE:  Go ahead.
```

```
 1              MS. DEBBIE L/N/U:  -- because by the time she
 2    got there they were -- they dissipated and they
 3    were --
 4              MR. CHRISTOPHER GEORGE:  How did --
 5              MS. DEBBIE L/N/U:  -- whatever.
 6              MR. CHRISTOPHER GEORGE:  How did he do on cross
 7    examination?
 8              MR. JOHN GEORGE:  He did really bad.
 9              MS. DEBBIE L/N/U:  Really bad.
10              MR. JOHN GEORGE:  Really bad.
11              MR. CHRISTOPHER GEORGE:  So --
12              MR. JOHN GEORGE:  You know, (inaudible) that
13    the defense attorney knows and he asked Ethan quite
14    point blank, you know, about how many years you're
15    going to get off and that's why you're testifying.
16    He made a big deal of that.
17              MR. CHRISTOPHER GEORGE:  And Ethan (inaudible.)
18              MR. JOHN GEORGE:  Ethan made it, like, I'm
19    getting nothing off.  I don't hope to get anything
20    off.  I'm doing it because I'm a real good guy sort
21    of thing.  Meanwhile, he said, okay, you lied on the
22    forms, you lied on all the Harvard forms.  The
23    Harvard forms were big.  They were their -- Harvard
24    forms, they jumped on.
25              MS. DEBBIE L/N/U:  Actually, he -- he actually
```

```
 1        did say he expected to --
 2             MR. CHRISTOPHER GEORGE:  I can't -- I can't
 3        hear Debbie.
 4             MS. DEBBIE L/N/U:  Oh, sorry, Chris.
 5             MR. CHRISTOPHER GEORGE:  Go ahead.
 6             MS. DEBBIE L/N/U:  Actually, when -- and I keep
 7        forgetting LaVecchio.
 8             MR. JOHN GEORGE:  LaVecchio.
 9             MS. DEBBIE L/N/U:  When he actually spoke to
10        him at first, he was actually -- he did actually say
11        that he was expecting to get some favor.
12             MR. JOHN GEORGE:  Right.
13             MS. DEBBIE L/N/U:  Now, all of a sudden he's
14        saying -- now that he's being cross examined, he's
15        saying he's not expecting anything off, nothing off
16        for this at all.
17             MR. JOHN GEORGE:  Right.
18             MS. DEBBIE L/N/U:  He's just doing it because
19        he's a good guy.
20             MR. JOHN GEORGE:  Right.
21             MR. CHRISTOPHER GEORGE:  Ha.
22             MR. JOHN GEORGE:  When LaVecchio asked him, he
23        said, yeah, I'm hoping to get time off from my
24        sentence.
25             MS. DEBBIE L/N/U:  Right.
```

```
 1            MR. CHRISTOPHER GEORGE:  Did they catch him on
 2    that?
 3            MS. DEBBIE L/N/U:  What was that?
 4            MR. CHRISTOPHER GEORGE:  I said, did they catch
 5    him on that?
 6            MR. JOHN GEORGE:  Oh, I could tell you that
 7    this Weinstein got pissed about it.
 8            MS. DEBBIE L/N/U:  Well, he -- how many times
 9    did they prep you, one time?
10            MR. JOHN GEORGE:  Oh, yeah.
11            MS. DEBBIE L/N/U:  Yes.  Two times?  I think
12    so.  Three times?  Probably.  Four times?  And he
13    kept going on.  Then he got to five, and he goes, I
14    think so.  So, five to six times you were prepped
15    for this -- for this.  And he really was honing in
16    on that.
17            MR. JOHN GEORGE:  And you know what?  It's the
18    way -- it's -- the best thing to do is -- because
19    this guy is going to -- he really can slice things
20    up, and the best thing to do is just be --
21            MS. DEBBIE L/N/U:  I would say he was pretty
22    good.
23            MR. JOHN GEORGE:  Yeah, he was pretty good.
24    So, he had --
25            MR. CHRISTOPHER GEORGE:  But they played the
```

```
 1     phone calls, right?
 2          MR. JOHN GEORGE:  Oh, the phone calls, yeah.
 3          MS. DEBBIE L/N/U:  Oh, yeah.
 4          MR. JOHN GEORGE:  Yeah, the phone calls were
 5     played.  They were --
 6          MS. DEBBIE L/N/U:  You could barely hear them.
 7          MR. JOHN GEORGE:  Yeah.
 8          You are the -- your voice can hardly be
 9     distinguished, but they had transcripts of it, so
10     they had them transcribed so that --
11          MS. DEBBIE L/N/U:  (Inaudible.)
12          MR. JOHN GEORGE:  -- all the phone calls were
13     there and the jury read the phone call as you guys
14     were talking.
15          MR. CHRISTOPHER GEORGE:  (Inaudible)
16     surveillance technique, the way I speak.
17          MR. JOHN GEORGE:  No, they can't -- you
18     can't -- if they didn't have the transcripts you
19     wouldn't understand the way you speak, no.
20          MS. DEBBIE L/N/U:  And actually, he -- and
21     actually the judge actually told them that.  Just
22     because it may say your name and/or --
23          MR. JOHN GEORGE:  Right.
24          MS. DEBBIE L/N/U:  -- you know, Ethan's name as
25     who was speaking, it was up to them to decide who
```

```
 1        they thought actually spoke.
 2             MR. CHRISTOPHER GEORGE:  All right.  Were there
 3        any specifics on like some -- some big thing, like,
 4        you know, actually important questions or...
 5             MR. JOHN GEORGE:  Well, a lot of questions,
 6        because Cadet's on trial, had to do with what did
 7        Cadet know.
 8             Was it obvious that you -- did Cadet -- did he
 9        see Cadet?
10             You were mentioned several times today --
11             MS. DEBBIE L/N/U:  Right.
12             MR. JOHN GEORGE:  -- but not a whole lot.  It
13        was more of --
14             MS. DEBBIE L/N/U:  You were the owner, you --
15        yeah.
16             MR. JOHN GEORGE:  Right.  You're the owner, you
17        know, and Dianna doesn't own the place, and you
18        wrote everything, and the e-mails -- oh, you wrote
19        the e-mails back to people.
20             MS. DEBBIE L/N/U:  Not --
21             MR. JOHN GEORGE:  You used his computer.
22             MS. DEBBIE L/N/U:  Right.
23             MR. JOHN GEORGE:  When people e-mailed about,
24        you know, they needed -- they're -- I don't know --
25        like, Kentucky or Jacksonville, Florida, they would
```

```
 1     e-mail to Ethan's e-mail but you're the one that
 2     kind of answered the e-mails.
 3             MR. CHRISTOPHER GEORGE:  Do they have --
 4             MS. DEBBIE L/N/U:  But these --
 5             MR. CHRISTOPHER GEORGE:  Do they have those
 6     e-mails?
 7             MS. DEBBIE L/N/U:  But these e-mails --
 8             MR. JOHN GEORGE:  Yeah.
 9             MS. DEBBIE L/N/U:  -- were presented by her
10     attorney, and they were actually more -- and
11     actually, it ended up being that, actually, the
12     right things were being done.
13             MR. JOHN GEORGE:  Yeah.
14             MS. DEBBIE L/N/U:  The right things were
15     being done --
16             MR. CHRISTOPHER GEORGE:  Hold on, hold on, hold
17     on.
18             My e-mails, they were good?
19             MR. JOHN GEORGE:  Yeah.  Well, your e-mails --
20     Ethan didn't answer the e-mails.
21             MR. CHRISTOPHER GEORGE:  I believe they were
22     good.  I'm just wondering if they have those.
23             MR. JOHN GEORGE:  Yeah, yeah.
24             Actually, the defense likes those e-mails
25     because it says, if you're in pain you're not
```

```
 1     guaranteed to get -- one says, you're not guaranteed
 2     to get medicines.  Come in, bring an MRI, and our
 3     doctors will give you a quality examination.
 4           MR. CHRISTOPHER GEORGE:  Yeah.  I know -- I
 5     know how to write an e-mail.
 6           MS. DEBBIE L/N/U:  But it was in such
 7     (inaudible) presented it as Ethan had written it,
 8     and Ethan was saying, sometimes Chris answered the
 9     e-mails even though they were my e-mails.
10           MR. CHRISTOPHER GEORGE:  Yeah.
11           MR. JOHN GEORGE:  That you used his computer,
12     not you're own, but...
13           MS. DEBBIE L/N/U:  But anyway, they were --
14           MR. CHRISTOPHER GEORGE:  (Inaudible) --
15           MS. DEBBIE L/N/U:  They were favorable.
16           MR. JOHN GEORGE:  They were favorable to the
17     doctor, not to the prosecution.
18           MR. CHRISTOPHER GEORGE:  That's exculpatory.
19           MR. JOHN GEORGE:  The who?
20           MR. CHRISTOPHER GEORGE:  Exculpatory, is what
21     it's called.
22           MR. JOHN GEORGE:  Okay, what is exculpatory?
23           MR. CHRISTOPHER GEORGE:  It's the opposite of
24     prejudiced.  It's exculpatory, it's good for them.
25           MR. JOHN GEORGE:  Yeah, it actually --
```

```
 1              MS. DEBBIE L/N/U:  Yeah.
 2              MR. JOHN GEORGE:  If you asked -- if those are
 3     your e-mails, they were very good e-mails trying to
 4     qualify the person, like, don't come.  But of
 5     course, Ethan said --
 6              MS. DEBBIE L/N/U:  But they were showing that
 7     people were definitely in pain --
 8              MR. JOHN GEORGE:  Right.
 9              MS. DEBBIE L/N/U:  -- they definitely had.  And
10     even though that may be subjective, it was -- that's
11     what -- they were complaining.
12              MR. CHRISTOPHER GEORGE:  All right.  What other
13     evidence like that did the defense bring up?
14              MR. JOHN GEORGE:  What?
15              MS. DEBBIE L/N/U:  What evidence.
16              MR. CHRISTOPHER GEORGE:  I mean, were there
17     any, like, papers or phone calls?
18              Did the defense play any phone calls or
19     anything like that?
20              MR. JOHN GEORGE:  The phone calls weren't
21     that -- all that bad.
22              MR. CHRISTOPHER GEORGE:  Yeah, I know.  It's
23     more of a -- it's more of an assault on our
24     lifestyle and my personality, and you know...
25              MS. DEBBIE L/N/U:  That was actually it,
```

```
 1    because I couldn't get what you were getting -- what
 2    was really getting -- being gotten out of it.
 3              MR. JOHN GEORGE:  Yeah, and (inaudible) I'm
 4    not --
 5              MR. CHRISTOPHER GEORGE:  Yeah, I know.  It's
 6    more of a personal attack on me.
 7              Yeah, there's some stuff that's wrong in there
 8    but it's more of my -- just ethics and morality.
 9              MS. DEBBIE L/N/U:  Well, yeah, but there wasn't
10    even any derogatory comments.  They really --
11              MR. JOHN GEORGE:  Except about the reporter on
12    Channel 7.  SVN and 7, there was some stuff about
13    her that you said that wasn't really very good.
14              Believe it or not they've had about -- and I
15    wrote down the number -- there's about seven --
16              MS. DEBBIE L/N/U:  Yeah.
17              MR. CHRISTOPHER GEORGE:  -- phone calls that
18    was -- that were listened to --
19              MS. DEBBIE L/N/U:  Yes.
20              MR. JOHN GEORGE:  -- that they broadcast, and
21    they weren't -- they weren't that bad.
22              MR. CHRISTOPHER GEORGE:  Yeah.  Well, I've
23    heard all the calls.
24              MR. JOHN GEORGE:  You saw all the calls?  Yeah,
25    they're not that bad.
```

```
 1              MR. CHRISTOPHER GEORGE:  I mean, I can't
 2   (inaudible) not with him.  They're not that bad.
 3              MR. JOHN GEORGE:  Uh-huh.
 4              MR. CHRISTOPHER GEORGE:  And none of them
 5   are -- you know, none of them are that bad, but it's
 6   little things that add up, I guess.
 7              MR. JOHN GEORGE:  Yeah.
 8              MR. CHRISTOPHER GEORGE:  How -- what else
 9   happened?
10              MR. JOHN GEORGE:  So, Ethan was on all day and
11   he's going to be back on tomorrow.
12              MS. DEBBIE L/N/U:  For a couple of hours.
13              MR. JOHN GEORGE:  For a couple of hours.
14              MS. DEBBIE L/N/U:  He -- the -- Weinstein --
15              MR. JOHN GEORGE:  Oh, by the way, we don't know
16   if Derik is going to be there tomorrow, but if Derik
17   is up there, his sister can really get phone calls
18   from Derik or you.  I don't want to update her and
19   talk to her about it.
20              MR. CHRISTOPHER GEORGE:  Oh, no.  When I called
21   her today, because Derik -- Derik went to court
22   today.
23              MR. JOHN GEORGE:  Yeah. I -- from her text
24   message to me, I realized that, you know, you gave
25   her the information that Derik went today.
```

```
 1          MR. CHRISTOPHER GEORGE:  I said, I don't know
 2   if he's going on.  I said, you can call my dad and
 3   Mike and they might know.  I just thought that --
 4   because she has to take off work to come there.
 5          MS. DEBBIE L/N/U:  We won't know ahead of time.
 6          MR. JOHN GEORGE:  Yeah, we won't know -- we
 7   want to know ahead of time so tell us when people
 8   are -- but we don't want -- but we don't want to
 9   talk to a whole lot of people about this.  I don't
10   know what's in what, so...
11          MR. CHRISTOPHER GEORGE:  Okay.
12          MR. JOHN GEORGE:  You know, you can talk to the
13   sister and Derik talk to the sister but I'd rather
14   not get involved with -- and I don't know
15   (inaudible) playing so I'd rather not be involved.
16          MR. CHRISTOPHER GEORGE:  Derik -- Derik is
17   going to be on the stand tomorrow.
18          MR. JOHN GEORGE:  Yeah.  That's going to be
19   exciting.  Derik is -- Derik is going to be
20   exciting.
21          MR. CHRISTOPHER GEORGE:  Who knows how that's
22   going to be.
23          MR. JOHN GEORGE:  Yeah.  We don't know what
24   he's going to say.
25          Ethan was very controlled.  He didn't answer
```

1    the defense's questions.  They'd ask him a question,
2    and he would say, oh, no, they knew they're dope
3    dealers, you know, and it was, like, well, that
4    wasn't the question I asked.
5         MS. DEBBIE L/N/U:  Yeah.  They called her --
6    they called her a dope dealer.
7         MR. JOHN GEORGE:  Yeah.
8         MR. CHRISTOPHER GEORGE:  It sounds like he was
9    reading off a script.
10        MS. DEBBIE L/N/U:  Exactly.
11        MR. CHRISTOPHER GEORGE:  Ethan talks like a
12   politician.
13        MR. JOHN GEORGE:  Yeah, he was, but you know
14   what, he should have answered the questions the way
15   they asked him.  You know, like, what's in it --
16   what's in it for you?  Well, he already said -- and
17   you know, LaVec -- Schwartz or LaVecchio already
18   said he was going to go for a Rule 35, so why --
19   why, now, lie about it?  He gets caught in another
20   lie and gets --
21        MR. CHRISTOPHER GEORGE:  Did he actually get
22   caught in lies where they called him out, that
23   you're a liar?
24        MS. DEBBIE L/N/U:  Oh, yeah.  Liar, was used --
25        MR. JOHN GEORGE:  All the time.

```
 1            MS. DEBBIE L/N/U:  I don't even know how many
 2   times.  Liar.
 3            MR. JOHN GEORGE:  Yeah, let's go through his
 4   lies that I can recall without looking at them.
 5            He told -- when was the bust?  March 8th,
 6   something like that?  When they came to his house,
 7   he said out of all the doctors, Cadet was duped.
 8   She is innocent.  She thinks she's doing a great
 9   job.
10            MS. DEBBIE L/N/U:  Yeah.
11            MR. JOHN GEORGE:  Now, he says she's a drug
12   dealer.
13            MS. DEBBIE L/N/U:  Yeah.
14            MR. JOHN GEORGE:  And they said --
15            AUTOMATED VOICE 1:  You have one minute left.
16            MS. DEBBIE L/N/U:  Oh.
17            MR. JOHN GEORGE:  Oh.
18            MR. CHRISTOPHER GEORGE:  Do you want me to call
19   you back later on today when you have --
20            MR. JOHN GEORGE:  Call back in about an hour,
21   Chris.
22            MR. CHRISTOPHER GEORGE:  All right.  What
23   happened with the -- I know he said in his
24   debriefing notes that she was duped.  How did he
25   explain that?
```

```
 1              MR. JOHN GEORGE:  That you had phony books, you
 2    had papers that doctors saw that failed to --
 3    everything was done legally.  You had operations,
 4    guidelines.  You went to clinics, you signed up for
 5    stuff, but everybody -- Cadet was duped.  She
 6    thought everything was going good.
 7              We have our notes at home.
 8              MR. CHRISTOPHER GEORGE:  Okay.
 9              MS. DEBBIE L/N/U:  We're just grabbing a bite
10    to eat so we should be back --
11              MR. JOHN GEORGE:  Yeah.
12              MS. DEBBIE L/N/U:  -- to the house in about an
13    hour.
14              MR. CHRISTOPHER GEORGE:  How would you like an
15    hour then?
16              MR. JOHN GEORGE:  Yeah.
17              MS. DEBBIE L/N/U:  Yeah.
18              MR. JOHN GEORGE:  All right, Chris.  Goodbye,
19    buddy.
20              MR. CHRISTOPHER GEORGE:  'Bye.
21              AUTOMATED VOICE 1:  The caller has hung up.
22              (Audio transcription concluded)
23
24
25
```

## **CERTIFICATE OF REPORTER**

I, ILENE GINSBERG, the undersigned, hereby set my hand on the 25th day of June, 2013, thereby certifying that the foregoing is a true and correct transcription of the matter designated on the caption page.

_____
ILENE GINSBERG, COURT REPORTER