UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 10-80149-CR

Plaintiff
vs.

Cynthia Cadet,

### SENTENCING MINUTES

DATE: 4/4/14    Court Reporter: Stephen Franklin
AUSA Larry LaVecchio / Paul Schwartz    Defense Counsel: Michael Weinstein
Deputy Clerk: Irene Ferrante

### JUDGMENT AND SENTENCE

Imprisonment 78 MONTHS as to COUNTS 13

Probation _____ YEARS as to COUNTS _____

Supervised Release 2 YEARS as to Counts _____

___ Association restriction  ___ Employment Requirement  ✓ Permissible Search  ___ Deportation
___ Mental Health Treatment  ___ Substance abuse treatment  ___ Financial disclosure  ___ No debt
___ No self-employment  ___ Related concern restriction  ___ Sex offender conditions

relinquishment of licensure
forfeiture order consistent w/ verdict

Assessment $100.00    Fine 0    Restitution: _____

___ Counts remaining dismissed on Government motion _____
✓ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
✓ Voluntary Surrender on or before 2:00 on 6-13-14
Recommendation to the Bureau of Prisons Camp facility - NE
SD/NY

Time in court: 1:20    Statement: James Cadet