UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80149-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CYNTHIA CADET, M.D.,
JOSEPH CASTRONUOVO, M.D.,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendations [DE's 1378 and 1381] issued by United States Magistrate Judge William Matthewman to determine an appropriate bond pending appeal. The Court has considered the Report and Recommendations, the pertinent parts of the record, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendations [DE 1378 and 1381] are hereby **ADOPTED and AFFIRMED.** The bond conditions listed on the Report and Recommendations are hereby imposed.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of July, 2014.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge William Matthewman
All counsel