UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 9:10-80149-CR-MARRA-20

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CYNTHIA CADET,

Defendant, *pro se*

FILED BY _____ MC _____ D.C.

JAN 2 4 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

**DEFENDANT'S PRO SE MOTION FOR
EARLY TERMINATION OF SUPERVISED
RELEASE**

Pro se Defendant, Cynthia Cadet, pursuant to 18 U.S.C. § 3583(e)(1), respectfully moves this honorable court to enter an order for early termination of supervised release and in support thereof states the following:

(1) Defendant was sentenced to 78 months incarceration and two years of supervised release. Defendant began her term of supervised release on January 14, 2022.

(2) Defendant has successfully fulfilled every requirement of supervised release without incident. Defendant has discussed early termination with the assigned probation officer, Katruicia Tania Granston. Ms. Granston has stated that she would not oppose early termination at this time.

1

(3) Defendant has no prior convictions and no history of violence. Defendant has maintained lawful employment throughout her period of supervised release. Defendant continues to live with and support her family.

WHEREFORE, the Defendant moves this Court to grant early termination of the two years of supervised release, having served more than one-half of the term of supervision.

Dated: January 19, 2023.

Respectfully submitted,

*Cynthia Cadet*

Cynthia Cadet, Defendant, Pro Se
20913 Saint Andrews Blvd. #38
Boca Raton, FL 33433
561-431-1932

## CERTIFICATE OF SERVICE

I, Cynthia Cadet, hereby certify and affirm that a true and correct copy of this Motion for Early Termination of Supervised Release has been served on the following via regular U.S. mail on January 19, 2023.

Honorable Senior Judge Kenneth A. Marra

Paul G. Rogers Federal Building and U.S. Courthouse

701 Clematis Street

West Palm Beach, Florida 33401


Paul Schwartz, AUSA

500 East Broward Blvd

7th Floor

Fort Lauderdale, FL 33394


Lawrence Lavecchio, AUSA

500 East Broward Blvd

7th Floor

Fort Lauderdale, FL 33394


U.S. District Court Clerk

400 N. Miami Avenue Ste 8N09

Miami, FL 33128


Ms. Katruicia Granston

United States Probation Office

101 South U.S. Highway 1, Suite 1094

Fort Pierce, Florida 34950


Cynthia Cadet

Cynthia Cadet
20913 Saint Andrews Blvd #38
Boca Raton, FL 33433



U.S. District Court Clerk
400 N. Miami Avenue Ste 8N09
Miami, FL 33128

3312837716 8075

REC'D BY _____ D.C.

JAN 24 2023