UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-80149-CR-MARRA

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

CYNTHIA CADET,

     Defendant.

_____/

## ORDER GRANTING MOTION FOR EARLY
## TERMINATION OF SUPERVISION

THIS CAUSE is before the Court upon Defendant's Motion for Early Termination of Supervised Release **[DE 1617]**.  The Court has considered the relevant section 3553(a) factors and is satisfied that termination of supervised release is warranted by the conduct of the defendant released and the interest of justice.  Therefore, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**.  Defendant's period of supervised release is terminated.

DONE AND ORDERED in West Palm Beach, Florida this 24th day of January, 2023.

_____
KENNETH A. MARRA
United States District Judge

Copies provided to:

     All counsel